# CHUBB

## CLAIMS LOSS
## NOTIFICATION FORM

**FORWARD BY FAX, MAIL OR E-MAILTO:**

Chubb Excess Casualty

P.O. Box 5103

Scranton, PA 18505-0510

Fax No.: (866) 635-5687

ChubbClaimsFirstNotice@Chubb.com

**Notice of:** (check all that apply)

☐ **First-Party Claim** ☐ **Potential Claim**

☐ **Third-Party Claim** ☐ **Litigation Initiated**

☐ **Other**_____

## Insured's Name & Contact Information

**Company Name:** The Jones Financial Companies, L.L.L.P.   **Point of Contact:** _____

**Address:** 12555 Manchester Road, 9th Floor, Corporate Insurance Saint Louis, Missouri 63131

**Phone Number:** _____

## Broker/Agent's Name & Contact Information

**Company Name:** MARSH USA INC   **Point of Contact:** _____

**Address:** 701 MARKET ST, SUITE 1100 SAINT LOUIS, MISSOURI 63101-2500

**Phone Number:** _____

## Policy Information

**Policy Number:** XEU G27979336 005   **Point Period:** 05/01/2020 - 05/01/2021

**Limits of Liability** 25,000,000 **Per** 25,000,000 **agg. Self Insured Retention/Deductible** 50,000

## Loss Information

**Date of Incident/claim:** _____ **Location** _____

**Claimant Name/Address** _____

**Description of Loss:** _____

_____

_____

_____

# CHUBB®

## CLAIMS LOSS
## NOTIFICATION FORM

Please list all attached or enclosed documentation:   (check if none provided)

_____

_____

_____

Name of Person Completing This form: _____ Signature: _____



### ENHANCED COMMERCIAL UMBRELLA LIABILITY POLICY

**INFORMATION FOR POLICYHOLDERS TO HELP YOU IN THE EVENT OF A CLAIM FOR CATASTROPHE MANAGEMENT COVERAGE**

CATASTROPHE MANAGEMENT COVERAGE is included within your Enhanced Commercial Umbrella Liability Policy.

This informational notice has been prepared in conjunction with the implementation of Catastrophe Management Coverage in your policy. It contains a brief synopsis of the Catastrophe Management Coverage.*

Please read your policy, and the endorsements attached to your policy, carefully.

- Insurance is provided for covered catastrophe management costs arising out of a CATASTROPHE MANAGEMENT EVENT as defined in the endorsement.

- In order to activate your catastrophe management coverage (make a claim), you must call the following toll free number:

  **1-877-366-3747**

- If you attempt to report directly to a firm that provides catastrophe management services on our behalf, you will be re-directed to the toll free number shown above.

- Please be prepared to provide the following information:

  - Name of Insured

  - Policy Number

  - Caller's name, title and contact telephone number

  - A description of the incident

  - Any witnesses

  - Property, Product or Vehicle Information

  - Incident Location

  - Contact Person

  - Number and nature of bodily injuries (including any fatalities and the number of people injured)

  - Current status of the situation

*The coverage description in this notice is a summary only. It is not part of the policy and does not amend or alter your policy. Please see your policy for actual terms and conditions.*



# QUESTIONS ABOUT YOUR INSURANCE?

Answers to questions about your insurance, coverage information, or assistance in resolving complaints can be obtained by contacting:

ACE Customer Support Services Department:
436 Walnut Street
Philadelphia, Pennsylvania 19106-3703

Telephone Number: 1-800-352-4462
Email: ACEUSCustomerServices@ACEgroup.com

The **Illinois Department of Insurance** may also be contacted for assistance. Insurance analysts are available to answer general questions by phone at our toll-free Consumer Assistance Hotline (866) 445-5364. **However, complaints must be submitted in writing.**

**How to file a complaint with the Insurance Department:**

Complaints may be submitted in the following ways:

- On-line at
  https://insurance.illinois.gov/applications/ComplaintForms/default.aspx
  and by following the instructions posted.
- By fax: (217) 558-2083
- By email at consumer_complaints@ins.state.il.us
- By mail: 320 W. Washington St. Springfield, IL 62767 or 122 S. Michigan Ave., 19th Floor, Chicago, Illinois 60603

# CHUBB®

**Chubb Group of Insurance Companies**
202B Hall's Mill Road
Whitehouse Station, NJ 08889

## Declarations
Enhanced Commercial Umbrella
Liability Policy

| | |
|---|---|
| Policy Symbol: XEU | Previous Policy Symbol: XOO |
| Policy Number: G27979336 005 | Previous Policy Number: G27979336 004 |

COVERAGE IS PROVIDED IN THE COMPANY SHOWN BELOW
ACE Property and Casualty Insurance Company
436 Walnut Street
Philadelphia, Pennsylvania 19106

| Named Insured and Address | Producer Name and Address |
|---|---|
| The Jones Financial Companies, L.L.L.P. | MARSH USA INC |
| 12555 Manchester Road, 9th Floor | 701 MARKET ST, SUITE 1100 |
| Corporate Insurance | SAINT LOUIS, MISSOURI 63101-2500 |
| Saint Louis, Missouri 63131 | |
| | Producer Code 324011 |

Policy Period: From 05/01/2020 to 05/01/2021    12:01 A.M Standard Time at the Address of the Named Insured as stated herein

### Limits of Insurance

| | | | |
|---|---|---|---|
| $25,000,000 | Each Occurrence | $50,000 | Umbrella Coverage Self- Insured Retention - Each Occurrence |
| $25,000,000 | General Aggregate | $2,000,000 | Enhanced Coverage Self- Insured Retention - Each Occurrence |
| $25,000,000 | Products Completed- Operations Aggregate | $4,000,000 | Enhanced Coverage Self- Insured Retention - Aggregate (not applicable to coverage provided by any exception to the Pollution Exclusion) |
| $250,000 | Catastrophe Management Each Occurrence | | |
| $250,000 | Catastrophe Management Aggregate | | |

### Annual Premium

| | | | |
|---|---|---|---|
| $ ▓▓▓ | Premium | $ ▓▓▓ | Terrorism Premium included in Annual Premium |
| $ ▓▓▓ | State Surcharge | $ ▓▓▓ | Premium, including all Surcharges and Assessments |

### Pollution Time Element Timeframes:

Pollution Knowledge Timeframe: 20 day(s)    Pollution Reporting Timeframe: 80 day(s)

### Policy Period Premium

| | | | |
|---|---|---|---|
| $ ▓▓▓ | Premium | $ ▓▓▓ | Terrorism Premium included in Annual Premium |
| $ ▓▓▓ | State Surcharge | $ ▓▓▓ | Premium, including all Surcharges and Assessments |

### Schedule of Underlying Insurance

XSE - 50761 (07/18)

Case 3:23-cv-05001-SRB    Document 21-4    Filed 11/17/23    Page 5 of 144

Refer to the attached Schedule of Underlying Insurance, which forms a part of this Policy's Declarations.

**Endorsements and Forms**

Refer to the attached Schedule of Endorsements for the forms and endorsements forming this policy at inception.

Case 3:23-cv-05001-SRB    Document 21-4    Filed 11/17/23    Page 6 of 144



**Schedule of Forms and Endorsements**
Enhanced Commercial Umbrella
Liability Policy

| NAMED INSURED | POLICY NUMBER | POLICY PERIOD |
|---|---|---|
| The Jones Financial Companies, L.L.L.P. | XEU G27979336 005 | 05/01/2020 to 05/01/2021 |

| Endorsement Number | Form Number - Edition Date | Title |
|---|---|---|
| | XSE-52231 (03/19) | Claims Loss Notification Form |
| | XSE-52226 (03/19) | Policyholder Notice - Catastrophe Management Coverage |
| | ALL-18653d (07/14) | Questions About Your Insurance? |
| | XSE - 50761 (07/18) | Declarations - Enhanced Commercial Umbrella Liability Policy |
| | XSE-50765 (07/18) | Schedule of Underlying Insurance - Enhanced Commercial Umbrella Liability Policy |
| | XSE-51108 (07/18) | Table of Contents - Enhanced Commercial Umbrella Liability Policy |
| | XSE- 50762 (05/18) | Enhanced Commercial Umbrella Liability Policy |
| | ALL-20887a (03/16) | Chubb Producer Compensation Practices & Policies |
| | IL P 001 (01/04) | U.S. Treasury Department's Office Of Foreign Assets Control ("OFAC") Advisory Notice To Policyholders |
| 001 | CC-1K11i (02/18) | Signatures |
| 002 | XSE-52224a (10/19) | Access, Collection, Release, or Disclosure of Information; Electronic Data Exclusion – Limited Bodily Injury and Redefined Property Damage Exceptions (Retained Limit) |
| 003 | XSE-50715a (10/19) | Aircraft Products And Grounding Hazard Exclusion |
| 004 | XSE-52219 (04/19) | Amendatory Endorsement – Various Provisions |
| 005 | XSE-52240 (04/19) | Broad Form Named Insured Endorsement (Named Insured's Interest) |
| 006 | XSE-50717 (07/18) | Cap On Losses From Certified Acts Of Terrorism |
| 007 | XSE-52629 (09/19) | Discrimination Exclusion – Absolute |
| 008 | XSE-52766 (09/19) | Employee Benefit Plan Follow Form Endorsement (Occurrence) |
| 009 | XSE-50734 (07/18) | Fellow Employee (Co-Employee) Follow Form |
| 010 | XSE-52616 (08/19) | Financial Institutions Exclusion |
| 011 | XSE-50738 (07/18) | Foreign Liability Limitation – Follow Form |
| 012 | XSE-52234 (03/19) | Foreign Loss Indemnity Endorsement |
| 013 | XSE-52243 (04/19) | General Aggregate Limit Amendatory Endorsement (Separate Per |

| | | Location/Per Construction Limit As Per "Underlying Insurance") |
|---|---|---|
| 014 | XSE-50741a (05/19) | Incidental Medical Malpractice Injury |
| 015 | XSE-50742a (04/19) | Industrial Aid Aircraft |
| 016 | XSE-50744 (07/18) | Knowledge Of Occurrence (Designated Persons Or Departments) |
| 017 | XSE-50745 (07/18) | Lead Exclusion |
| 018 | XSE-50688 (07/18) | Missouri Changes – Cancellation And Nonrenewal |
| 019 | TRIA22a (01/15) | Missouri - Disclosure Pursuant To Terrorism Risk Insurance Act |
| 020 | XSE-50748 (07/18) | Notice Of Occurrence Or Claim |
| 021 | XSE-52612 (09/19) | Pollution Exclusion Amendatory – Chubb Utility Plus (With Waste Site And Subsurface Operations Exclusions) |
| 022 | XSE-50755 (07/18) | Silica Or Silica-Related Dust Exclusion |
| 023 | XSE-50760 (07/18) | Watercraft Exclusion Amended |
| 024 | MS-299559 (04/20) | Fungi, Bacteria, or Viruses Exclusion |
| 025 | MS-1024608.1 (03/20) | Personal And Advertising Injury Coverage Limitation (No Broader Than Underlying Insurance) |



# CHUBB®

**Schedule of Underlying Insurance**

Enhanced Commercial Umbrella Liability Policy

| Named Insured | Policy Number | Policy Period |
|---|---|---|
| The Jones Financial Companies, L.L.L.P. | XEU G27979336 005 | 05/01/2020 to 05/01/2021 |

**UNDERLYING POLICY TYPE:** General Liability

Policy Number: On File With Company          Policy Defense Treatment:          Outside the Limit

Policy Period:   05/01/2020 to  05/01/2021      Deductible Defense Treatment:  Inside the Deductible

Carrier:          Hartford Fire Insurance Company

| LIMIT AMOUNT | LIMIT TYPE |
|---|---|
| $2,000,000 | Each Occurrence |
| $4,000,000 | General Aggregate |
| $4,000,000 | Products/Completed Ops Aggregate |
| $4,000,000 | Per Location General Aggregate |
| $10,000,000 | Master Aggregate |

**UNDERLYING POLICY TYPE:**  Automobile Liability

Policy Number: On File With Company        Policy Defense Treatment:        Outside the Limit

Policy Period:   05/01/2020 to   05/01/2021

Carrier:          Hartford Fire Insurance
                  Company

LIMIT AMOUNT                          LIMIT TYPE

$2,000,000                            Each Accident

---

**UNDERLYING POLICY TYPE:**  Employers Liability

Policy Number: On File With Company        Policy Defense Treatment:        Outside the Limit

Policy Period:   05/01/2020 to   05/01/2021

Carrier:          Hartford Fire Insurance
                  Company

LIMIT AMOUNT                          LIMIT TYPE

$1,000,000                            BI by Accident - Per Accident Limit

$1,000,000                            BI by Disease - Policy Limit

$1,000,000                            BI by Disease - Each Employee Limit

In any jurisdiction, state, or province where the amount of Employers Liability Insurance provided by the Underlying Insurer(s) is by law "Unlimited", the underlying Employers Liability limit(s) shown in the above schedule do not apply and no coverage shall be provided for Employers Liability under this policy.

Comments:  All Other States

**UNDERLYING POLICY TYPE:** Employers Liability

Policy Number: On File With Company      Policy Defense Treatment:      Outside the Limit

Policy Period:   05/01/2020 to   05/01/2021

Carrier:      Hartford Fire Insurance Company

| LIMIT AMOUNT | LIMIT TYPE |
|---|---|
| $1,000,000 | BI by Accident - Per Accident Limit |
| $1,000,000 | BI by Disease - Policy Limit |
| $1,000,000 | BI by Disease - Each Employee Limit |

In any jurisdiction, state, or province where the amount of Employers Liability Insurance provided by the Underlying Insurer(s) is by law "Unlimited", the underlying Employers Liability limit(s) shown in the above schedule do not apply and no coverage shall be provided for Employers Liability under this policy.

Comments:   WI Only

---

**UNDERLYING POLICY TYPE:** Employee Benefits Liability

Policy Number: On File With Company      Policy Defense Treatment:      Outside the Limit

Policy Period:   05/01/2020 to   05/01/2021

Carrier:      Hartford Fire Insurance Company

| LIMIT AMOUNT | LIMIT TYPE |
|---|---|
| $1,000,000 | Each Claim |
| $1,000,000 | Aggregate |

---

**UNDERLYING POLICY TYPE:** Foreign DIC General Liability

Policy Number: On File With Company      Policy Defense Treatment:      Outside the Limit

Policy Period: 05/01/2020 to 05/01/2021

Carrier:      Zurich American Insurance Company

| LIMIT AMOUNT | LIMIT TYPE |
|---|---|
| $2,000,000 | Each Occurrence |
| $4,000,000 | General Aggregate |
| $4,000,000 | Products/Completed Ops Aggregate |
| $1,000,000 | Personal & Advertising Injury |

---

**UNDERLYING POLICY TYPE:** Foreign DIC Automobile Liability

Policy Number: On File With Company      Policy Defense Treatment:      Outside the Limit

Policy Period: 05/01/2020 to 05/01/2021

Carrier:      Zurich American Insurance Company

| LIMIT AMOUNT | LIMIT TYPE |
|---|---|
| $1,000,000 | Combined Single Limit |

---

**UNDERLYING POLICY TYPE:**  Foreign DIC Employers Liability

Policy Number: On File With Company          Policy Defense Treatment:          Outside the Limit

Policy Period:   05/01/2020 to   05/01/2021

Carrier:          Zurich American Insurance
                  Company

| LIMIT AMOUNT | LIMIT TYPE |
|---|---|
| $1,000,000 | BI by Accident - Per Accident Limit |
| $1,000,000 | BI by Disease - Policy Limit |
| $1,000,000 | BI by Disease - Each Employee Limit |

In any jurisdiction, state, or province where the amount of Employers Liability Insurance provided by the Underlying Insurer(s) is by law "Unlimited", the underlying Employers Liability limit(s) shown in the above schedule do not apply and no coverage shall be provided for Employers Liability under this policy.

---

**UNDERLYING POLICY TYPE:**  Foreign DIC Employee Benefits Liability

Policy Number: On File With Company          Policy Defense Treatment:          Outside the Limit

Policy Period:   05/01/2020 to   05/01/2021

Carrier:          Zurich American Insurance
                  Company

| LIMIT AMOUNT | LIMIT TYPE |
|---|---|
| $1,000,000 | Each Claim |
| $1,000,000 | Aggregate |

---

# CHUBB

**Table of Contents**
Enhanced Commercial Umbrella
Liability Policy

| | | |
|---|---|---|
| I. | INSURING AGREEMENT – COMMERCIAL UMBRELLA LIABILITY | 1 |
| II. | INSURING AGREEMENT – CATASTROPHE MANAGEMENT INSURANCE | 2 |
| III. | DUTY TO DEFEND AND "DEFENSE COSTS" | 2 |
| IV. | LIMITS OF INSURANCE AND "RETAINED LIMIT" | 3 |
| V. | EXCLUSIONS | 5 |
| VI. | CONDITIONS | 13 |
| VII. | DEFINITIONS | 16 |

Case 3:23-cv-05001-SRB     Document 21-4     Filed 11/17/23     Page 14 of 144



**Chubb Group of Insurance Companies**
202B Hall's Mill Road
Whitehouse Station, NJ 08889

**Enhanced Commercial
Umbrella Liability Policy**

Various provisions in this policy restrict coverage. Please read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words 'you' and 'your' refer to the "Named Insured" shown in the Declarations and any other person or organization qualifying as a "Named Insured" under this policy. The words 'we', 'us' and 'our' refer to the company providing this insurance.

Other words and phrases that appear in "quotation marks" have special meaning. Refer to Section **VII - DEFINITIONS**.

We, the company named in the Declarations, relying upon the statements made and information furnished to us, and in return for the payment of premium and subject to the terms, conditions, and limits of insurance of this policy, agree as follows:

## I. INSURING AGREEMENT – COMMERCIAL UMBRELLA LIABILITY

### A. "Bodily Injury" and "Property Damage" Liability

1. We will pay on behalf of the "insured" those sums in excess of the "retained limit" that the "insured" becomes legally obligated to pay as damages imposed by law or assumed by the "insured" under an "insured contract" because of "bodily injury" or "property damage" to which this insurance applies.

2. This insurance applies to "bodily injury" and "property damage", but only if:

   a. The "bodily injury" or "property damage" is caused by an "occurrence" that takes place in the "coverage territory";

   b. The "bodily injury" or "property damage" occurs during the "policy period"; and

   c. Prior to the "policy period", no "insured" listed in paragraph 2. of the definition of "insured" and no "employee" authorized by you to give or receive notice of an "occurrence" or claim knew that the "bodily injury" or "property damage" had occurred, in whole or in part. If such listed "insured" or authorized "employee" knew, prior to the "policy period", that the "bodily injury" or "property damage" occurred, then any continuation, change or resumption of such "bodily injury" or "property damage" during or after the "policy period" will be deemed to have been known prior to the "policy period".

3. "Bodily injury" or "property damage" that occurs during the "policy period" and was not, prior to the "policy period", known to have occurred by any "insured" listed in paragraph 2. of the definition of "insured" or any "employee" authorized by you to give or receive notice of an "occurrence" or claim, includes any continuation, change or resumption of that "bodily injury" or "property damage" after the end of the "policy period".

4. "Bodily injury" or "property damage" will be deemed to have been known to have occurred at the earliest time when any "insured" listed in paragraph 2. of the definition of "insured" or any "employee" authorized by you to give or receive notice of an "occurrence" or claim:

   a. Reports all or any part of the "bodily injury" or "property damage" to us or any other insurer;

   b. Receives a written or verbal demand or claim for damages because of the "bodily injury" or "property damage"; or

   c. Becomes aware by any other means that "bodily injury" or "property damage" has occurred or has begun to occur.

5. Damages because of "bodily injury" include damages claimed by any person or organization for care, loss of services or death resulting at any time from the "bodily injury".

### B. "Personal and Advertising Injury" Liability

1. We will pay on behalf of the "insured" those sums in excess of the "retained limit" that the "insured" becomes legally obligated to pay as damages by reason of liability imposed by law because of

"personal and advertising injury" to which this insurance applies.

2. This insurance applies to "personal and advertising injury", but only if:

    a. The "personal and advertising injury" arises out of your business;

    b. The "personal and advertising injury" is caused by an "occurrence" that takes place in the "coverage territory"; and

    c. The "occurrence" causing the "personal and advertising injury" was committed during the "policy period".

## II. INSURING AGREEMENT – CATASTROPHE MANAGEMENT INSURANCE

A. We will pay to third parties, on behalf of and at the request of the "insured", "catastrophe management costs" arising out of injury or damage that, in the good faith opinion of a "key individual", has resulted in or is reasonably likely to result in a "catastrophe management event" first commencing during the "policy period", up to the amount of the Catastrophe Management Aggregate Limit shown in the Declarations.

B. This coverage part applies only to "catastrophe management costs" arising out of a "catastrophe management event" that occurs during the "policy period".

C. Our obligation to pay "catastrophe management costs" will end when we determine that the necessary elements listed in the definition of "catastrophe management event" no longer exist or when the Catastrophe Management Aggregate Limit shown in the Declarations has been exhausted, whichever occurs first.

D. Any payment of "catastrophe management costs" that we make will not:

    1. Be a determination of any other rights or obligations under this policy;

    2. Create any duty to defend any "suit" under any other part of this policy; or

    3. Operate as a waiver of any right or defense we have with respect to the coverage under this policy, including the Condition titled **Duties In The Event Of "Occurrence", Claim Or "Suit"**.

E. We have no obligation under this coverage part with respect to any "catastrophe management costs" incurred or paid without our prior consent, which will not be unreasonably delayed or withheld.

F. We have no other obligation or liability to pay sums or perform acts or services under this coverage part.

G. Payment of covered "catastrophe management costs" shall not be subject to the "retained limit".

## III. DUTY TO DEFEND AND "DEFENSE COSTS"

A. We will have the right and duty to defend the "insured" against any "suit" seeking damages for "bodily injury", "property damage" or "personal and advertising injury" to which this insurance applies, even if groundless, false or fraudulent:

    1. When such damages would be covered by "underlying insurance" but are not covered because of the exhaustion of the applicable limits of "underlying insurance" by the payment of "loss" to which this insurance applies, and the total applicable limits of any "other insurance" have been exhausted; or

    2. When such damages are not covered by "underlying insurance" and any applicable self-insured retention, including the "enhanced coverage self-insured retention", has been exhausted by the payment of "loss" to which this insurance applies, and the total applicable limits of any "other insurance" have been exhausted; or

    3. When damages sought for "bodily injury", "property damage" or "personal and advertising injury" are subject to a "scheduled retained limit" and such "scheduled retained limit" has been exhausted by the payment of "loss" to which this insurance applies and the total applicable limits of any "other insurance" have been exhausted.

B. We will have no duty to defend the "insured" against any "suit" seeking damages for "bodily injury", "property damage" or "personal and advertising injury" to which this insurance does not apply.

C. Except as provided in Paragraph A., we will have no duty to defend any "suit" against the "insured". We will, however, have the right, but not the duty, to associate in the investigation of any claim and the defense of any "suit" that may, in our opinion, result in damages to which this insurance applies. If we exercise this right, we will do so at our own expense.

D. If we assume the defense of any claim or "suit" against the "insured", we will:

   1. Investigate, negotiate and settle the claim or "suit" at our discretion; and

   2. Pay "defense costs" to the extent that such "defense costs" are not covered by "underlying insurance" or any applicable "other insurance".

E. Our right and duty to defend ends when the applicable Limit of Insurance of this policy has been exhausted by the payment of "loss".

## IV. LIMITS OF INSURANCE AND "RETAINED LIMIT"

A. The Limits of Insurance shown in the Declarations and the rules below fix the most we will pay regardless of the number of:

   1. "Insureds";

   2. Claims made or "suits" brought; or

   3. Persons or organizations making claims or bringing "suits".

B. The General Aggregate Limit shown in the Declarations is the most we will pay for all damages, except:

   1. Damages because of "bodily injury" or "property damage" included in the "products-completed operations hazard";

   2. Damages because of "bodily injury" or "property damage" arising out of "auto liability"; and

   3. "Catastrophe management costs".

C. The Products-Completed Operations Aggregate Limit shown in the Declarations is the most we will pay for damages because of "bodily injury" and "property damage" included in the "products-completed operations hazard".

D. Subject to Paragraphs B and C above, the Each Occurrence Limit shown in the Declarations is the most we will pay for the sum of all damages because of "bodily injury", "property damage", and "personal and advertising injury" arising out of any one "occurrence". However, this Each Occurrence Limit shall not apply to "catastrophe management costs".

E. The Catastrophe Management Aggregate Limit is the most we will pay for the sum of all "catastrophe management costs" under this policy, regardless of the number of "catastrophe management events" first commencing during the "policy period".

F. Subject to E. above, the Catastrophe Management Each Occurrence Limit shown in the Declarations is the most we will pay for the sum of all "catastrophe management costs" arising out of any one "occurrence".

G. "Defense costs" will be in addition to the applicable Limits of Insurance of this policy unless an exception set forth in subparagraphs 1. or 2. below applies.

   If:

   1. "Defense costs" reduce the applicable limits of "underlying insurance"; or

   2. A coverage listed in a Schedule of Retained Limits attached to this policy indicates that "defense costs" are included within the "retained limit";

then such "defense costs", other than post-judgment interest, will reduce the applicable Limits of Insurance of this policy.

H. The Limits of Insurance and applicable "retained limit" of this policy apply separately to each consecutive annual period and to any remaining period of less than twelve (12) months, starting with the beginning of the "policy period" shown in the Declarations, unless the "policy period" is extended after issuance for an additional period of less than twelve (12) months. In that case, the additional period will be deemed part of the last preceding period for purposes of determining the Limits of Insurance and "retained limit".

I. If the applicable "retained limit" has been:

1. Reduced by the payment of "loss", then this policy will be excess of the reduced "retained limit".

2. Exhausted by the payment of "loss", then this policy will continue in force as "underlying insurance".

This policy recognizes reduction or exhaustion of "underlying insurance", any applicable self-insured retention, and any applicable "scheduled retained limit" only by payment of "loss" to which this policy applies.

J. Where damages for "bodily injury" or "property damage" included within the "liquor liability hazard" are not covered by "underlying insurance". except due to the exhaustion of such "underlying insurance" by the payment of "loss" to which this policy applies, the amount we will pay for such damages shall be excess of the "enhanced coverage self-insured retention" or "scheduled retained limit" as applicable, and any applicable "other insurance".

K. Subject to L. below, where amounts payable pursuant to an exception to an exclusion of this policy are expressly subject to the "enhanced coverage self-insured retention", the amount we will pay for damages subject to such exception shall be excess of the "enhanced coverage self-insured retention" and any applicable "other insurance".

L. If there is "other insurance" purchased by the "Named Insured" applicable to a "loss" subject to the "enhanced coverage self-insured retention", amounts received through such "other insurance" purchased by the "Named Insured" for the payment of such "loss" covered by this policy may be applied to reduce or exhaust the "enhanced coverage self-insured retention".

M. If there is "underlying insurance", or "other insurance" purchased by the "Named Insured", applicable to a "loss" subject to a "scheduled retained limit", amounts received through such "underlying insurance", or such "other insurance" purchased by the "Named Insured", for the payment of such "loss" covered by this policy may be applied to reduce or exhaust the "scheduled retained limit".

N. If there is applicable "underlying insurance" with a policy period that is non-concurrent with the "policy period" of this policy, the "retained limit" with respect to any coverage provided by this policy excess of such "underlying insurance" will only be reduced or exhausted by payments for:

a. "Bodily injury" or "property damage" that occurs during the "policy period" of this policy; or

b. "Personal and advertising injury" for "occurrences" that are committed during the "policy period" of this policy.

However, if any applicable "underlying insurance" is written on a claims-made basis, the "retained limit" with respect to any coverage provided by this policy excess of such "underlying insurance" will only be reduced or exhausted by claims for that insurance that are made during the "policy period", or any Extended Reporting Period, applicable to this policy.

O. "Defense costs" shall not reduce or exhaust the "enhanced coverage self-insured retention" or the "umbrella coverage self-insured retention". "Defense costs" shall not reduce or exhaust a "scheduled retained limit" unless specifically noted in the Schedule of Retained Limits or endorsement setting forth such "scheduled retained limit".

Case 3:23-cv-05001-SRB    Document 21-4    Filed 11/17/23    Page 18 of 144

# CHUBB®

**Enhanced Commercial
Umbrella Liability Policy**

## V. EXCLUSIONS

- **Aircraft**

  This insurance does not apply to "bodily injury" or "property damage" arising out of the ownership, maintenance, use or entrustment to others of any aircraft owned or operated by or rented or loaned to any "insured". Use includes operation and "loading or unloading".

  This exclusion applies even if the claims against any "insured" allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that "insured" with respect to an "occurrence" arising out of the ownership, maintenance, use or entrustment to others of any aircraft that is owned or operated by or rented or loaned to any "insured".

- **Asbestos**

  This insurance does not apply to any "loss", demand, claim or "suit" arising out of or related in any way to asbestos or asbestos-containing materials.

- **Auto**

  This insurance does not apply to:

  1. "Auto liability". This exclusion does not apply to the extent that coverage for such "auto liability" is provided by "underlying insurance" or would have been provided but for the exhaustion of the applicable limits of "underlying insurance" by the payment of "loss" to which this policy applies; provided, however, that coverage provided by this policy will be no broader than coverage provided by "underlying insurance". Additionally, this exclusion does not apply when coverage for "auto liability" is expressly provided excess of a "scheduled retained limit."

  2. Any "loss", cost or expense payable under or resulting from any first-party "auto" physical damage coverage, "auto" no-fault law, personal injury protection, "auto" medical payments coverage, uninsured motorist law or underinsured motorist law.

- **Contractual Liability**

  This insurance does not apply to "bodily injury" or "property damage" for which the "insured" is obligated to pay damages by reason of the assumption of liability in a contract or agreement. This exclusion does not apply to liability for damages:

  1. That the "insured" would have in the absence of the contract or agreement; or

  2. Assumed in a contract or agreement that is an "insured contract", provided the "bodily injury" or "property damage" occurs subsequent to the execution of the contract or agreement. Solely for the purposes of liability assumed in an "insured contract", reasonable attorney fees and necessary litigation expenses incurred by or for a party other than an "insured" are deemed to be damages because of "bodily injury" or "property damage", provided:

     a. Liability to such party for, or for the cost of, that party's defense has also been assumed in the same "insured contract"; and

     b. Such attorney fees and litigation expenses are for defense of that party against a civil or alternative dispute resolution proceeding in which damages to which this insurance applies are alleged.

- **Damage to "Impaired Property" or Property Not Physically Injured**

  This insurance does not apply to "property damage" to "impaired property" or property that has not been physically injured, arising out of:

  1. A defect, deficiency, inadequacy or dangerous condition in "your product" or "your work"; or

  2. A delay or failure by you or anyone acting on your behalf to perform a contract or agreement in



accordance with its terms.

This exclusion does not apply to the loss of use of other property arising out of sudden and accidental physical injury to "your product" or "your work" after it has been put to its intended use.

- **Damage to Property**

This insurance does not apply to "property damage" to:

1. Property you own, rent, or occupy, including any costs or expenses incurred by you or any other person, organization or entity, for repair, replacement, enhancement, restoration or maintenance of such property for any reason, including prevention of injury to a person or damage to another's property;

2. Premises you sell, give away or abandon, if the "property damage" arises out of any part of those premises;

3. Property loaned to you;

4. Personal property in the care, custody or control of the "insured";

5. That particular part of real property on which you or any contractors or subcontractors working directly or indirectly on your behalf are performing operations, if the "property damage" arises out of those operations; or

6. That particular part of any property that must be restored, repaired or replaced because "your work" was incorrectly performed on it.

Paragraphs 1., 3. and 4. of this exclusion do not apply to "property damage" (other than damage by fire) to premises, including the contents of such premises, rented to you for a period of seven (7) or fewer consecutive days.

Paragraph 2. of this exclusion does not apply if the premises are "your work" and were never occupied, rented or held for rental by you.

Paragraphs 3., 4., 5. and 6. of this exclusion do not apply to liability assumed under a sidetrack agreement.

Paragraph 6. of this exclusion does not apply to "property damage" included in the "products-completed operations hazard".

- **Damage to "Your Product"**

This insurance does not apply to "property damage" to "your product" arising out of it or any part of it.

- **Damage to "Your Work"**

This insurance does not apply to "property damage" to "your work" arising out of it or any part of it and included in the "products-completed operations hazard".

This exclusion does not apply if the damaged work or the work out of which the damage arises was performed on your behalf by a subcontractor.

- **Electronic Chat Rooms or Bulletin Boards**

This insurance does not apply to "personal and advertising injury" arising out of an electronic chat room or bulletin board the "insured" hosts, owns, or over which the "insured" exercises control;

- **"Electronic Data"**

This insurance does not apply to damages arising out of the loss of, loss of use of, damage to, corruption of, inability to access or inability to manipulate "electronic data";

Case 3:23-cv-05001-SRB    Document 21-4    Filed 11/17/23    Page 20 of 144

- **Employers Liability**

  This insurance does not apply to "bodily injury" to:

  1. An "employee" of the "insured" arising out of and in the course of:

     a. Employment by the "insured"; or

     b. Performing duties related to the conduct of the "insured's" business; or

  2. The spouse, child, parent, brother or sister of that "employee" as a consequence of Paragraph 1 above.

  This exclusion applies:

  1. Whether the "insured" may be liable as an employer or in any other capacity; and

  2. To any obligation to share damages with or repay someone else who must pay damages because of the injury.

  This exclusion does not apply:

  1. To the extent that such coverage is provided by "underlying insurance" or would have been provided but for the exhaustion of the applicable limits of "underlying insurance" by the payment of "loss" to which this policy applies; provided, however, that coverage provided by this policy will be no broader than coverage provided by "underlying insurance"; or

  2. When coverage is expressly provided excess of a "scheduled retained limit".

- **Employment Practices**

  This insurance does not apply to "bodily injury", "property damage" or "personal and advertising injury" arising out of:

  1. Refusal to employ;

  2. Termination of employment;

  3. Coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation, failure to promote, failure to compensate, retaliation, violation of civil rights, invasion of privacy, discrimination or other acts or omissions arising out of employment related practices, or other employment related practices, policies, acts or omissions; or

  4. Any consequential liability, damage, "loss", cost or expense as a result of paragraphs 1., 2. or 3. above.

  This exclusion applies whether or not the "insured" may be held liable as an employer or in any other capacity, and to any obligation to share damages with or repay someone else who must pay damages because of such injury or damages.

- **Expected or Intended Injury**

  This insurance does not apply to "bodily injury" or "property damage" expected or intended from the standpoint of the "insured". This exclusion does not apply to "bodily injury" or "property damage" resulting from the use of reasonable force to protect persons or property.

- **Infringement of Copyright, Patent, Trademark, Trade Secret or Other Intellectual Property Rights**

  This insurance does not apply to "personal and advertising injury" arising out of the infringement of copyright, patent, trademark, trade secret or other intellectual property rights.

  However, this exclusion does not apply to infringement in your "advertisement" of copyright, trade dress or slogan.

- **"Insureds" in Media and Internet-Type Businesses**

This insurance does not apply to "personal and advertising injury" committed by an "insured" whose business is:

1.  Advertising, broadcasting, publishing or telecasting;

2.  Designing or determining content of web-sites for others; or

3.  An Internet search, access, content or service provider.

However, this exclusion does not apply to Paragraphs 1., 2. and 3. of the definition of "personal and advertising injury" found in Section **VII. DEFINITIONS** of this policy.

For the purposes of this exclusion, the placing of frames, borders, links or advertising, for you or others anywhere on the Internet is not, by itself, considered the business of advertising, broadcasting, publishing or telecasting.

- **Miscellaneous Laws**

This insurance does not apply to any "loss", demand, claim, or "suit" under:

1.  The Employee Retirement Income Security Act of 1974, including any amendment thereto or any similar law; or

2.  Any workers' compensation, disability benefits, unemployment compensation laws or any similar laws.

- **Nuclear**

This insurance does not apply to:

1.  any injury or damage:

    a.  With respect to which an "insured" under the policy is also an "insured" under a nuclear energy liability policy issued by the Nuclear Energy Liability Insurance Association, Mutual Atomic Energy Liability Underwriters, Nuclear Insurance Association of Canada, or any of their successors, or would be an "insured" under any such policy but for its termination upon exhaustion of its limit of insurance; or

    b.  Resulting from the "hazardous properties" of "nuclear material" and with respect to which (1) any person or organization is required to maintain financial protection pursuant to the Atomic Energy Act of 1954, or any law amendatory thereof, or (2) the "insured" is, or had this policy not been issued would be, entitled to indemnity from the United States of America, or any agency thereof, under any agreement entered into by the United States of America, or any agency thereof, with any person or organization.

2.  any injury or damage resulting from the "hazardous properties" of "nuclear material", if:

    a.  The "nuclear material" (1) is at any "nuclear facility" owned by, or operated by or on behalf of, an "insured" or (2) has been discharged or dispersed therefrom;

    b.  The "nuclear material" is contained in "spent fuel" or "nuclear waste" at any time possessed, handled, used, processed, stored, transported or disposed of by or on behalf of an "insured"; or

    c.  The injury or damage arises out of the furnishing by an "insured" of services, materials, parts or equipment in connection with the planning, construction, maintenance, operations or use of any "nuclear facility".

As used in this exclusion, "injury or damage" includes all forms of radioactive contamination of property.

- **Other "Personal and Advertising Injury"**

This insurance does not apply to "personal and advertising injury":

Case 3:23-cv-05001-SRB     Document 21-4     Filed 11/17/23     Page 22 of 44

**Enhanced Commercial
Umbrella Liability Policy**

1. Caused by or at the direction of the "insured" with the knowledge that the act would violate the rights of another and would inflict "personal and advertising injury";

2. Arising out of oral or written publication, in any manner, of material, if done by or at the direction of the "insured" with knowledge of its falsity;

3. Arising out of oral or written publication, in any manner, of material whose first publication took place before the beginning of the "policy period";

4. Arising out of a criminal act committed by or at the direction of the "insured";

5. For which the "insured" has assumed liability in a contract or agreement. This exclusion does not apply to liability for damages that the "insured" would have in the absence of the contract or agreement;

6. Arising out of a breach of contract, except an implied contract to use another's advertising idea in your "advertisement";

7. Arising out of the failure of goods, products or services to conform with any statement of quality or performance made in your "advertisement"; or

8. Arising out of the wrong description of the price of goods, products or services stated in your "advertisement".

- **Pollution**

1. This insurance does not apply to "bodily injury", "property damage" or "personal and advertising injury" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants" anywhere at any time; However, this Paragraph 1. of the exclusion shall not apply to the exceptions set forth in subparagraphs a. through i. below:

   a. **Various Named Perils**

      "Bodily injury" or "property damage" caused by pollution if the discharge, dispersal, seepage, migration, release or escape of "pollutants" commenced abruptly and can be clearly identified as having commenced during the "policy period", and is caused solely by:

      1.) Application of fungicide, herbicide or pesticide at any premises, site or location that are owned by, occupied by, rented to, or loaned to, any "insured";

      2.) Fire, lightning; explosion; windstorm; flood; or earthquake;

      3.) Vandalism; malicious mischief; riot or civil commotion;

      4.) Sprinkler leakage; or

      5.) Collision, upset or overturn of an aircraft or railcar;

   b. **Equipment to Heat, Cool, Humidify, Dehumidify or Ventilate a Building**

      "Bodily injury", if sustained within a building and caused by smoke, fumes, vapor or soot from equipment used to heat, cool, humidify, dehumidify or ventilate that building or equipment used to heat water for personal use by the building's occupants or their guests.

   c. **Contractor/Lessee Operations**

      "Bodily injury" or "property damage" for which you may be held liable if:

      1.) You are a contractor; and

      2.) The owner or lessee of such premises, site or location has been added to this policy as an additional "insured" with respect to your ongoing operations performed for that additional "insured" at such premises, site or location; and

Case 3:23-cv-05001-SRB     Document 21-4     Filed 11/17/23     Page 23 of 144

3.) Such premises, site or location is not and never was owned or occupied by, or rented or loaned to, any "insured", other than that additional "insured".

d. **Work Performed by You or a Contractor or Subcontractor**

"Bodily injury" or "property damage" sustained within a building and caused by the release of gases, fumes or vapors from materials brought into that building in connection with operations being performed by you or on your behalf by a contractor or subcontractor.

e. **Fuels, Lubricants and Other Operating Fluids - "Mobile Equipment"**

"Bodily injury" or "property damage" arising out of the escape of fuels, lubricants or other operating fluids that are needed to perform the normal electrical, hydraulic or mechanical functions necessary for the operation of "mobile equipment" or its parts, if such fuels, lubricants or other operating fluids escape from a vehicle part designed to hold, store or receive them. This exception does not apply if the "bodily injury" or "property damage" arises out of the intentional discharge, dispersal or release of the fuels, lubricants or other operating fluids; or if such fuels, lubricants or other operating fluids are brought on or to the premises, site or location with the intent that they be discharged, dispersed or released as part of the operations being performed by such "insured", contractor or subcontractor.

f. **Fuels, Lubricants, Fluids – "Auto"**

"Bodily injury" or "property damage" arising out of fuels, lubricants, fluids, exhaust gases or other similar "pollutants" that are needed for or result from the normal electrical, hydraulic or mechanical functioning of a covered "auto" or its parts, if:

1.) The "pollutants" escape, seep, migrate, or are discharged, dispersed or released directly from an "auto" part designed by its manufacturer to hold, store, receive or dispose of such "pollutants"; and

2.) The "bodily injury", "property damage" or any covered pollution cost or expense does not arise out of the operation of any equipment listed in Paragraphs 6.b. and 6.c. of the definition of "mobile equipment".

g. **Upset, Overturn or Damage of an "Auto"**

"Bodily injury" or "property damage" arising out of an "occurrence" that takes place away from premises owned by or rented to an "insured" with respect to "pollutants" not in or upon an "auto" if:

1.) The "pollutants" or any property in which the "pollutants" are contained are upset, overturned or damaged as a result of the maintenance or use of an "auto"; and

2.) The discharge, dispersal, seepage, migration, release or escape of the "pollutants" is caused directly by such upset, overturn or damage.

h. **"Products-Completed Operations Hazard"**

"Bodily Injury" or "property damage" included in the "products-completed operations hazard" provided that "your product" or "your work" has not at any time been:

1.) discarded, dumped, abandoned, thrown away; or

2.) transported, handled, stored, treated, disposed of, or processed, as waste;

by anyone.

i. **Time Element**

"Bodily injury" or "property damage" caused by any peril other than those listed in a. through h. above, provided that the discharge, dispersal, seepage, migration, release or escape of

"pollutants":

1.) Is at or from any:

    (i) Premises, site or location that is owned by, occupied by, rented to, or loaned to any "insured"; or

    (ii) Premises, site or location on which any "insured" or any contractors or subcontractors working directly or indirectly on any "insured's" behalf are performing operations, if the "pollutants" are brought on or to the premises, site or location in connection with such operations by such "insured", contractor or subcontractor;

and

2.) Commenced abruptly and instantaneously and can be clearly identified as having commenced during the "policy period";

3.) Is known by any "insured" within the number of days set forth in the Declarations as Pollution Knowledge Time Frame after the commencement of the discharge, dispersal, seepage, migration, release or escape of "pollutants"; and

4.) Is reported to us within the number of days set forth in the Declarations as Pollution Reporting Time Frame after the "insured" referenced in subparagraph 3.) above first learns of the commencement of the discharge, dispersal, seepage, migration, release or escape of "pollutants".

2. Notwithstanding the above, this insurance shall not apply to any "loss", cost or expense arising out of any:

    a. Request, demand, order, statutory or regulatory requirement that any "insured" or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

    b. Claim or "suit" by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, in any way responding to, or assessing the effects of, "pollutants";

However, this Paragraph 2. of the exclusion does not apply to liability for damages because of "property damage" that the "insured" would have in the absence of such request, demand, order, statutory or regulatory requirement, claim or "suit" by or on behalf of a governmental authority.

Where any coverage provided by this policy for "bodily injury" or "property damage" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants" is not provided by applicable "underlying insurance", except due to the exhaustion of such "underlying insurance" by "loss" to which this policy applies, the coverage for such "bodily injury" or "property damage" shall be provided excess of the "enhanced coverage self-insured retention". This provision shall not apply if pollution coverage is provided excess of a "scheduled retained limit", in which case, the "scheduled retained limit" and not the "enhanced coverage self-insured retention" shall apply.

- **Recall of Products, Work or "Impaired Property"**

This insurance does not apply to any damages claimed for any "loss", cost or expense incurred by you or others for the loss of use, withdrawal, recall, inspection, repair, replacement, adjustment, removal or disposal of:

1. "your product";

2. "your work"; or

3. "impaired property";

Case 3:23-cv-05001-SRB    Document 21-4    Filed 11/17/23    Page 25 of 27

if such product, work, or property is withdrawn or recalled from the market or from use by any person or organization because of a known or suspected defect, deficiency, inadequacy or dangerous condition in it.

- **Trade or Economic Sanctions**

  This insurance does not apply to the extent that United States of America trade or economic sanctions, including, but not limited to, sanctions administered and enforced by the United States Treasury Department's Office of Foreign Assets Control, prohibit us from providing insurance, including, but not limited to, the payment of claims.

- **Unauthorized Use of Another's Name or Product**

  This insurance does not apply to "personal and advertising injury" arising out of the unauthorized use of another's name or product in your e-mail address, domain name or meta-tag, or any other similar tactics to mislead another's potential customers.

- **Unsolicited Communications**

  This insurance does not apply to "bodily injury", "property damage" or "personal and advertising injury" arising out any form of communication, including but not limited to facsimile, electronic mail, posted mail or telephone that violates or is alleged to violate:

  1. the Telephone Consumer Protection Act (TCPA), including any amendment of or addition to such law;

  2. The CAN-SPAM Act of 2003, including any amendment of or addition to such law;

  3. The Fair Credit Reporting Act (FCRA), including any amendment of or addition to such law, including the Fair and Accurate Credit Transaction Act (FACTA); or

  4. Any federal, state, or local statute, ordinance or regulation, other than the TCPA, CAN-SPAM Act of 2003, or FCRA and their amendments and additions, that addresses, prohibits, or limits the printing, dissemination, disposal, collecting, recording, sending, transmitting, communicating or distribution of material or information.

- **War**

  This insurance does not apply to "bodily injury", "property damage" or "personal and advertising injury", however caused, arising directly or indirectly as a result of or in connection with:

  1. War, including undeclared or civil war;

  2. Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

  3. Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

- **Watercraft**

  This insurance does not apply to "bodily injury" or "property damage" arising out of the ownership, maintenance, use or entrustment to others of any watercraft owned or operated by or rented or loaned to any "insured". Use includes operation and "loading or unloading".

  This exclusion applies even if the claims against any "insured" allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that "insured" with respect to an "occurrence" arising out of the ownership, maintenance, use or entrustment to others of any watercraft that is owned or operated by or rented or loaned to any "insured".

  However, this exclusion does not apply to "bodily injury" or "property damage" arising out of:

Case 3:23-cv-05001-SRB    Document 21-4    Filed 11/17/23    Page 26 of 144

1. A watercraft while ashore on premises you own or rent; or

2. A watercraft less than fifty-two (52) feet long for which no "insured" receives a fee to carry persons or property.

Where the coverage provided by this policy for liability arising out of the watercraft risks identified in subparagraphs 1. or 2. above is not provided by applicable "underlying insurance", except due to the exhaustion of such "underlying insurance" by "loss" to which this policy applies, the coverage for such liability shall be provided excess of the "enhanced coverage self-insured retention". This condition shall not apply when coverage for general liability is provided excess of a "scheduled retained limit", in which case, the "scheduled retained limit" and not the "enhanced coverage self-insured retention" shall apply.

## VI. CONDITIONS

- **Appeals**

  In the event an "insured" elects not to appeal a judgment in excess of the "retained limit", we may elect to appeal. If we elect to appeal, we will be liable for, in addition to the applicable Limits of Insurance of this policy, all "defense costs" on that amount of any judgment that does not exceed the applicable Limits of Insurance shown in the Declarations related to such an appeal, subject to the limitations set forth in Section III. **DUTY TO DEFEND AND "DEFENSE COSTS"**.

- **Assignment or Transfer of "Insured's" Rights and Duties**

  An "insured's" rights and duties under this policy may not be assigned or transferred, except by an endorsement to this policy issued by us. If an "insured" dies or is legally declared bankrupt, then the "insured's" rights and duties will be transferred to its legal representative, but only while acting within the scope of duties as its legal representative. Until its legal representative is appointed, anyone having temporary custody of such "insured's" property will have its rights and duties, but only with respect to that property.

- **Bankruptcy of "Insured"**

  An "insured's" bankruptcy, insolvency, refusal or inability to pay will not relieve us of our obligations under this policy.

- **Cancellation**

  1. The first "Named Insured" shown in the Declarations will act on behalf of all other "insureds" with respect to the giving and receiving of notice of cancellation and the receipt of any refund that may become payable under this policy.

  2. The first "Named Insured" shown in the Declarations may cancel this policy. The first "Named Insured" shown in the Declarations must mail or deliver to us advance written notice stating when cancellation is to take effect.

  3. We may cancel this policy. If we cancel because of non-payment of premium, we must mail or deliver to the first "Named Insured" shown in the Declarations not less than ten (10) days advance written notice stating when the cancellation is to take effect. If we cancel for any other reason, we must mail or deliver to the first "Named Insured" shown in the Declarations not less than sixty (60) days advance written notice stating when the cancellation is to take effect. Mailing that notice to the first "Named Insured" at the mailing address shown in the Declarations will be sufficient to prove notice.

  4. The "policy period" will end on the day and hour stated in the cancellation notice.

  5. In the event of cancellation, final premium will be calculated *pro rata* based upon the time this policy was in force. Final premium will not be less than the *pro rata* share of the premium as shown in the Declarations.

  6. Premium adjustment may be made at the time of cancellation or as soon as practicable thereafter, but the cancellation will be effective even if we have not made or offered any refund due to the first

"Named Insured" shown in the Declarations. Our check or our representative's check, mailed or delivered, will be sufficient tender of any refund due to the first "Named Insured" shown in the Declarations.

- **Change in Control**

    1. If during the "policy period":

        a. The first "Named Insured" shown in the Declarations consolidates with, merges into, or sells all or substantially all of its assets to any person or entity; or

        b. Any person or entity acquires an amount of the outstanding ownership interests representing more than fifty percent (50%) of the voting or designation power for the election of directors of the first "Named Insured" shown in the Declarations, or acquires the voting or designation rights of such an amount of ownership interests;

        this policy will continue in full force and effect as to "bodily injury", "property damage" and "personal and advertising injury" that occurs prior to the effective date of such transaction.

    2. Coverage will be afforded by this policy for "bodily injury", "property damage" and "personal and advertising injury" that occurs on or after the effective date of such transaction if the first "Named Insured" shown in the Declarations notifies us of the transaction no later than ninety (90) days after the effective date of the transaction.

    3. If the first "Named Insured" shown in the Declarations fails to notify us within ninety (90) days of the effective date of such transaction, coverage afforded by this policy will cease on the ninetieth (90th) day after the effective date of such transaction at 12:01 AM standard time of the address of the first "Named Insured" shown in the Declarations or the end of the "policy period", whichever is earlier.

    4. The provisions of this Change in Control condition shall only apply to transactions with third parties not under control or ownership of the first "Named Insured" shown in the Declarations on the inception date of this policy.

- **Changes**

    This policy may be changed only by a written endorsement to this policy issued by us.

- **Duties in the Event of "Occurrence", Claim or "Suit"**

    1. You must see to it that we are notified as soon as practicable of an "occurrence" that is reasonably likely to result in a claim for damages that may be covered under this policy. To the extent possible, notice should include:

        a. How, when and where the "occurrence" took place;

        b. The names and addresses of any injured persons and witnesses; and

        c. The nature and location of any injury or damage arising out of the "occurrence".

    2. If a claim is made or "suit" is brought against any "insured" that involves, or is reasonably likely to result in a claim for damages that may be covered under this policy, you must, as soon as practicable:

        a. Record the specifics of the claim or "suit" and the date received; and

        b. Notify us in writing.

    3. You and any other involved "insured" must:

        a. Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the claim or "suit";

        b. Authorize us to obtain records and other information;

  c.  Cooperate with us in the investigation or settlement of the claim or defense against the "suit"; and

  d.  Assist us, upon our request, in the enforcement of any right against any person or organization that may be liable to the "insured" because of injury or damage to which this insurance may also apply.

4.  No "insured" will, except at that "insured's" own cost, voluntarily make a payment, assume any obligation, or incur any expense, other than for "Good Samaritan acts", without our written consent.

5.  With respect to any "loss" reporting requirements under this policy, knowledge of an "occurrence" or claim by an agent, servant or "employee" of yours or any other person shall not in itself constitute knowledge by you, unless a "key individual" shall have received notice from such agent, servant, "employee" or any other person.

- **Inspection and Audit**

  1.  We will be permitted, but not obligated, to inspect the "insured's" property and operations. Neither our right to make inspections, nor the making thereof, nor any report thereon, will constitute an undertaking on behalf of or for the benefit of the "insured", or others, to determine or warrant that such property or operations are safe.

  2.  We may examine and audit the "insured's" books and records during the "policy period", and any extensions thereof, within three (3) years after the termination date of this policy.

- **Legal Action Against Us**

  1.  No person or organization has a right under this policy to join us as a party or otherwise bring us into a "suit" asking for damages from an "insured".

  2.  No person or organization has a right of action against us under this policy unless all of its terms have been fully complied with and the amount that such person or organization seeks to recover has been determined by settlement with our consent or by final judgment against an "insured".

- **Maintenance of "Underlying Insurance"**

  The policy or policies referred to in the Schedule of Underlying Insurance or renewals or replacements thereof not more restrictive in coverage will be maintained in full effect during this "policy period", except for any reduction of the aggregate limits solely by payment of "loss" to which this policy applies.

  If, during the "policy period", such "underlying insurance" is not maintained in full effect or is materially changed to be more restrictive in coverage, or if any limits of liability of "underlying insurance" are:

  1.  Less than as stated in the Schedule of Underlying Insurance; or

  2.  Unavailable due to bankruptcy or insolvency of an underlying insurer;

  then the insurance afforded by this policy will apply in the same manner as if such "underlying insurance" and limits of liability had been in effect, available, so maintained and unchanged.

  Neither the failure to maintain the "underlying insurance" as required by this condition nor the bankruptcy, insolvency, or refusal or inability to pay of any underlying insurer shall invalidate this policy. However, this policy will apply only to the same extent that it would have if the "underlying insurance" were maintained as required by this condition and the underlying insurer had not become bankrupt, insolvent or refused or was unable to pay, excess of a self-insured retention equal to the highest applicable limit of such "underlying insurance". This provision shall not apply to coverages specifically designated to be excess of the "enhanced coverage self-insured retention" or excess of a "scheduled retained limit".

- **"Other insurance"**

  If valid and collectible "other insurance" applies to damages that are also covered by this policy, this

Case 3:23-cv-05001-SRB    Document 21-4    Filed 11/17/23    Page 29 of 144

policy will apply excess of the "other insurance" and will not contribute with such "other insurance". This provision will not apply if the "other insurance" is written to be excess of this policy.

- **Premium**

  The first "Named Insured" shown in the Declarations will be responsible for payment of all premiums when due.

  The premium stated in the Declarations is a flat premium. It is not subject to adjustment except as provided herein or as changed by an endorsement to this policy issued by us.

- **Separation of "Insureds"**

  Except with respect to the Limits of Insurance, the "retained limit", and any rights or duties specifically assigned to the first "Named Insured", this insurance applies:

  1. As if each "Named Insured" were the only "Named Insured"; and

  2. Separately to each "insured" against whom claim is made or "suit" is brought.

- **Titles**

  The titles to the various parts, sections, subsections and endorsements of this policy are intended solely for ease of reference and do not in any way limit, expand or otherwise affect the provisions of such parts, sections, subsections and endorsements.

- **Transfer of Rights of Recovery Against Others to Us**

  1. If the "insured" has rights to recover all or part of any payment we have made under this policy, those rights are transferred to us. Subject to paragraph 3. below, the "insured" must do nothing to impair them. At our request, the "insured" will bring "suit" or transfer those rights to us and help us enforce them.

  2. Any amount recovered will be apportioned in the inverse order of payment of "loss" to the extent of actual payment. The expenses of all such recovery proceedings will be apportioned in the ratio of respective recoveries.

  3. If you waive any right of recovery against a specific person or organization for damages as required under an "insured contract", we will also waive, to the same extent, such right of recovery we may have against such person or organization provided that the "bodily injury" or "property damage" occurs subsequent to the execution of the "insured contract".

- **Unintentional Failure to Disclose**

  Your failure to disclose all hazards or prior "occurrences" existing as of the inception date of this policy shall not prejudice the coverage afforded by this policy provided such failure to disclose all hazards or prior "occurrences" is not intentional.

- **When "Loss" is Payable**

  Coverage under this policy does not apply to a given claim unless and until:

  1. The "insured" or "insured's" underlying insurer has become obligated to pay the "retained limit" and

  2. The obligation of the "insured" to pay the "loss" in excess of the "retained limit" has been determined by a final settlement or judgment or written agreement among the "insured", claimant and us.

## VII.DEFINITIONS

- **"Adverse media coverage"** means national or regional news exposure in television, radio, print or Internet media that is reasonably likely to have a negative impact on the "insured" with respect to its income, reputation, community relations, public confidence or good will.

- **"Advertisement"** means a notice that is broadcast or published to the general public or specific market segments about your goods, products or services for the purpose of attracting customers or supporters. For the purposes of this definition:

  1. Notices that are published include material placed on the Internet or on similar electronic means of communication; and

  2. Regarding websites, only that part of a website that is about your goods, products or services for the purposes of attracting customers or supporters is considered an "advertisement".

- **"Auto"** means:

  1. A land motor vehicle, trailer or semi-trailer designed for travel on public roads, including any attached machinery or equipment.

  2. Any other land vehicle that is subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged.

  However, "auto" does not include "mobile equipment".

- **"Auto liability"** means liability for "bodily injury" or "property damage" arising out of the ownership, maintenance, use or entrustment to others by or on behalf of the "insured" of an "auto". Use includes operation and "loading or unloading." "Auto liability" includes damages arising out of claims that allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by an "insured".

- **"Bodily injury"** means bodily injury, sickness or disease sustained by a person, including death resulting from bodily injury, sickness or disease at any time. "Bodily injury" includes mental anguish, mental injury, shock or humiliation if resulting from bodily injury. All such resulting mental anguish, mental injury, shock, or humiliation shall be deemed to occur at the time of the bodily injury that caused it.

- **"Byproduct material"** has the meaning given it in the Atomic Energy act of 1954 or in any law amendatory thereof.

- **"Catastrophe management costs"** mean the following reasonable and necessary expenses incurred during a "catastrophe management event" and directly caused by the "catastrophe management event":

  1. Expenses incurred by a "catastrophe management firm" in the performance of "catastrophe management services" for the "insured";

  2. Expenses for printing, advertising, mailing of materials or travel by directors, officers, "employees" or agents of the "insured" or the "catastrophe management firm" incurred at the direction of a "catastrophe management firm"; expenses to secure the scene of a "catastrophe management event";

  3. Medical expenses; funeral expenses; expenses for psychological counseling; travel expenses; temporary living expenses or other necessary response costs approved by us that are incurred by or advanced to third parties directly harmed by the "catastrophe management event";

  4. Emergency medical evacuation and repatriation of injured persons, and up to two family members or other traveling companions of each such injured person, when adequate medical facilities are not available in the vicinity of the "catastrophe management event";

  5. "Food laboratory testing expense"; and

  6. The employment of engineers, scientists and other professionals for the purposes of rescue or attempted rescue of humans.

- **"Catastrophe management event"** means an "occurrence" that, in the good faith opinion of a "key individual", has resulted in or is reasonably likely to result in: (1) "bodily injury", "property damage" or "personal and advertising injury" covered by this policy in excess of the "retained limit"; and (2) a need for

"catastrophe management services" due to "adverse media coverage". "Catastrophe management event" will include "occurrences" resulting from i.) explosions and other man-made disasters; ii.) serious accidents resulting in multiple deaths, iii.) burns, iv.) dismemberment injuries; v.) traumatic brain injuries; vi.) permanent paralysis injuries; or vii.) injuries from contamination of food, drink or pharmaceuticals; if covered under this policy.

- **"Catastrophe management firm"** means any firm that is approved by us, which approval will not be unreasonably delayed or withheld, and hired by you or us to perform "catastrophe management services" in connection with a "catastrophe management event".

- **"Catastrophe management services"** mean those services performed by a "catastrophe management firm", in connection with a covered injury or damage, in advising the "insured" on managing "adverse media coverage" and maintaining and restoring public confidence in the "insured".

- **"Coverage territory"** means anywhere in the world.

- **"Defense costs"** mean expenses incurred in the investigation, negotiation, settlement or defense of a specific claim or "suit" alleging damages covered under this policy and includes the following supplementary payments:

  1. Up to $250 for cost of bail bonds because of an "occurrence" that may result in "bodily injury" or "property damage" covered by this policy. We do not have to furnish these bonds.

  2. The cost of bonds to release attachments, but only for bond amounts within the applicable Limit of Insurance. We do not have to furnish these bonds.

  3. The cost of appeal bonds required by law to appeal any "suit" we defend but only for bond amounts within the applicable Limit of Insurance. We do not have to apply for or furnish such bonds.

  4. All reasonable expenses incurred by the "insured" at our request to assist us in the investigation of any claim or the defense of any "suit", including actual loss of earnings up to $1,000 a day because of time off from work.

  5. All costs taxed against the "insured" in the "suit", except any attorney fees or litigation expenses or other "loss", cost or expense in connection with any injunction or other equitable relief.

  6. Pre-judgment interest awarded against the "insured" on that part of the judgment within the applicable Limit of Insurance that we pay. If we make an offer to pay the applicable Limit of Insurance, we will not pay any prejudgment interest accruing after the offer.

  7. Post-judgment interest on that part of any judgment within the applicable Limit of Insurance that we become obligated to pay that accrues after entry of the judgment and before we have paid, offered to pay, or deposited in court the part of the judgment that we have become obligated to pay.

- **"Electronic data"** mean information, facts or programs stored as or on, created, used on, or transmitted to or from computer software, including systems and applications software, hard or floppy disks, CD-ROMS, DVD-ROMS, Blu-Ray discs, tapes, drives, cells, data processing devices or any other media that are used with electronically controlled equipment.

- **"Employee"** means an individual working for you in return for remuneration. "Employee" includes a "leased worker". "Employee" does not include a "temporary worker" or independent contractor.

- **"Enhanced coverage self-insured retention"** means the amounts shown in the Declarations as Enhanced Coverage Self-Insured Retention. The Enhanced Coverage Self-Insured Retention – Each Occurrence shall apply separately to each "occurrence" for which coverage is expressly granted excess of the "enhanced coverage self-insured retention" and shall be subject to the Enhanced Coverage Self-Insured Retention – Aggregate, which shall apply to each coverage or exception to an exclusion expressly granted excess of the "enhanced coverage self-insured retention". Notwithstanding the above, the Enhanced Coverage Self-Insured Retention – Aggregate shall not apply to amounts payable within an exception to the Pollution Exclusion under Section **V. EXCLUSIONS**.

- **"Executive officer"** means a person holding any of the officer positions created by your charter, constitution, by-laws or any other similar governing document.

- **"Food laboratory testing expense"** means the reasonable and necessary expenses incurred during a potential food contamination "bodily injury", "occurrence" or claim. These expenses include testing by an independent laboratory to determine the cause, nature or extent of actual or alleged illness or disease from contamination of food or drink.

- **"Good Samaritan acts"** mean emergency cardiopulmonary resuscitation or first aid services performed by any "employee" of yours who is not a licensed medical professional.

- **"Hazardous properties"** include radioactive, toxic or explosive properties.

- **"Impaired property"** means tangible property, other than "your product" or "your work", that cannot be used or is less useful because:

  1. It incorporates "your product" or "your work" that is known or thought to be defective, deficient, inadequate or dangerous; or

  2. You have failed to fulfill the terms of a contract or agreement;

  if such property can be restored to use by:

  1. The repair, replacement, adjustment or removal of "your product" or "your work"; or

  2. Your fulfilling the terms of the contract or agreement.

- **"Insured"** means:

  1. Any person or organization qualifying as a "Named Insured".

  2. If the person or organization shown in the Declarations is:

     a. An individual: you and your spouse, civil union partner or domestic partner, but only with respect to the conduct of a business of which you are the sole owner.

     b. A partnership or joint venture: your members, your partners, and their spouses, civil union partners, or domestic partners, but only with respect to the conduct of your business.

     c. A limited liability company: your members, but only with respect to the conduct of your business; Your managers, but only with respect to their duties as your managers.

     d. An organization other than a partnership, joint venture or limited liability company: your "executive officers" and directors, but only with respect to their duties as your officers or directors; Your stockholders, but only with respect to their liability as stockholders.

     e. A trust: your trustees are also "insureds", but only with respect to their duties as trustees.

  3. Each of the following:

     a. Your "volunteer workers", but only while performing duties related to the conduct of your business, or your "employees", other than either your "executive officers" (if you are an organization other than a partnership, joint venture or limited liability company) or your managers (if you are a limited liability company), but only for acts within the scope of their employment by you or while performing duties related to the conduct of your business. However, none of these "employees" or "volunteer workers" are "insureds" for:

        (1) "bodily injury" or "personal and advertising injury":

           i. To you, to your partners or members (if you are a partnership or joint venture), to your members (if you are a limited liability company), to a co-"employee" while in the course of his or her employment or performing duties related to the conduct of your business, or to your other "volunteer workers" while performing duties related to the conduct of your

business;

    ii. To the spouse, civil union partner, domestic partner, child, parent, brother or sister of that co-"employee" or "volunteer worker" as a consequence of Paragraph 3.a.(1)i above;

    iii. For which there is any obligation to share damages with or repay someone else who must pay damages because of the injury described in Paragraphs 3.a.(1)i or 3.a.(1)ii above; or

    iv. Arising out of his or her providing or failing to provide professional health care services, except with respect to "Good Samaritan acts".

  (2) "Property damage" to property:

    i. Owned, occupied or used by you;

    ii. Rented to, in the care, custody or control of, or over which physical control is being exercised for any purpose by you, any of your "employees", "volunteer workers", any partner or member (if you are a partnership or joint venture), or any member (if you are a limited liability company).

b. Any person (other than your "employee" or "volunteer worker") or any organization while acting as your real estate manager, but only for acts within the scope of that person's or organization's duties as your real estate manager.

c. Any person or organization having proper temporary custody of your property if you die, but only:

  1. With respect to liability arising out of the maintenance or use of that property; and

  2. Until your legal representative has been appointed.

d. Your legal representative if you die, but only with respect to duties as such. That representative will have all your rights and duties under this policy.

e. Any person or organization from whom you lease equipment, but only with respect to the maintenance or use by you of such equipment and only if you are contractually obligated to provide them such insurance as is afforded by this contract. However, no such person or organization is an "insured" with respect to any:

  1. Damages arising out of their sole negligence; or

  2. "Occurrence" that occurs or offense that is committed after the equipment lease ends.

f. Any person or organization from whom or from which you lease premises, but only with respect to the ownership, maintenance or use of that particular part of such premises leased to you and only if you are contractually obligated to provide them with such insurance as is afforded by this contract. However, no such person or organization is an "insured" with respect to any:

  1. Damages arising out of their sole negligence;

  2. "Occurrence" that occurs or offense that is committed after you cease to be a tenant in the premises or the lease ends, whichever is later; or

  3. Structural alteration, new construction or demolition operations performed by or on behalf of them.

g. Any person or organization, other than those described in subparagraphs a. through f. above, if insured under "underlying insurance". Coverage provided by this policy for any such "insured" will be no broader than coverage provided by "underlying insurance". However, this restriction shall not apply to coverages specifically designated to be excess of the "enhanced coverage self-insured retention" or excess of a "scheduled retained limit".

Case 3:23-cv-05001-SRB    Document 21-4    Filed 11/17/23    Page 34 of 44

---

h. With respect to any coverages provided by this policy excess of a "scheduled retained limit", any person or organization that the "Named Insured" agrees to add as an additional "insured" to this policy by written contract or agreement, but only with respect to "occurrences" first taking place after the effective date of the contract or agreement and not for broader coverage than was required under the terms of such written contract or agreement.

Notwithstanding anything above:

1. No person or organization is an "insured" with respect to the conduct of any current or past partnership, joint venture, or limited liability company that is not a "Named Insured".

2. Where this policy is excess of "underlying insurance", if any person or organization that is an "insured" under this policy is not included as an "insured" under such applicable "underlying insurance", this policy will apply as if the person or organization were included as an insured under such "underlying insurance" excess of a self-insured retention equal to the highest applicable limit of such "underlying insurance". However, this provision shall not apply to coverages specifically designated to be excess of the "enhanced coverage self-insured retention" or excess of a "scheduled retained limit".

- **"Insured contract"** means that part of any contract or agreement pertaining to your business under which any "insured" assumes the tort liability of another party to pay for "bodily injury" or "property damage" to a third person or organization. Tort liability means a liability that would be imposed by law in the absence of any contract or agreement.

"Insured contract" does not include that part of any contract or agreement:

1. That indemnifies a railroad for "bodily injury" or "property damage" arising out of construction or demolition operations within fifty (50) feet of any railroad property and affecting any railroad bridge, trestle, tracks, road-beds, tunnel underpass or crossing;

2. That indemnifies an architect, engineer or surveyor for injury or damage arising out of:

    a. preparing, approving or failing to approve maps, shop drawings, opinions, reports, surveys, field orders, change orders or drawings and specifications; or

    b. giving directions or instructions, or failing to give them, if that is the primary cause of the injury or damage; or

3. Under which the "insured", if an architect, engineer or surveyor, assumes liability for an injury or damage arising out of the "insured's" rendering or failure to render professional services, including those shown in subparagraph 2. above and supervisory, inspection, architectural or engineering activities.

- **"Key individual"** means:

1. Each general partner (if the "Named Insured" is a partnership);

2. The sole proprietor (if the "Named Insured" is a sole proprietorship);

3. Any "employee" authorized by you to give or receive notice of an "occurrence", claim or "suit"; and

4. That one individual who is a payroll "employee" and "executive officer" of the "Named Insured" holding the senior-most position in each of the following categories at the time of the "occurrence":

    a. Chief Executive Officer;

    b. Chief Operating Officer;

    c. Chief Financial Officer;

    d. President;

Case 3:23-cv-05001-SRB    Document 21-4    Filed 11/17/23    Page 35 of 144

e. General Counsel;

f. Treasurer; and

g. Risk Manager.

If the "Named Insured" does not have any one of the "executive officer" titles listed in paragraph 4. above in its organization at the time of the "occurrence", then the definition of "key individual" will mean the one senior-most individual "executive officer" holding the position having the duties and responsibilities of such listed position, irrespective of the title of the position.

For the purposes of this definition, the fact that an individual holds more than one of the listed positions at the time of the "occurrence" shall not operate to afford such individual any greater rights than an individual holding only one such position.

- **"Leased worker"** means a person leased to you by a labor leasing firm under an agreement between you and the labor leasing firm to perform duties related to the conduct of your business. "Leased worker" does not include a "temporary worker".

- **"Liquor liability hazard"** means "bodily injury" or "property damage" for which any "insured" may be held liable by reason of:

  1. Causing or contributing to the intoxication of any person;

  2. The furnishing of alcoholic beverages to a person under the legal drinking age or under the influence of alcohol; or

  3. Any statute, ordinance or regulation relating to the sale, gift, distribution or use of alcoholic beverages.

  The "liquor liability hazard" includes claims against any "insured" alleging negligence or other wrongdoing in:

  1. The supervision, hiring, employment, training or monitoring of others by that "insured"; or

  2. Providing or failing to provide transportation, detaining or failing to detain any person, or any act of assuming or not assuming responsibility for the well-being, supervision or care of any person allegedly under or suspected to be under the influence of alcohol.

- **"Loading or unloading"** means the handling of property:

  1. After it is moved from the place where it is accepted for movement into or onto an aircraft, watercraft or "auto";

  2. While it is in or on an aircraft, watercraft or "auto"; or

  3. While it is being moved from an aircraft, watercraft or "auto" to the place where it is finally delivered;

  but "loading or unloading" does not include the movement of property by means of a mechanical device, other than a hand truck, that is not attached to the aircraft, watercraft or "auto".

- **"Loss"** means those sums paid in the settlement of a claim or "suit" or satisfaction of a judgment that the "insured" is legally liable to pay as damages because of "bodily injury", "property damage", or "personal and advertising injury", after making proper deduction for all recoveries and salvages. Additionally, if "defense costs" (other than post-judgment interest) reduce the applicable limits of "underlying insurance" or "scheduled retained limit", then "loss" shall include such "defense costs", other than post-judgment interest.

- **"Mobile equipment"** means any of the following types of land vehicles, including any attached machinery or equipment:

  1. Bulldozers, farm machinery, forklifts and other vehicles designed for use principally off public roads;

2. Vehicles maintained for use solely on or next to premises you own or rent;

3. Vehicles that travel on crawler treads;

4. Vehicles, whether self-propelled or not, maintained primarily to provide mobility to permanently mounted:

    a. Power cranes, shovels, loaders, diggers or drills; or

    b. Road construction or resurfacing equipment such as graders, scrapers or rollers;

5. Vehicles not described in 1., 2., 3. or 4. above that are not self-propelled and are maintained primarily to provide mobility to permanently attached equipment of the following types:

    a. Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment; or

    b. Cherry pickers and similar devices used to raise or lower workers;

6. Vehicles not described in 1., 2., 3. or 4. above maintained primarily for purposes other than the transportation of persons or cargo.

However, self-propelled vehicles with the following types of permanently attached equipment are not "mobile equipment" but will be considered "autos":

    a. Equipment designed primarily for:

        1.) Snow removal;

        2.) Road maintenance, but not construction or resurfacing; or

        3.) Street cleaning;

    b. Cherry pickers and similar devices mounted on automobile or truck chassis and used to raise or lower workers; and

    c. Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment.

However, "mobile equipment" does not include any land vehicle that is subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged. Land vehicles subject to a compulsory or financial responsibility law or other motor vehicle insurance law are considered "autos".

- **"Named Insured"** means:

1. The Named Insured shown in the Declarations;

2. As of the inception date of this policy:

    a. Any organization, other than a partnership, joint venture, or limited liability company, in which the first "Named Insured" shown in the Declarations maintains, either directly or indirectly, more than a fifty percent (50%) ownership interest;

    b. Any limited liability company in which a one hundred percent (100%) ownership interest is maintained by any combination of "Named Insureds" qualifying under 1. or 2.a. above;

3. After the inception date of this policy:

    a. Any newly formed organization in which the first "Named Insured" shown in the Declarations maintains, either directly or indirectly, a one hundred percent (100%) ownership interest and that is solely comprised of assets owned prior to the inception date by any combination of "Named Insureds" identified in paragraphs 1., 2.a., or 2.b. of the definition of "Named Insured"; and

b. Any newly formed or acquired organization, other than a partnership, joint venture, or limited liability company, in which the first "Named Insured" shown in the Declarations maintains, either directly or indirectly, more than a fifty percent (50%) ownership interest.

However, with respect to 3b. above, the following conditions apply:

1.) Coverage under this provision is afforded only until the ninetieth (90th) day after:

    i.   the acquisition or formation of the organization directly or indirectly by the first "Named Insured" shown in the Declarations as set forth in subparagraph 3.b. above, or

    ii.  the end of the "policy period", whichever is earlier;

unless we agree to continue the coverage beyond the ninetieth (90th) day.

2.) This insurance does not apply to "bodily injury" or "property damage" that occurred before the acquisition or formation of the organization directly or indirectly by such first "Named Insured" as set forth in subparagraph 3.b.;

3.) This insurance does not apply to "personal and advertising injury" arising out of an offense committed before the acquisition or formation of the organization directly or indirectly by such first "Named Insured" as set forth in subparagraph 3.b.; and

4.) We reserve the right to charge an additional premium if such organization qualifies as a "Named Insured".

- **"Nuclear facility"** means:

1. Any "nuclear reactor";

2. Any equipment or device designed or used for (1) separating the isotopes of uranium or plutonium, (2) processing or utilizing "spent fuel", or (3) handling, processing or packaging "nuclear waste";

3. Any equipment or device used for the processing, fabricating or alloying of "special nuclear material" if, at any time, the total amount of such material in the custody of the "insured" at the premises where such equipment or device is located consists of or contains more than 25 grams of plutonium or uranium 233 or any combination thereof, or more than 250 grams of uranium 235; or

4. Any structure, basin, excavation, premises or place prepared or used for the storage or disposal of "nuclear waste";

and includes the site on which any of the foregoing is located, all operations conducted on such site and all premises used for such operations.

- **"Nuclear material"** means "source material", "special nuclear material" or "by-product material".

- **"Nuclear reactor"** means any apparatus designed or used to sustain nuclear fission in a self-supporting chain reaction or to contain a critical mass of fissionable material.

- **"Nuclear waste"** means any waste material (a) containing "byproduct material" other than the tailings or waste produced by the extraction or concentration of uranium or thorium from any ore processed primarily for its "source material" content, and (b) resulting from the operation by any person or organization of any "nuclear facility" included under the first two paragraphs of the definition of "nuclear facility".

- **"Occurrence"** means:

1. With respect to "bodily injury" or "property damage", an accident, including continuous or repeated exposure to substantially the same general harmful conditions. All such exposure to substantially the same general harmful conditions shall be considered as arising out of the same "occurrence", regardless of the frequency or repetition thereof, or the number of claimants.

Case 3:23-cv-05001-SRB    Document 21-4    Filed 11/17/23    Page 38 of 144

2. With respect to "personal and advertising injury", a covered offense. All damages that arise from the same act, publication or injurious materials or acts are considered to arise out of the same "occurrence", regardless of the frequency or repetition thereof, the number or kind of media used or the number of claimants.

- **"Other insurance"** means a policy or policies of insurance providing coverage for damages covered in whole or in part by this policy. "Other insurance" does not include "underlying insurance" or any policy of insurance specifically purchased to be excess of this policy and providing coverage that this policy also provides.

- **"Personal and advertising injury"** means injury, including consequential "bodily injury", arising out of one or more of the following offenses:

  1. False arrest, detention or imprisonment;

  2. Malicious prosecution;

  3. The wrongful eviction from, wrongful entry into, or invasion of the right of private occupancy of a room, dwelling or premises that a person occupies, committed by or on behalf of its owner, landlord or lessor;

  4. Oral or written publication, in any manner, of material that slanders or libels a person or organization or disparages a person's or organization's goods, products or services;

  5. Oral or written publication, in any manner, of material that violates a person's right of privacy;

  6. The use of another's advertising idea in your "advertisement"; or

  7. Infringing upon another's copyright, trade dress or slogan in your "advertisement".

- **"Policy period"** means the time between the inception date of this policy shown in the Declaration and the earlier of the expiration date shown or the termination date of this policy.

- **"Pollutants"** mean any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. As used in this definition, waste includes materials to be recycled, reconditioned or reclaimed.

- **"Products-completed operations hazard"**:

  1. Means all "bodily injury" and "property damage" occurring away from premises you own or rent and arising out of "your product" or "your work" except:

     a. Products that are still in your physical possession; or

     b. Work that has not yet been completed or abandoned. However, "your work" will be deemed completed at the earliest of the following times:

        1.) When all of the work called for in your contract has been completed.

        2.) When all of the work to be done at the job site has been completed if your contract calls for work at more than one job site.

        3.) When that part of the work done at a job site has been put to its intended use by any person or organization other than another contractor or subcontractor working on the same project.

     Work that may need service, maintenance, correction, repair or replacement, but that is otherwise complete, will be treated as completed.

  2. Does not include "bodily injury" or "property damage" arising out of:

     a. The transportation of property, unless the injury or damage arises out of a condition in or on a vehicle not owned or operated by you, and that condition was created by the "loading or unloading" of that vehicle by any "insured";

    b.  The existence of tools, uninstalled equipment or abandoned or unused materials.

- **"Property damage"** means:

    1.  Physical injury to tangible property, including all resulting loss of use of that property. All such loss of use will be deemed to occur at the time of the physical injury that caused it; or

    2.  Loss of use of tangible property that is not physically injured. All such loss of use will be deemed to occur at the time of the "occurrence" that caused it.

For the purposes of this insurance, "electronic data" are not tangible property.

- **"Retained limit"** means the following, as applicable:

    1.  The total limits of "underlying insurance", if applicable, and any "other insurance" providing coverage to the "insured";

    2.  The amount shown in the Declarations as the Umbrella Coverage Self-Insured Retention applicable to each "occurrence" that results in damages not covered by applicable "underlying insurance", and any "other insurance" providing coverage to the "insured". This paragraph shall not apply in the event paragraphs 3. or 4. below apply;

    3.  The amounts shown in the Declarations as the Enhanced Coverage Self-Insured Retention applicable to damages that are described as subject to the "enhanced coverage self-insured retention", and any applicable "other insurance". This paragraph shall not apply if paragraph 4. below applies; or

    4.  The applicable "scheduled retained limit" listed in any Schedule of Retained Limits attached to this policy, and any applicable "other insurance" providing coverage to the "insured".

- **"Scheduled retained limit"** means a self-insured retention set forth in a Schedule of Retained Limits attached to this policy that applies to one or more coverages. Such self-insured retention must be exhausted by payment of "loss" covered under this policy before the coverage afforded by this policy shall apply. Such "scheduled retained limit" may be subject to various terms and conditions set forth in the Schedule of Retained Limits or an endorsement to this policy adding such "scheduled retained limit".

- **"Source material"** has the meaning given it in the Atomic Energy act of 1954 or in any law amendatory thereof.

- **"Special nuclear material"** has the meaning given it in the Atomic Energy act of 1954 or in any law amendatory thereof.

- **"Spent fuel"** means any fuel element or fuel component, solid or liquid, that has been used or exposed to radiation in a "nuclear reactor";

- **"Suit"** means a civil proceeding in which damages because of "bodily injury", "property damage" or "personal and advertising injury" to which this insurance applies are alleged. "Suit" includes:

    1.  An arbitration proceeding in which such damages are claimed and to which the "insured" must submit or does submit with our consent; or

    2.  Any other alternative dispute resolution proceeding in which such damages are claimed and to which the "insured" submits with our consent.

- **"Temporary worker"** means a person who is furnished to you to substitute for a permanent "employee" on leave or to meet seasonal or short-term workload conditions.

- **"Umbrella coverage self-insured retention"** means the amount shown in the Declarations as Umbrella Coverage Self-Insured Retention, which shall apply to each "occurrence" that results in damages not covered by applicable "underlying insurance". However, the "umbrella coverage self-insured retention" shall not apply to any "occurrence" that is expressly covered excess of the "enhanced coverage self-insured retention" or a "scheduled retained limit".

Case 3:23-cv-05001-SRB    Document 21-4    Filed 11/17/23    Page 40 of 144

- **"Underlying insurance"** means the policy or policies of insurance listed in a Schedule of Underlying Insurance attached to and forming a part of this policy. If a policy shown in any applicable Schedule of Underlying Insurance has a limit of insurance:

  1. Greater than the amount shown in such Schedule, this policy will apply in excess of the greater amount of valid and collectible insurance; or

  2. Less than the amount shown in such Schedule, including but not limited to any sublimit present in the "underlying insurance" not referenced in the Schedule of Underlying Insurance, this policy will apply in excess of the amount shown in the Schedule.

- **"Volunteer worker"** means a person who is not your "employee", and who donates his or her work and acts at the direction of and within the scope of duties determined by you, and is not paid a fee, salary or other compensation by you or anyone else for their work performed for you.

- **"Your product":**

  1. Means:

     a. Any goods or products, other than real property, manufactured, sold, handled, distributed or disposed of by:

        (1) You;

        (2) Others trading under your name; or

        (3) A person or organization whose business or assets you have acquired; and

     b. Containers (other than vehicles), materials, parts or equipment furnished in connection with such goods or products.

  2. Includes:

     a. Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your product"; and

     b. The providing of or failure to provide warnings or instructions.

  3. Does not include vending machines or other property rented to or located for the use of others but not sold.

- **"Your work":**

  1. Means:

     a. Work or operations performed by you or on your behalf; and

     b. Materials, parts or equipment furnished in connection with such work or operations.

  2. Includes:

     a. Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your work", and

     b. The providing of or failure to provide warnings or instructions.

CHUBB

**Chubb Producer Compensation
Practices & Policies**

Chubb believes that policyholders should have access to information about Chubb's practices and policies related to the payment of compensation to brokers and independent agents. You can obtain that information by accessing our website at http://www.chubbproducercompensation.com or by calling the following toll-free telephone number: 1-866-512-2862.

# U.S. TREASURY DEPARTMENT'S OFFICE OF FOREIGN ASSETS CONTROL ("OFAC") ADVISORY NOTICE TO POLICYHOLDERS

No coverage is provided by this Policyholder Notice nor can it be construed to replace any provisions of your policy. You should read your policy and review your Declarations page for complete information on the coverages you are provided.

This Notice provides information concerning possible impact on your insurance coverage due to directives issued by OFAC. **Please read this Notice carefully.**

The Office of Foreign Assets Control (OFAC) administers and enforces sanctions policy, based on Presidential declarations of "national emergency". OFAC has identified and listed numerous:

- Foreign agents;
- Front organizations;
- Terrorists;
- Terrorist organizations; and
- Narcotics traffickers;

as "Specially Designated Nationals and Blocked Persons". This list can be located on the United States Treasury's web site – http//www.treas.gov/ofac.

In accordance with OFAC regulations, if it is determined that you or any other insured, or any person or entity claiming the benefits of this insurance has violated U.S. sanctions law or is a Specially Designated National and Blocked Person, as identified by OFAC, this insurance will be considered a blocked or frozen contract and all provisions of this insurance are immediately subject to OFAC. When an insurance policy is considered to be such a blocked or frozen contract, no payments nor premium refunds may be made without authorization from OFAC. Other limitations on the premiums and payments also apply.

© ISO Properties, Inc., 2004

# CHUBB

## SIGNATURES

| Named Insured | | | Endorsement Number |
|---|---|---|---|
| The Jones Financial Companies, L.L.L.P. | | | 001 |

| Policy Symbol | Policy Number | Policy Period | Effective Date of Endorsement |
|---|---|---|---|
| XEU | G27979336 005 | 05/01/2020 to 05/01/2021 | 05/01/2020 |

| Issued By (Name of Insurance Company) | | | |
|---|---|---|---|
| ACE Property and Casualty Insurance Company | | | |

THE ONLY COMPANY APPLICABLE TO THIS POLICY IS THE COMPANY NAMED ON THE FIRST
PAGE OF THE DECLARATIONS.

By signing and delivering the policy to you, we state that it is a valid contract.

**INDEMNITY INSURANCE COMPANY OF NORTH AMERICA** (A stock company)
**BANKERS STANDARD INSURANCE COMPANY** (A stock company)
**ACE AMERICAN INSURANCE COMPANY** (A stock company)
**ACE PROPERTY AND CASUALTY INSURANCE COMPANY** (A stock company)
**INSURANCE COMPANY OF NORTH AMERICA** (A stock company)
**PACIFIC EMPLOYERS INSURANCE COMPANY** (A stock company)
**ACE FIRE UNDERWRITERS INSURANCE COMPANY** (A stock company)
**WESTCHESTER FIRE INSURANCE COMPANY** (A stock company)

436 Walnut Street, P.O. Box 1000, Philadelphia, Pennsylvania 19106-3703

REBECCA L. COLLINS, Secretary

JOHN J. LUPICA, President

# CHUBB®

## ACCESS, COLLECTION, RELEASE, OR DISCLOSURE OF INFORMATION; ELECTRONIC DATA EXCLUSION – LIMITED BODILY INJURY AND REDEFINED PROPERTY DAMAGE EXCEPTIONS (RETAINED LIMIT)

| Named Insured | Endorsement Number |
|---|---|
| The Jones Financial Companies, L.L.L.P. | 002 |

| Policy Symbol | Policy Number | Policy Period | Effective Date of Endorsement |
|---|---|---|---|
| XEU | G27979336 005 | 05/01/2020 to 05/01/2021 | 05/01/2020 |

| Issued By (Name of Insurance Company) |
|---|
| ACE Property and Casualty Insurance Company |

### THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

### This endorsement modifies insurance provided under the following:

### ENHANCED COMMERCIAL UMBRELLA LIABILITY POLICY

The policy is amended as follows:

1. Section **V. EXCLUSIONS**, "Electronic Data" is deleted in its entirety and replaced with the following exclusion:

   • **Access, Collection, Release, or Disclosure of Information; Electronic Data**

   This insurance does not apply to any injury, damage, cost, "loss", liability or legal obligation arising out of or in any way related to:

   a. Any access to, collection of, release of or disclosure of any person's or organization's confidential or personal information, including patents, trade secrets, processing methods, customer lists, financial information, credit card information, health or medical information or any other type of nonpublic information; or

   b. The loss of, loss of use of, damage to, corruption of, inability to access, or inability to manipulate "electronic data".

   However, this exclusion does not apply to damages because of "bodily injury" or "property damage". Such limited coverage for "bodily injury" and "property damage" does not apply to and no coverage is provided for, any notification costs, credit monitoring expenses, forensic expenses or any other similar expenses unless such expenses qualify as covered "catastrophe management costs" under the **Catastrophe Management Insurance** section of this policy and then subject to all of the terms and limitations of that coverage.

   Any coverage provided by virtue of the above exception to this exclusion shall be subject to the "scheduled retained limit" shown in the schedule below.

2. Solely with respect to when coverage is provided by virtue of the exception to the exclusion in this endorsement, Section **VII. DEFINITIONS** is amended to delete the definition of "property damage" and replace it with the following:

   • **"Property damage"** means physical injury to tangible property, including all resulting loss of use of that property. All such loss of use shall be deemed to occur at the time of the physical injury that caused it. "Electronic data" are not tangible property.

3. Section **VII. DEFINITIONS**, • "Electronic Data", is deleted in its entirety and replaced with the following:

   • **"Electronic Data"** means any information, facts or programs stored as or on, created or used on, or transmitted to or from any computer software or system, including systems and applications software, hard or floppy disks, CD-ROMs, DVD-ROMS, Blu-Ray discs, tapes, drives, cells, data processing devices or any other media that are used with electronically controlled equipment or other electronic backup facilities, and data transmission or storage provided by means of the Internet.

**Schedule of Retained Limits**

| Coverage | Retained Limit Amount | Retained Limit Type | Defense Treatment (Within the Limit / Outside the Limit) |
|---|---|---|---|
| Coverage included within the Exception to the Access, Collection, Release and Disclosure of Information and Electronic Data Exclusion | $ 2,000,000 | Each Occurrence | Outside the Limit |

All other terms and conditions of the policy remain unchanged.

_____

Authorized Representative

**CHUBB**

## AIRCRAFT PRODUCTS AND GROUNDING HAZARD EXCLUSION

| Named Insured | | Endorsement Number |
|---|---|---|
| The Jones Financial Companies, L.L.L.P. | | 003 |

| Policy Symbol | Policy Number | Policy Period | Effective Date of Endorsement |
|---|---|---|---|
| XEU | G27979336 005 | 05/01/2020 to 05/01/2021 | 05/01/2020 |

| Issued By (Name of Insurance Company) |
|---|
| ACE Property and Casualty Insurance Company |

### THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

### This endorsement modifies insurance provided under the following:
### ENHANCED COMMERCIAL UMBRELLA LIABILITY POLICY

The policy is amended as follows:

1. Section **V. EXCLUSIONS** is amended to add the following exclusion:

   - **Aircraft Products and Grounding**

     This insurance does not apply to "bodily injury" or "property damage" included in the "aircraft products hazard" or the "grounding hazard".

     Notwithstanding the above, coverage for a product or part (including any subpart thereof) manufactured, sold, handled, distributed, inspected, maintained, serviced, repaired or rebuilt by the "insured" which has both aviation and non-aviation applications shall not be excluded by this endorsement provided such product, service, or material was not used in an aviation application.

2. Section **VII. DEFINITIONS** is amended to add the following definitions:

   - **"Aircraft Products Hazard"** means "bodily injury" or "property damage" arising directly or indirectly out of:

     1. The manufacture, sale, handling, distribution, inspection, maintenance, servicing, repair or re-building of, or reliance upon representation or warranty made with respect to:

        a. Aircraft or "ground equipment", whether manufactured by you or by others, or

        b. Any article or part (including any subpart thereof) installed in or used in connection with either aircraft or "ground equipment", whether manufactured by you or by others;

     2. Preparation, distribution, or sale of plans, specifications, options, surveys, designs, recommendations or advice relating to any article or part (including any subpart thereof) installed in or used in connection with aircraft or "ground equipment" whether manufactured by you or by others;

     3. Preparation, distribution, or sale of training aids, instructions and manuals relating to the operations, inspection, maintenance, servicing, repair or re-building of aircraft or "ground equipment" whether manufactured by you or by others.

     Aircraft include missiles, spacecraft and satellites.

   - **"Ground Equipment"** means ground support and ground control equipment, whether manufactured by you or by others.

- **"Grounding Hazard"** means "property damage" arising directly or indirectly out of the withdrawal of any aircraft, whether manufactured by you or by others, from flight operations, or the imposition of speed, passenger or load restrictions upon any aircraft, whether manufactured by you or by others, because of any suspected or known defect, fault or condition in such aircraft or any part of such aircraft (including any subpart thereof) whether or not such withdrawal is ordered by a governmental agency or authority.

All other terms and conditions of this policy remain unchanged.

_____
Authorized Representative

# CHUBB®

## AMENDATORY ENDORSEMENT – VARIOUS PROVISIONS

| Named Insured | | Endorsement Number |
|---|---|---|
| The Jones Financial Companies, L.L.L.P. | | 004 |

| Policy Symbol | Policy Number | Policy Period | Effective Date of Endorsement |
|---|---|---|---|
| XEU | G27979336 005 | 05/01/2020 to 05/01/2021 | 05/01/2020 |

| Issued By (Name of Insurance Company) |
|---|
| ACE Property and Casualty Insurance Company |

### THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

**This endorsement modifies insurance provided under the following:**

### ENHANCED COMMERCIAL UMBRELLA LIABILITY POLICY

The policy is amended as follows:

1. Section **IV. LIMITS OF INSURANCE AND "RETAINED LIMIT"**, Paragraph B. is deleted in its entirety and replaced with the following:

   B   The General Aggregate Limit shown in the Declarations is the most we will pay for all damages, except:

   1. Damages because of "bodily injury" or "property damage" included in the "products-completed operations hazard";

   2. Damages because of "bodily injury" or "property damage" arising out of "auto liability", unless subject to an aggregate limit under applicable "underlying insurance"; and

   3. "Catastrophe management costs".

2. Section **V. EXCLUSIONS, Employers Liability,** is amended as follows:

   The term spouse shall include a civil union partner or a domestic partner.

3. Section **VI. CONDITIONS** is amended to add the following condition:

   In the event of cancellation of this policy, return premium shall be calculated *pro rata* based upon the time the policy was in force, even in the event that a state amendatory endorsement to this policy would permit us to apply a short rate penalty in the event of cancellation by you, unless this provision is not permissible under applicable law.

4. Section **VI. CONDITIONS, Change in Control,** is deleted in its entirety.

5. Section **VII. DEFINITIONS, "Auto liability"** is deleted in its entirety and replaced with the following:

   • **"Auto liability"** means liability for "bodily injury" or "property damage" arising out of the ownership, maintenance, use or entrustment to others by or on behalf of the "insured" of an "auto". Use includes operation and "loading or unloading".

6. Section **VII. DEFINITIONS, "Good Samaritan acts"** is deleted in its entirety and replaced with the following:

   • **"Good Samaritan acts"** mean emergency cardiopulmonary resuscitation or first aid services for which no remuneration is demanded or received.

7. Section **VII. DEFINITIONS, "Insured",** is amended to delete sub-paragraph 2. after 'Notwithstanding anything above' and replace it with the following:

   Where this policy is excess of "underlying insurance", if any person or organization that is an "insured" under this policy is not included as an "insured" under such applicable "underlying insurance", this policy will apply as if the person or organization were included as an insured under such "underlying insurance" excess of a self-insured retention equal to the highest applicable limit of such "underlying insurance". This provision shall supersede any policy provision or endorsement wording that states that this policy shall be no broader than

"underlying insurance". However, this provision shall not apply in the event the policy or its endorsements contain a provision that expressly provides that a person or organization is not an "insured" under this policy. Additionally, the above referenced self-insured retention shall not apply to coverages specifically designated to be excess of the "enhanced coverage self-insured retention" or excess of a "scheduled retained limit".

8. Section **VII. DEFINITIONS, "Retained limit"** and **"Umbrella coverage self-insured retention"** are deleted in their entireties and replaced with the following:

- **"Retained limit"** means the following, as applicable:

  1. The total limits of "underlying insurance", if applicable, and any "other insurance" providing coverage to the "insured";

  2. The amount shown in the Declarations as the Umbrella Coverage Self-Insured Retention applicable to each "occurrence" that results in damages not covered by applicable "underlying insurance", and any "other insurance" providing coverage to the "insured". This paragraph shall not apply in the event paragraphs 3. or 4. below apply;

  3. The amounts shown in the Declarations as the Enhanced Coverage Self-Insured Retention applicable to damages that are described as subject to the "enhanced coverage self-insured retention", and any applicable "other insurance" providing coverage to the "insured". This paragraph shall not apply if paragraph 4. below applies; or

  4. The applicable "scheduled retained limit" listed in any Schedule of Retained Limits attached to this policy, and any applicable "other insurance" providing coverage to the "insured".

- **"Umbrella coverage self-insured retention"** means the amount shown in the Declarations as Umbrella Coverage Self-Insured Retention, which shall apply to each "occurrence" that results in damages not covered by applicable "underlying insurance" other than by exhaustion of the limits of insurance of such applicable "underlying insurance". However, the "umbrella coverage self-insured retention" shall not apply to any "occurrence" that is expressly covered excess of the "enhanced coverage self-insured retention" or a "scheduled retained limit".

All other terms and conditions of the policy remain unchanged.

_____
Authorized Representative



## BROAD FORM NAMED INSURED ENDORSEMENT
### (NAMED INSURED'S INTEREST)

| Named Insured The Jones Financial Companies, L.L.L.P. | | | Endorsement Number 005 |
|---|---|---|---|
| Policy Symbol XEU | Policy Number G27979336 005 | Policy Period 05/01/2020 to 05/01/2021 | Effective Date of Endorsement 05/01/2020 |
| Issued By (Name of Insurance Company) ACE Property and Casualty Insurance Company | | | |

### THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

### This endorsement modifies insurance provided under the following:
### ENHANCED COMMERCIAL UMBRELLA LIABILITY POLICY

The policy is amended as follows:

1. Section **VII. DEFINITIONS, "Named Insured"** is deleted in its entirety and replaced with the following:

   - **"Named Insured"** means:

   1. The Named Insured shown in Item 1. of the Declarations.

   2. As of the inception date of this policy:

      a. Any organization, other than a partnership, joint venture, or limited liability company, in which the first "Named Insured" shown in the Declarations maintains, either directly or indirectly, more than a fifty percent (50%) ownership interest;

      b. Any limited liability company in which a one hundred percent (100%) ownership interest is maintained by any combination of "Named Insureds" qualifying under 1. or 2.a. above;

   3. After the inception date of this policy:

      a. Any newly formed organization in which the first "Named Insured" shown in the Declarations maintains, either directly or indirectly, a one hundred percent (100%) ownership interest and that is solely comprised of assets owned prior to the inception date by any combination of "Named Insureds" identified in paragraphs 1., 2.a., or 2.b. of the definition of "Named Insured"; and

   4. Any partnership, joint venture, or limited liability company where the first "Named Insured" shown in the Declarations or its "subsidiary":

      i.) has a direct or indirect ownership interest greater than fifty percent in such joint venture, partnership, or limited liability company;

      ii.) financially controls and actively manages such joint venture, partnership, or limited liability company; or

      iii.) has, in a contract or agreement, undertaken the sole obligation to provide insurance such as is afforded by this policy to such joint venture, partnership, or limited liability company. In no event shall the insurance so afforded by this provision have limits of liability greater than, or coverage broader than, the limits of liability and coverage otherwise afforded by this policy.

   5. Any organization, other than a partnership, joint venture or limited liability company, you newly acquire or form after the inception date of this policy, in which the first Named Insured" shown in Item 1. of the Declarations maintains, directly or indirectly, more than a fifty percent (50%) ownership interest, provided:

      a. The annual gross revenues of such organization do not exceed $100,000,000;

    b. The operations of such organization are not materially different from your operations prior to such acquisition or formation;

    c. This insurance does not apply to "bodily injury" or "property damage" that occurred before you acquired, joined or formed the organization; and

    d. This insurance does not apply to "personal and advertising injury" arising out of an offense committed before you acquired, joined or formed the organization;

6. Any organization, other than a partnership, joint venture or limited liability company, you newly acquire or form after the inception date of this policy that does not meet the criteria to be a Named Insured" in subparagraph 5. above, in which the first Named Insured" shown in Item 1. of the Declarations maintains, directly or indirectly, more than a fifty percent (50%) ownership interest, provided:

    a. Coverage under this provision is afforded only until the 90th day after you acquire or form the organization or the end of the "policy period", whichever is earlier;

    b. This insurance does not apply to "bodily injury" or "property damage" that occurred before you acquired or formed the organization;

    c. This insurance does not apply to "personal and advertising injury" arising out of an offense committed before you acquired or formed the organization; and

    d. We reserve the right to charge an additional premium if the organization qualifies as a Named Insured".

2. Section **VII. DEFINITIONS**, is amended to add the following definition:

    • **"Subsidiary"** means an organization that is both 1.) under the direct or indirect financial control and active management of the First Named Insured shown in the Declarations; and 2.) qualifies as a "insured" under this policy.

Notwithstanding the above, "subsidiary" shall not include a partnership, joint venture, or limited liability company (other than a partnership or limited liability company owned 100%, as of the inception date of this policy, by any single or combination of the first "Named Insured" shown in the Declarations and any "subsidiary".)

3. Section **VII. DEFINITIONS**, "Insured", is amended to delete sub-paragraph 1. after 'Notwithstanding anything above:' and replace it with the following:

Notwithstanding anything above:

1. Only the first "Named Insured" shown in the Declarations and its "subsidiaries" are "insureds" with respect to the conduct of any current or past partnership, joint venture, or limited liability company that is not a "Named Insured".

All other terms and conditions of the policy remain unchanged.

_____
Authorized Representative

Case 3:23-cv-05001-SRB    Document 21-4    Filed 11/17/23    Page 52 of 144

# CHUBB®

## CAP ON LOSSES FROM CERTIFIED ACTS OF TERRORISM

| Named Insured<br>The Jones Financial Companies, L.L.L.P. | | Endorsement Number<br>006 |
|---|---|---|
| Policy Symbol<br>XEU | Policy Number<br>G27979336 005 | Policy Period<br>05/01/2020 to 05/01/2021 | Effective Date of Endorsement<br>05/01/2020 |
| Issued By (Name of Insurance Company)<br>ACE Property and Casualty Insurance Company | | |

### THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

### This endorsement modifies insurance provided under the following:

### ENHANCED COMMERCIAL UMBRELLA LIABILITY POLICY

A. If aggregate insured losses attributable to terrorist acts certified under the federal Terrorism Risk Insurance Act exceed $100 billion in a calendar year and we have met our insurer deductible under the Terrorism Risk Insurance Act, we shall not be liable for the payment of any portion of the amount of such losses that exceeds $100 billion, and in such case insured losses up to that amount are subject to pro rata allocation in accordance with procedures established by the Secretary of the Treasury.

B. "Certified act of terrorism" means an act that is certified by the Secretary of the Treasury, in accordance with the provisions of the federal Terrorism Risk Insurance Act, to be an act of terrorism pursuant to the federal Terrorism Risk Insurance Act. The criteria contained in the Terrorism Risk Insurance Act for a "certified act of terrorism" include the following:

   1. The act resulted in insured losses in excess of $5,000,000 in the aggregate, attributable to all types of insurance subject to the Terrorism Risk Insurance Act; and

   2. The act is a violent act or an act that is dangerous to human life, property or infrastructure and is committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

   The terms and limitations of any terrorism exclusion, or the inapplicability or omission of a terrorism exclusion, do not serve to create coverage for injury or damage that is otherwise excluded under this policy.

C. In the event that any "certified act of terrorism" is not covered by "underlying insurance" or any "other insurance" due to any exclusion or exclusions contained therein or because of the exhaustion of the aggregate limits of insurance, the following applies:

   1. The Limits of Insurance of the **Declarations** is amended to include:

      "Certified act of terrorism retained limit" $ 2,000,000

   2. "Certified act of terrorism retained limit" means the amount stated above, which is the amount of losses that you will pay in the settlement of any claim or "suit" arising directly or indirectly out a "certified act of terrorism", which is covered by this policy but not covered by the "underlying insurance" or any "other insurance" providing coverage to the "insured" due to any exclusion or exclusions contained therein or because of the exhaustion of the aggregate limit of insurance. "Certified act of terrorism" does not include any costs of investigation, settlement or defense and such costs shall not erode the "certified act of terrorism retained limit".

   3. Solely with respect to this endorsement, Section **III. DUTY TO DEFEND AND DEFENSE COSTS** is amended as follows:

      a. With respect to any "certified act of terrorism" to which this policy applies and no "underlying insurance" or "other insurance" applies due to any exclusion or exclusions contained therein or because of the exhaustion of the aggregate limit of insurance, we shall not be called upon to assume charge of the investigation, settlement or defense of such "suit" against the "insured" seeking damages on account of "bodily injury", "property damage", "personal or advertising injury", or injury or

damage to the environment arising directly or indirectly out of a "certified act of terrorism". However, we shall have the right and be given the opportunity to be associated in the defense and trial of any such "suit" relative to any "certified act of terrorism" which in our opinion may create liability on our part under the terms of this policy.

b. We shall have no obligation to defend the "insured" in such "suit" until the "insured's" losses, which exclude any costs of investigation, settlement or defense have exceeded the "certified act of terrorism retained limit". Once such losses have exceeded the "certified act of terrorism retained limit", we will assume charge of the settlement or defense of any such "suit". We may make such investigation as we require and effect settlement of any "suit" so defended.

c. We shall not be obligated to defend any "suit" after the applicable limits of this policy have been exhausted.

All other terms and conditions of this policy remain unchanged.

_____
Authorized Representative



## DISCRIMINATION EXCLUSION – ABSOLUTE

| Named Insured The Jones Financial Companies, L.L.L.P. | | | Endorsement Number 007 |
|---|---|---|---|
| Policy Symbol XEU | Policy Number G27979336 005 | Policy Period 05/01/2020 to 05/01/2021 | Effective Date of Endorsement 05/01/2020 |
| Issued By (Name of Insurance Company) ACE Property and Casualty Insurance Company | | | |

### THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

### This endorsement modifies insurance provided under the following:
### ENHANCED COMMERCIAL UMBRELLA LIABILITY POLICY

The policy is amended as follows:

Section **V. EXCLUSIONS** is amended to add the following exclusion:

**Discrimination**

This insurance does not apply to:

1. "Bodily injury", "property damage" or "personal and advertising injury" arising out of discrimination or humiliation in violation of federal, state or local law on the basis of age, disability, ethnic origin, marital status, physical or mental hardship, race, religious affiliation, sex or sexual orientation,

2. Any liability, "loss", cost or expense for renovations, alterations or construction related to your property, including buildings and fixtures and access thereto, or the acquisition of equipment or devices, in order to make accommodations required by the Americans with Disabilities Act or any amendments thereto, or any similar federal, state or local law.

All other terms and conditions of this policy remain unchanged.

Authorized Representative

# CHUBB®

## EMPLOYEE BENEFIT PLAN FOLLOW FORM ENDORSEMENT (OCCURRENCE)

| Named Insured<br>The Jones Financial Companies, L.L.L.P. | | | Endorsement Number<br>008 |
|---|---|---|---|
| Policy Symbol<br>XEU | Policy Number<br>G27979336 005 | Policy Period<br>05/01/2020 to 05/01/2021 | Effective Date of Endorsement<br>05/01/2020 |
| Issued By (Name of Insurance Company)<br>ACE Property and Casualty Insurance Company | | | |

### THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

### This endorsement modifies insurance provided under the following:

### ENHANCED COMMERCIAL UMBRELLA LIABILITY POLICY

The policy is amended as follows:

1. Except insofar as coverage is available to you in the "underlying insurance" and for the full limits of liability shown therein, this insurance does not apply to liability arising out of any actual or alleged negligent act, error, omission, misstatement, misleading statement, neglect or breach of duty in the "administration" of any "employee benefit program".

2. Section **VII. DEFINITIONS** is amended to add the following definitions:

   - **"Administration"** includes, but is not limited to, performing any of the following functions for an "employee benefit program":

     1. Counseling "employees";
     2. Interpreting an "employee benefit program";
     3. Handling records;
     4. Effecting enrollment, termination or cancellation of "employees";
     5. Calculation of benefits, periods of service or compensation credits;
     6. Collection of contributions or application of contributions;
     7. Preparation of reports required by government agencies;
     8. Preparation of "employee" communication materials; or
     9. Processing of claims for your "employee benefit program".

   - **"Employee benefit program"** includes, but is not limited to, group life insurance, group accident or health insurance, pension plans, stock subscription plans, travel, vacation or saving plans, profit sharing plans, social security benefits, unemployment insurance, workers' compensation and disability benefits insurance, and any other similar benefit program.

All other terms and conditions of the policy remain unchanged.

_____
Authorized Representative



## FELLOW EMPLOYEE (CO-EMPLOYEE) FOLLOW FORM

| Named Insured | | |
|---|---|---|
| The Jones Financial Companies, L.L.L.P. | | Endorsement Number 009 |

| Policy Symbol XEU | Policy Number G27979336 005 | Policy Period 05/01/2020 to 05/01/2021 | Effective Date of Endorsement 05/01/2020 |
|---|---|---|---|

| Issued By (Name of Insurance Company) |
|---|
| ACE Property and Casualty Insurance Company |

### THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

### This endorsement modifies insurance provided under the following:

### ENHANCED COMMERCIAL UMBRELLA LIABILITY POLICY

The policy is amended as follows:

Section **VII. DEFINITIONS, "Insured"** is amended to delete Subparagraph 3.a.(1)(i) and replace it with the following:

i.    To you, to your partners or members (if you are a partnership or joint venture), to your members (if you are a limited liability company), to a co-"employee" while in the course of his or her employment or performing duties related to the conduct of your business, or to your other "volunteer workers" while performing duties related to the conduct of your business.

However, a co-"employee" shall be an "insured" for "bodily injury" or "personal and advertising injury" if insurance is provided for that co-"employee" by applicable "underlying insurance". The insurance provided by this policy will not be broader than the insurance coverage provided by such "underlying insurance". Any conditions or exclusions in such "underlying insurance" that limit or restrict the insurance coverage provided thereunder shall also limit and restrict coverage provided under this policy. This provision shall not apply to coverage expressly granted excess of the Enhanced Coverage Self-Insured Retention or a "scheduled retained limit";

All other terms and conditions of this policy remain unchanged.

_____

Authorized Representative



# FINANCIAL INSTITUTIONS EXCLUSION

| Named Insured The Jones Financial Companies, L.L.L.P. | | Endorsement Number 010 | |
|---|---|---|---|
| Policy Symbol XEU | Policy Number G27979336 005 | Policy Period 05/01/2020 to 05/01/2021 | Effective Date of Endorsement 05/01/2020 |
| Issued By (Name of Insurance Company) ACE Property and Casualty Insurance Company | | | |

### THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

### This endorsement modifies insurance provided under the following:

### ENHANCED COMMERCIAL UMBRELLA LIABILITY POLICY

The policy is amended as follows:

1. Section **V. EXCLUSIONS** is amended to add the following exclusion:

- **Financial Institutions**

   This insurance does not apply to:

   a. Any "bodily injury", "property damage" or "personal and advertising injury" arising out of operations or properties over which the "insured" exercises control in a "fiduciary" capacity;

   b. Any "bodily injury", "property damage" or "personal and advertising injury" arising out of the ownership, operation, maintenance or use of any property in which the "insured" holds a security or financial interest because of loans made in connection therewith;

   c. "Property damage" to any real or personal property held by, deposited with, entrusted to, or otherwise in the care, custody or control of the "insured";

   d. Any actual or alleged breach of duty, negligent act, error, omission or neglect in performing or failing to perform professional services for others by or on behalf of the "insured", including but not limited to:

   1) Providing financial, economic, or investment advice or advisory or management services;

   2) Acting as an insurance agent, insurance broker, or general insurance agent;

   3) Acting as a mortgagee, mortgage servicing agent, or "fiduciary" with regard to deeds of trust or mortgages;

   4) Acting as an escrow company or escrow agent;

   5) Electronic data processing; or

   6) Administering estates or trusts or managing real or personal property of others.

   e. Failure to comply with the following:

   1) Section 130, Civil Liability, of Title 1 (Truth in Lending Act) of the Consumer Protection Act (Public Law 90-321:82 Stat 146 et seq.);

   2) The Financial Institution Reform, Recovery, and Enforcement Act of 1989 (FIRREA), including any amendments or revisions thereto, or any similar state or federal statute, law, regulation or order issued pursuant to the foregoing.

   3) The provisions of the Securities Act of 1933, the Securities Exchange Act of 1934, including any amendments or revisions thereto, or any similar state or federal statute, law, regulation or order issued pursuant to any of the foregoing.

Case 3:23-cv-05001-SRB     Document 21-4     Filed 11/17/23     Page 58 of 144

4) The Sarbanes-Oxley Act of 2002 (Pub. L. No. 107-204, 116 Stat. 745), also known as the Public Company Accounting Reform and Investor Protection Act of 2002, including any amendments or revisions thereto, or any similar state or federal statute, law, regulation or order issued pursuant to any of the foregoing.

5) The Uniting and Strengthening America by Providing Appropriate Tools Required to Intercept and Obstruct Terrorism Act of 2001 (Public Law 107-56) commonly known as the USA PATRIOT Act, including any amendments or revisions thereto, or any similar state or federal statute, law, regulation or order issued pursuant to any of the foregoing.

6) Rules, regulations and economic and trade sanctions administered or enforced by the Office of Foreign Assets Control ("OFAC") of the US Department of the Treasury.

2. Section **VII. DEFINITIONS**, is amended to add the following definition:

- **"Fiduciary"** means any operation conducted by or on behalf of the "insured" relating to or involving a confidence or trust, including but not limited to acting as an administrator, executor, trustee under will or trust agreement, guardian, custodian, mortgage servicing agent, escrow agent or other similar trust or representative capacity.

All other terms and conditions of the policy remain unchanged.

_____

Authorized Representative



## FOREIGN LIABILITY LIMITATION – FOLLOW FORM

| Named Insured<br>The Jones Financial Companies, L.L.L.P. | | Endorsement Number<br>011 |
|---|---|---|
| Policy Symbol<br>XEU | Policy Number<br>G27979336 005 | Policy Period<br>05/01/2020 to 05/01/2021 | Effective Date of Endorsement<br>05/01/2020 |
| Issued By (Name of Insurance Company)<br>ACE Property and Casualty Insurance Company | | |

### THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

### This endorsement modifies insurance provided under the following:

### ENHANCED COMMERCIAL UMBRELLA LIABILITY POLICY

The policy is amended as follows:

Section **V. EXCLUSIONS** is amended to add the following exclusion:

- **Foreign Liability**

  This insurance does not apply to "bodily injury," "property damage" or "personal and advertising injury" that occurs outside the United States of America, its territories and possessions, Puerto Rico and Canada.

  However, if insurance for such "bodily injury," "property damage" or "personal and advertising injury" is provided by applicable "underlying insurance":

  1. This exclusion shall not apply; and

  2. Coverage under this policy will follow the definitions, terms, conditions, limitations and exclusions of the applicable policy of "underlying insurance". However, in the event that a definition, term, condition, limitation or exclusion in this policy provides narrower coverage than the "underlying insurance", then the narrower definition, term, condition, limitation or exclusion will apply. This exception to the exclusion shall not apply to coverage expressly granted excess of the Enhanced Coverage Self-Insured Retention or a "scheduled retained limit".

All other terms and conditions of this policy remain unchanged.

_____

Authorized Representative

# CHUBB

## FOREIGN LOSS INDEMNITY ENDORSEMENT

| Named Insured The Jones Financial Companies, L.L.L.P. | | | Endorsement Number 012 |
|---|---|---|---|
| Policy Symbol XEU | Policy Number G27979336 005 | Policy Period 05/01/2020 to 05/01/2021 | Effective Date of Endorsement 05/01/2020 |
| Issued By (Name of Insurance Company) ACE Property and Casualty Insurance Company | | | |

### THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

This endorsement modifies insurance provided under the following:

ENHANCED COMMERCIAL UMBRELLA LIABILITY POLICY

**THIS ENDORSEMENT APPLIES ONLY WHEN A "FOREIGN OCCURRENCE", ARISING OUT OF A "FOREIGN BUSINESS OPERATION" AND CAUSING "BODILY INJURY", "PROPERTY DAMAGE" OR "PERSONAL AND ADVERTISING INJURY", TAKES PLACE IN A COUNTRY WHERE WE ARE NOT "LICENSED".**

The policy is amended as follows:

**FIRST NAMED INSURED INDEMNITY COVERAGE**

1.  INSURING AGREEMENT

    This endorsement applies only when a "foreign occurrence", arising out of a "foreign business operation" and causing "bodily injury", "property damage" or "personal and advertising injury", takes place in a country where we are not "licensed". In that case, rather than directly pay on behalf of and defend your "foreign business operation", we will indemnify the "First Named Insured", in excess of the "retained limit", for "loss" and defense and supplementary payments in accordance with this endorsement. This endorsement provides the only coverage under the policy for "bodily injury", "property damage" or "personal and advertising injury" arising out of a "foreign occurrence".

    The terms, conditions and limitations in Section **I. INSURING AGREEMENT – COMMERCIAL UMBRELLA LIABILITY** and Section **II. INSURING AGREEMENT – CATASTROPHE MANAGEMENT INSURANCE** in the policy will apply to our duty to indemnify the "First Named Insured".

2.  WHO IS AN INSURED

    The definition of "insured" in Section **VII. DEFINITIONS** is amended to provide that a "foreign business operation" is not an "insured" on whose behalf we have a direct duty to pay settlements or judgments or a direct duty to defend under this policy.

3.  DUTY TO DEFEND AND "DEFENSE COSTS" - ASSIGNMENT OF RIGHTS

    When this endorsement applies, rather than directly defend your "foreign business operation", we will indemnify the "First Named Insured" for "defense costs" incurred in defending a "suit" brought against a "foreign business operation", provided that (a) the "foreign business operation" gives the "First Named Insured" the right to control the investigation, defense and settlement of the "suit" and (b) the "First Named Insured" assigns this right to us. We will associate with the "First Named Insured" to conduct such investigation, defense and settlement as provided in Section **III. DUTY TO DEFEND AND "DEFENSE COSTS"**, except that we will indemnify the "First Named Insured" rather than directly defend and pay supplementary payments.

4.  LIMITS OF INSURANCE

    A.  The insurance provided by this endorsement is subject to the applicable aggregate and each occurrence limits of insurance stated in the Declarations, and any "losses" for which we pay indemnity will erode and be counted against such limits.

B. Subject to the applicable aggregate and each "occurrence" limits of insurance stated in the Declarations, our limit of insurance for "loss" will be the amount which the "First Named Insured":

1. Has indemnified a "foreign business operation", or

2. Represents to us that it is obligated to indemnify the "foreign business operation".

However, if this policy provides for a percentage allocation of liability with respect to the "insured's" or the "foreign business operation's" interest in a joint venture, limited liability company or partnership, the allocation set forth in such provision will apply.

5. The terms, conditions and limitations set forth in Section **IV. LIMITS OF INSURANCE AND "RETAINED LIMIT"** in the policy will apply to our duty to indemnify the "First Named Insured".

6. CONDITIONS

When this endorsement applies, the following conditions apply in addition to the conditions and limitations provided elsewhere in the policy.

A. Claims Made/Reported Coverage (if applicable)

Any requirements in the policy that a claim be first made during the "policy period" or any discovery or extended reporting period will also apply to all claims made against a "foreign business operation" for which the "First Named Insured" seeks indemnification.

B. Additional Notice Duties of the "First Named Insured"

With respect to a "foreign occurrence" which may result in a claim for damages under this endorsement, the "First Named Insured" assumes the duty to notify us, and must notify us in accordance with the standards described in Section VI. **CONDITIONS, Duties in the Event of "Occurrence", Claim or "Suit"** in the policy.

7. PROOF OF INSURANCE

This policy may not be offered as proof of insurance unless permitted by local applicable law.

8. Truthfulness and Accuracy of Material Information

When this endorsement applies, the "First Named Insured":

1. Is responsible for the truthfulness and accuracy of any material information provided to us with respect to a "foreign business operation", "foreign occurrence", claim, "suit" or "loss"; and

2. Will not, at any time, intentionally conceal or misrepresent a material fact concerning this policy, including the risk to be insured, a "foreign business operation", a "loss", claim or "suit" or a "foreign occurrence".

9. DEFINITIONS

When this endorsement applies, Section **VII. DEFINITIONS, "Loss"**, in the policy is deleted and replaced with the following:

- **"Loss"** means those sums paid in the settlement of a claim or "suit" or satisfaction of a judgment which the "foreign business operation" is legally liable to pay as damages because of "bodily injury", "property damage", or "personal and advertising injury", for which the "foreign business operation" makes a claim for reimbursement from the "First Named Insured", after making proper deduction for all recoveries and salvages.

The following definitions are added to Section **VII. DEFINITIONS** of the policy and apply to the coverage provided by this endorsement:

- **"First Named Insured"** means the first Named Insured shown in the Declarations.

- **"Foreign business operation"** means a subsidiary of the "First Named Insured" and any other organization under its control or active management at the inception date of the policy or added by endorsement, and having its principal place of business, statutory domicile, residence, or business operation subject to liability for otherwise covered "bodily injury", "property damage" or "personal and advertising injury" located in a country where we are not "licensed".

- **"Foreign occurrence"** means an "occurrence" arising from the premises, operations or products of a "foreign business operation" taking place in or causing "bodily injury", "property damage" or "personal and advertising injury" in a country where we are not "licensed". Country includes any political jurisdiction that independently regulates the licensing of insurance companies.

- **"Licensed"** means expressly approved in accordance with law by the applicable regulatory body to conduct the business of insurance in a country as a regulated, authorized insurer. "Licensed" is synonymous with admitted and authorized. It does not include being recorded as an eligible foreign or alien non-admitted insurer.

All other terms and conditions of the policy remain unchanged.

_____
Authorized Representative



## GENERAL AGGREGATE LIMIT AMENDATORY ENDORSEMENT
## (SEPARATE PER LOCATION/PER CONSTRUCTION LIMIT AS PER
## "UNDERLYING INSURANCE")

| Named Insured<br>The Jones Financial Companies, L.L.L.P. | | | Endorsement Number<br>013 |
|---|---|---|---|
| Policy Symbol<br>XEU | Policy Number<br>G27979336 005 | Policy Period<br>05/01/2020 to 05/01/2021 | Effective Date of Endorsement<br>05/01/2020 |
| Issued By (Name of Insurance Company)<br>ACE Property and Casualty Insurance Company | | | |

### THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

### This endorsement modifies insurance provided under the following:

### ENHANCED COMMERCIAL UMBRELLA LIABILITY POLICY

The policy is amended as follows:

### Schedule

| All Locations   Maximum Number of Locations/ Construction Projects | $ 100,000,000 | Maximum General Aggregate Limit |
|---|---|---|

Section **IV. LIMITS OF INSURANCE AND "RETAINED LIMIT"**, Paragraph B. is amended to add the following provisions:

The General Aggregate Limit shown in the Declarations will apply separately with respect to each location or each construction project of the "Named Insured" but only to the extent that the general aggregate limits of insurance of the commercial general liability policy or policies shown in the Schedule of Underlying Insurance also apply on a per location or per construction project basis and then subject always to the Maximum Number of Locations/Construction Projects and the Maximum General Aggregate Limit of Insurance shown in the Schedule.

The Maximum General Aggregate Limit shall be the most we will pay for the sum of all damages under this policy that are subject to the General Aggregate Limit of Insurance, regardless of the number of;

1.  "Insureds";

2.  Claims made or "suits" brought;

3.  Persons or organizations making claims or bringing "suits" or

4.  Locations or construction projects.

All other terms and conditions of the policy remain unchanged.

Authorized Representative

Case 3:23-cv-05001-SRB     Document 21-4     Filed 11/17/23     Page 64 of 144

# CHUBB®

## INCIDENTAL MEDICAL MALPRACTICE INJURY

| Named Insured | | | Endorsement Number |
|---|---|---|---|
| The Jones Financial Companies, L.L.L.P. | | | 014 |

| Policy Symbol | Policy Number | Policy Period | Effective Date of Endorsement |
|---|---|---|---|
| XEU | G27979336 005 | 05/01/2020 to 05/01/2021 | 05/01/2020 |

| Issued By (Name of Insurance Company) |
|---|
| ACE Property and Casualty Insurance Company |

### THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

### This endorsement modifies insurance provided under the following:
### ENHANCED COMMERCIAL UMBRELLA LIABILITY POLICY

The policy is amended as follows:

1. Section **VII. DEFINITIONS,** sub-paragraph 3.a.(1)iv. of **"Insured"** is deleted and replaced with the following:

   iv. arising out of his or her providing or failing to provide professional health care services, except with respect to:

   (a) "Good Samaritan acts" or

   (b) "Incidental medical malpractice injury" by any licensed physician, dentist, nurse or other licensed medical practitioner employed by you and acting within the scope of his or her license. The insurance provided hereunder to such persons shall not apply to liability arising out of services performed outside the scope of their duties as your "employees". Any series of continuous, repeated or related acts or omissions by such "employees" will be treated as a single "occurrence".

2. Section **VII. DEFINITIONS** is amended to add the following definition:

   • **"Incidental medical malpractice injury"** means "bodily injury" arising out of the rendering of or failure to render the following services:

   a. Medical, surgical dental, x-ray or nursing service or treatment or the furnishing of food or beverages in connection therewith; or

   b. The furnishing or dispensing of drugs or medical, dental or surgical supplies or appliances.

3. The coverage provided by this policy for "incidental medical malpractice injury" does not apply to you or any "insured" if you are engaged in the business or occupation of providing any of the services described in the definition of "incidental medical malpractice injury."

All other terms and conditions of this policy remain unchanged.

_____
Authorized Representative



# INDUSTRIAL AID AIRCRAFT

| Named Insured The Jones Financial Companies, L.L.L.P. | | | Endorsement Number 015 |
|---|---|---|---|
| Policy Symbol XEU | Policy Number G27979336 005 | Policy Period 05/01/2020 to 05/01/2021 | Effective Date of Endorsement 05/01/2020 |
| Issued By (Name of Insurance Company) ACE Property and Casualty Insurance Company | | | |

### THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

### This endorsement modifies insurance provided under the following:

### ENHANCED COMMERCIAL UMBRELLA LIABILITY POLICY

The policy is amended as follows:

1. Solely for the purposes of this endorsement, Section **III. DUTY TO DEFEND AND DEFENSE COSTS**, Paragraph **A.** is deleted and replaced with the following:

   We will have no duty to defend any "suit" against the "insured". We will, however, have the right, but not the duty, to participate in the defense of any "suit" and the investigation of any claim to which this policy may apply. If we exercise this right, we will do so at our own expense.

2. Solely for the purposes of this endorsement, Section **III. DUTY TO DEFEND AND DEFENSE COSTS**, Paragraph **C.** is deleted.

3. Section **V. EXCLUSIONS, Aircraft** is deleted and replaced with the following:

   • **Aircraft**

   This insurance does not apply to "bodily injury" or "property damage" arising out of the ownership, maintenance, use or entrustment to others of any aircraft owned or operated by or rented or loaned to any "insured". Use includes operation and "loading and unloading".

   This exclusion applies even if the claims against any "insured" allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that "insured", if the "occurrence" which caused the "bodily injury" or "property damage" involved the ownership, maintenance, use or entrustment to others of any aircraft that is owned or operated by or rented or loaned to any "insured".

   This exclusion does not apply to "bodily injury" or "property damage" arising out of the ownership, maintenance use, or entrustment to others of any "industrial aid aircraft" owned or operated by or rented or loaned to any "insured". Use includes operation and "loading and unloading". Any coverage pursuant to this exception to the Aircraft exclusion shall be provided excess of the "scheduled retained limit" shown in the Schedule of Retained Limits.

4. Section **VII. DEFINITIONS** is amended to add the following definition:

   • **"Industrial aid aircraft"** means aircraft with a maximum passenger capacity of twenty (20) persons (including crew) used predominantly for business travel of "employees" and their non fee paying passenger guests.

## SCHEDULE OF RETAINED LIMITS

| Coverage | Retained Limit Amount | Retained Limit Type | Defense Treatment (Within the Limit / Outside the Limit) |
|---|---|---|---|
| **Industrial Aid Aircraft** | $100,000,000 | Per Occurrence | Outside the Limit |

All other terms and conditions of this policy remain unchanged.


_____
Authorized Representative

# CHUBB°

## KNOWLEDGE OF OCCURRENCE (DESIGNATED PERSONS OR DEPARTMENTS)

| Named Insured | | | |
|---|---|---|---|
| The Jones Financial Companies, L.L.L.P. | | Endorsement Number | 016 |

| Policy Symbol | Policy Number | Policy Period | Effective Date of Endorsement |
|---|---|---|---|
| XEU | G27979336 005 | 05/01/2020 to 05/01/2021 | 05/01/2020 |

| Issued By (Name of Insurance Company) |
|---|
| ACE Property and Casualty Insurance Company |

### THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

### This endorsement modifies insurance provided under the following:

### ENHANCED COMMERCIAL UMBRELLA LIABILITY POLICY

This policy is amended as follows:

Section **VI. CONDITIONS** is amended to add the following condition:

• **Knowledge of Occurrence**

With respect to any "loss" reporting requirements under this policy, it is understood and agreed that knowledge of an "occurrence" or claim by an agent, servant or "employee" of yours or any other person shall not in itself constitute knowledge by you, unless the person(s) or department(s) designated in the Schedule below shall have received notice from said agent, servant, "employee" or any other person.

### SCHEDULE

| Director of Insurable Risk & Third Party Risk |
|---|
|  |

All other terms and conditions of this policy remain unchanged.

_____
Authorized Representative



## LEAD EXCLUSION

| Named Insured<br>The Jones Financial Companies, L.L.L.P. | | | Endorsement Number<br>017 |
|---|---|---|---|
| Policy Symbol<br>XEU | Policy Number<br>G27979336 005 | Policy Period<br>05/01/2020 to 05/01/2021 | Effective Date of Endorsement<br>05/01/2020 |
| Issued By (Name of Insurance Company)<br>ACE Property and Casualty Insurance Company | | | |

### THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

### This endorsement modifies insurance provided under the following:

#### ENHANCED COMMERCIAL UMBRELLA LIABILITY POLICY

The policy is amended as follows:

Section **V. EXCLUSIONS** is amended to add the following exclusion:

- **Lead**

  This insurance does not apply to any "bodily injury", "property damage" or "personal and advertising injury" arising out of the toxic properties of lead or lead-containing products, materials or substances. This exclusion applies to all forms of lead, including but not limited to solid, liquid, vapor and fumes.

All other terms and conditions of this policy remain unchanged.

_____
Authorized Representative

# CHUBB°

## MISSOURI CHANGES – CANCELLATION AND NONRENEWAL

| Named Insured: The Jones Financial Companies, L.L.L.P. | | | Endorsement Number 018 |
|---|---|---|---|
| Policy Symbol XEU | Policy Number G27979336 005 | Policy Period 05/01/2020 to 05/01/2021 | Effective Date of Endorsement 05/01/2020 |
| Issued By (Name of Insurance Company) ACE Property and Casualty Insurance Company | | | |

### THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

#### This endorsement modifies insurance provided under the following:

#### ENHANCED COMMERCIAL UMBRELLA LIABILITY POLICY

A. The **Cancellation** Condition is replaced by the following:

   1. The first "Named Insured" shown in the Declarations may cancel this policy by mailing or delivering to us advance written notice of cancellation.

   2. We may cancel this policy by mailing or delivering to the first "Named Insured" written notice of cancellation, stating the actual reason for cancellation, at least:

      a. 10 days before the effective date of cancellation if we cancel for nonpayment of premium;

      b. 60 days before the effective date of cancellation if we cancel for any other reason.

   3. We will mail or deliver our notice to the first "Named Insured's" last mailing address known to us.

   4. Notice of cancellation will state the effective date of cancellation. The "policy period" will end on that date.

   5. If this policy is cancelled, we will send the first "Named Insured" any premium refund due. The cancellation will be effective even if we have not made or offered a refund. The following provisions govern calculation of return premium:

      a. We will compute return premium pro rata and round to the next higher whole dollar when this policy is:

         (1) Cancelled by us or at our request;

         (2) Cancelled because you no longer have a financial or insurable interest in the property or business operation that is the subject of this insurance;

         (3) Cancelled but rewritten with us or in our company group; or

         (4) Cancelled after the first year, if it is a prepaid policy written for a term of more than one year.

      b. When this policy is cancelled at the request of the first "Named Insured" (except when Paragraph a.(2), a.(3) or a.(4) applies), we will return 90% of the pro rata unearned premium, rounded to the next higher whole dollar. However, when such cancellation takes place during the first year of a multiyear prepaid policy, we will return the full annual premium for the subsequent years.

   6. If notice is mailed, proof of mailing will be sufficient proof of notice.

B. The following is added and supersedes any provision to the contrary:

   **Nonrenewal**

   1. The following is added and supersedes any provision to the contrary:

XSE-50688 (07/18)  Includes copyrighted material of Insurance Services Office, Inc., with its permission.  Page 1 of 2

Case 3:23-cv-05001-SRB    Document 21-4    Filed 11/17/23    Page 70 of 144

**a.** We may elect not to renew this policy by mailing or delivering to the first "Named Insured", at the last mailing address known to us, written notice of nonrenewal, stating the actual reason for nonrenewal, at least sixty days prior to the effective date of the nonrenewal.

**b.** If notice is mailed, proof of mailing will be sufficient proof of notice.

All other terms and conditions of this policy remain unchanged.

_____

Authorized Representative

# MISSOURI - DISCLOSURE PURSUANT TO TERRORISM RISK INSURANCE ACT

| Named Insured | | | Endorsement Number |
|---|---|---|---|
| The Jones Financial Companies, L.L.L.P. | | | 019 |

| Policy Symbol | Policy Number | Policy Period | Effective Date of Endorsement |
|---|---|---|---|
| XEU | G27979336 005 | 05/01/2020 to 05/01/2021 | 05/01/2020 |

| Issued By (Name of Insurance Company) |
|---|
| ACE Property and Casualty Insurance Company |

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

**Disclosure Of Premium**

In accordance with the federal Terrorism Risk Insurance Act, we are required to provide you with a notice disclosing the portion of your premium, if any, attributable to coverage for terrorist acts certified under the Terrorism Risk Insurance Act. The portion of your premium attributable to such coverage is shown in this endorsement or in the policy Declarations.

**Disclosure Of Federal Participation In Payment Of Terrorism Losses**

The United States Government, Department of the Treasury, will pay a share of terrorism losses insured under the federal program. The federal share equals 85% for year 2015; 84% beginning on January 2016; 83% beginning on January 1 2017; 82% beginning on January 1, 2018; 81% beginning on January 1, 2019 and 80% beginning on January 1, 2020 of that portion of the amount of such insured losses that exceeds the applicable insurer retention. However, if aggregate insured losses attributable to terrorist acts certified under the Terrorism Risk Insurance Act exceed $100 billion in a calendar year, the Treasury shall not make any payment for any portion of the amount of such losses that exceeds $100 billion.

**Cap On Insurer Participation In Payment Of Terrorism Losses**

If aggregate insured losses attributable to terrorist acts certified under the Terrorism Risk Insurance Act exceed $100 billion in a calendar year and we have met our insurer deductible under the Terrorism Risk Insurance Act, we shall not be liable for the payment of any portion of the amount of such losses that exceeds $100 billion, and in such case insured losses up to that amount are subject to pro rata allocation in accordance with procedures established by the Secretary of the Treasury.

Terrorism Risk Insurance Act premium: $9,043.

**NOTE: The premium above is for certain losses resulting from certified acts of terrorism as covered pursuant to coverage provisions, limitations and exclusions in this policy. You should read the definition in your policy carefully, but generally speaking, "certified" acts of terrorism are acts that exceed $5 million in aggregate losses to the insurance industry and which are subsequently declared by the U.S. Secretary of the Treasury as a certified terrorist act under the Terrorism Risk Insurance Act. Some losses resulting from certified acts of terrorism are not covered. Read your policy and endorsements carefully.**

_____
Authorized Representative

TRIA22a (01/15)     Includes copyrighted material of Insurance Services office, Inc., with its permission.     Page 1 of 1

Case 3:23-cv-05001-SRB     Document 21-4     Filed 11/17/23     Page 72 of 144



## NOTICE OF OCCURRENCE OR CLAIM

| Named Insured The Jones Financial Companies, L.L.L.P. | | Endorsement Number 020 |
|---|---|---|
| Policy Symbol XEU | Policy Number G27979336 005 | Policy Period 05/01/2020 to 05/01/2021 | Effective Date of Endorsement 05/01/2020 |
| Issued By (Name of Insurance Company) ACE Property and Casualty Insurance Company | | |

### THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

### This endorsement modifies insurance provided under the following:

### ENHANCED COMMERCIAL UMBRELLA LIABILITY POLICY

The policy is amended as follows:

Section **VI. CONDITIONS, Duties in the Event of "Occurrence", Claim or "Suit"** is amended to add the following sub-paragraph:

Your failure to provide notice of an "occurrence" or claim to us shall not invalidate coverage under this policy if the "occurrence" or claim was inadvertently reported to another insurer. However, you shall report any such "occurrence" or claim to us within a reasonable time once you become aware of such error.

All other terms and conditions of this policy remain unchanged.

_____
Authorized Representative

Case 3:23-cv-05001-SRB    Document 21-4    Filed 11/17/23    Page 73 of 144

# CHUBB℠

## POLLUTION EXCLUSION AMENDATORY – CHUBB UTILITY PLUS℠
## (WITH WASTE SITE AND SUBSURFACE OPERATIONS EXCLUSIONS)

| Named Insured | | Endorsement Number |
|---|---|---|
| The Jones Financial Companies, L.L.L.P. | | 021 |

| Policy Symbol | Policy Number | Policy Period | Effective Date of Endorsement |
|---|---|---|---|
| XEU | G27979336 005 | 05/01/2020 to 05/01/2021 | 05/01/2020 |

| Issued By (Name of Insurance Company) |
|---|
| ACE Property and Casualty Insurance Company |

### THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

### This endorsement modifies insurance provided under the following:
### ENHANCED COMMERCIAL UMBRELLA LIABILITY POLICY

The policy is amended as follows:

Section **V. EXCLUSIONS, Pollution** is deleted in its entirety and replaced with the following:

- **Pollution**

1. This insurance does not apply to any injury, damage, expense, cost, "loss", liability or legal obligation arising out of or in any way related to pollution, however caused. Pollution includes the actual, alleged, or potential presence in or introduction into the environment of any "pollutants", if such "pollutants" have, or are alleged to have, the effect of making the environment impure, harmful, or dangerous. Environment includes any air, land, structure or the air therein, watercourse or water, including underground water, and biota. However, this Paragraph 1. of the exclusion shall not apply to the exceptions set forth in subparagraphs a. through i. below if the discharge, dispersal, migration, release or escape of "pollutants" commenced abruptly and can be clearly identified as having commenced on a specific date during the "policy period" and the resulting "bodily injury" and/or "property damage" was both unexpected and unintended from the standpoint of the "insured":

   a. **Various Named Perils**

   "Bodily injury" or "property damage" caused by pollution if the discharge, dispersal, seepage, migration, release or escape of "pollutants" caused by:

   1.) Fire, lightning; explosion; windstorm; flood; or earthquake;

   2.) Vandalism; malicious mischief; riot or civil commotion;

   3.) Sprinkler leakage; or

   4.) Collision, upset or overturn of an aircraft, "auto", "mobile equipment" or railcar;

   b. **Equipment to Heat, Cool, Humidify, Dehumidify or Ventilate a Building**

   "Bodily injury", if sustained within a building and caused by smoke, fumes, vapor or soot from equipment used to heat, cool, humidify, dehumidify or ventilate that building, or equipment used to heat water for personal use by the building's occupants or their guests.

   c. **Contractor/Lessee Operations**

   "Bodily injury" or "property damage" for which you may be held liable if:

   1.) You are a contractor;

   2.) The owner or lessee of such premises, site or location has been added to this policy as an additional "insured" with respect to your ongoing operations performed for that additional "insured" at such premises, site or location; and

3.) Such premises, site or location is not and never was owned or occupied by, or rented or loaned to, any "insured", other than that additional "insured".

d. **Work Performed by You or a Contractor or Subcontractor**

"Bodily injury" or "property damage" sustained within a building and caused by the release of gases, fumes or vapors from materials brought into that building in connection with operations being performed by you or on your behalf by a contractor or subcontractor.

e. **Fuels, Lubricants and Other Operating Fluids - "Mobile Equipment"**

"Bodily injury" or "property damage" arising out of the escape of fuels, lubricants or other operating fluids that are needed to perform the normal electrical, hydraulic or mechanical functions necessary for the operation of "mobile equipment" or its parts, if such fuels, lubricants or other operating fluids escape from a vehicle part designed to hold, store or receive them. This exception does not apply if the "bodily injury" or "property damage" arises out of the intentional discharge, dispersal or release of the fuels, lubricants or other operating fluids; or if such fuels, lubricants or other operating fluids are brought on or to the premises, site or location with the intent that they be discharged, dispersed or released as part of the operations being performed by such "insured", contractor or subcontractor.

f. **Fuels, Lubricants, Fluids – "Auto"**

"Bodily injury" or "property damage" arising out of fuels, lubricants, fluids, exhaust gases or other similar "pollutants" that are needed for or result from the normal electrical, hydraulic or mechanical functioning of a covered "auto" or its parts, if:

1.) The "pollutants" escape, seep, migrate, or are discharged, dispersed or released directly from an "auto" part designed by its manufacturer to hold, store, receive or dispose of such "pollutants"; and

2.) The "bodily injury", "property damage" or any covered pollution cost or expense does not arise out of the operation of any equipment listed in Paragraphs 6.b. and 6.c. of the definition of "mobile equipment".

g. **Upset, Overturn or Damage of an "Auto"**

"Bodily injury" or "property damage" arising out of an "occurrence" that takes place away from premises owned by or rented to an "insured" with respect to "pollutants" not in or upon an "auto" if:

1.) The "pollutants" or any property in which the "pollutants" are contained are upset, overturned or damaged as a result of the maintenance or use of an "auto"; and

2.) The discharge, dispersal, seepage, migration, release or escape of the "pollutants" is caused directly by such upset, overturn or damage.

h. **"Products-Completed Operations Hazard"**

"Bodily Injury" or "property damage" included in the "products-completed operations hazard" provided that "your product" or "your work" has not at any time been:

a. discarded, dumped, abandoned, thrown away; or

b. transported, handled, stored, treated, disposed of, or processed, as "waste";

by anyone.

i. **Time Element**

"Bodily injury" or "property damage" caused by any peril other than those listed in a. through h. above, provided that the discharge, dispersal, seepage, migration, release or escape of "pollutants":

1.) Is known by any "insured" within the number of days set forth in the Declarations as Pollution Knowledge Time Frame after the commencement of the discharge, dispersal, seepage, migration, release or escape of "pollutants"; and

Case 3:23-cv-05001-SRB    Document 21-4    Filed 11/17/23    Page 75 of 144

2.) Is reported to us within the number of days set forth in the Declarations as Pollution Reporting Time Frame after the "insured" referenced in subparagraph i.1.) above first learns of the commencement of the discharge, dispersal, seepage, migration, release or escape of "pollutants".

2. Notwithstanding the above, this insurance shall not apply to any "loss", cost or expense arising out of any:

   a. Request, demand, order, statutory or regulatory requirement that any "insured" or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

   b. Claim or "suit" by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, in any way responding to, or assessing the effects of, "pollutants";

   However, this Paragraph 2. of the exclusion does not apply to liability for damages because of "property damage" that the "insured" would have in the absence of such request, demand, order, statutory or regulatory requirement, claim or "suit" by or on behalf of a governmental authority.

   Where any coverage provided by this policy for "bodily injury" or "property damage" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants" is not provided by applicable "underlying insurance", except due to the exhaustion of such "underlying insurance" by "loss" to which this policy applies, the coverage for such "bodily injury" or "property damage" shall be provided excess of the "enhanced coverage self-insured retention". This provision shall not apply if pollution coverage is provided excess of a "scheduled retained limit", in which case, the "scheduled retained limit" and not the "enhanced coverage self-insured retention" shall apply.

3. Notwithstanding the above, this insurance shall not apply to any "loss", cost or expense arising out of any injury, damage, expense, cost, "loss", liability or legal obligation arising out of or in any way related to:

   a. Damage to or loss of use of property directly or indirectly resulting from "subsurface operations" of the "insured" or removal of, loss of or damage to, subsurface oil, gas or other substances.

   b. actual or alleged pollution or contamination at or from a waste site, meaning the part of any premises, site or location which is or was at the time used by any "insured" or by others for the storage, disposal, processing or treatment of "waste" of any kind. Waste site includes but is not limited to any landfill, pit or dumping ground, treatment, storage and disposal facility, lagoon or pond, drum storage or disposal area, disposal pipe outfall, injection well or any other repository of waste of any kind, whether permitted or not.

4. Solely as respects this endorsement, Section **VII. DEFINITIONS** is amended to add the following definitions:

   • **"Subsurface operations"** means

     1. Oil Industry Operations, meaning all operations of an "insured" in the removal of oil, gas, water or other substances from below the earth's surface, including operation or servicing of any well, hole, formation, strata or area in or through which production of any substance is carried on or other drilling or well servicing machinery or equipment located beneath the surface of the earth or beneath the surface of any body of water; or

     2. Subsurface Mining Industry Operations, meaning all operations of the "insured" in mine construction, mining, including solution mining, handling, crushing, storage or processing of rock or mineral substances occurring below the earth's surface.

   "Subsurface operations" does not include:

     1. Pipeline operations, meaning the operations or servicing of pipelines used in gathering, distribution or transmission of any liquid, gas or chemical product; or

     2. Storage operations, meaning the operations or servicing of underground storage facilities used in gathering, distribution or transmission or storage of any liquid, gas or chemical product; or

3. Surface mining industry operations, meaning the surface operations of the "insured" in the exploration, mining, handling, crushing storage or processing of rock or mineral substances conducted within an open excavation or at or above the surface of the earth except as specifically stated in above.

However, to the extent that a pipeline operation, storage operation or surface mining operation includes a waste site as defined in the Pollution Exclusion Amendatory endorsement, these exceptions to the definition of "subsurface operations" will not supersede the exclusion of injury, damage, expense, cost, "loss", liability or legal obligation arising out of or in any way related to such waste site.

- "Waste" means any substance that:

a. Is left over, or no longer in use, or discarded;

b. Is to be reclaimed, recycled, or reconditioned; or

c. Has been removed, treated, stored or disposed of as part of any environmental remediation effort.

All other terms and conditions of the policy remain unchanged.

_____
Authorized Representative



# SILICA OR SILICA-RELATED DUST EXCLUSION

| Named Insured<br>The Jones Financial Companies, L.L.L.P. | | | Endorsement Number<br>022 |
|---|---|---|---|
| Policy Symbol<br>XEU | Policy Number<br>G27979336 005 | Policy Period<br>05/01/2020 to 05/01/2021 | Effective Date of Endorsement<br>05/01/2020 |
| Issued By (Name of Insurance Company)<br>ACE Property and Casualty Insurance Company | | | |

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

### This endorsement modifies insurance provided under the following:

### ENHANCED COMMERCIAL UMBRELLA LIABILITY POLICY

The policy is amended as follows:

1.  Section **V. EXCLUSIONS** is amended to add the following exclusion:

    - **Silica Or Silica-Related Dust**

      This insurance does not apply to:

      1.  "Bodily injury" arising, in whole or in part, out of the actual, alleged, threatened or suspected inhalation of, or ingestion of, "silica" or "silica-related dust".

      2.  "Property damage" arising, in whole or in part, out of the actual, alleged, threatened or suspected contact with, exposure to, existence of, or presence of, "silica" or "silica-related dust".

      3.  "Personal and advertising injury" arising, in whole or in part, out of the actual, alleged, threatened or suspected inhalation of, ingestion of, contact with, exposure to, existence of, or presence of, "silica" or "silica-related dust".

      4.  Any "loss", cost or expense arising, in whole or in part, out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to or assessing the effects of, "silica" or "silica-related dust", by any "insured" or by any other person or entity.

2.  Section **VII. DEFINITIONS** is amended to add the following definitions:

    - **"Silica"** means silicon dioxide (occurring in crystalline, amorphous and impure forms), silica particles, silica dust or silica compounds.

    - **"Silica-related dust"** means a mixture or combination of "silica" and other dust or particles.

All other terms and conditions of this policy remain unchanged.

Authorized Representative



# WATERCRAFT EXCLUSION AMENDED

| Named Insured<br>The Jones Financial Companies, L.L.L.P. | | | Endorsement Number<br>023 |
|---|---|---|---|
| Policy Symbol<br>XEU | Policy Number<br>G27979336 005 | Policy Period<br>05/01/2020 to 05/01/2021 | Effective Date of Endorsement<br>05/01/2020 |
| Issued By (Name of Insurance Company)<br>ACE Property and Casualty Insurance Company | | | |

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

### This endorsement modifies insurance provided under the following:

### ENHANCED COMMERCIAL UMBRELLA LIABILITY POLICY

This policy is amended as follows:

Section **V. EXCLUSIONS, Watercraft,** sub-paragraph 2. is deleted and replaced with the following:

2. A watercraft less than 75 feet long for which no "insured" receives a fee to carry persons or property.

All other terms and conditions of this policy remain unchanged.

Authorized Representative

**CHUBB**

## FUNGI, BACTERIA OR VIRUSES EXCLUSION

| Named Insured | | | Endorsement Number |
|---|---|---|---|
| The Jones Financial Companies, L.L.L.P. | | | 024 |

| Policy Symbol | Policy Number | Policy Period | Effective Date of Endorsement |
|---|---|---|---|
| XEU | G27979336 005 | 05/01/2020 to 05/01/2021 | 05/01/2020 |

| Issued By (Name of Insurance Company) |
|---|
| ACE Property and Casualty Insurance Company |

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

**This endorsement modifies insurance provided under the following:**

**ENHANCED COMMERCIAL UMBRELLA LIABILITY POLICY**

The policy is amended as follows:

1. Section **V. EXCLUSIONS** is amended to add the following exclusion:

   • **Fungi, Bacteria or Viruses**

   This insurance does not apply to:

   1. Injury or damage arising out of or in any way related to the actual, alleged or threatened inhalation of, ingestion of, contact with, exposure to, existence of, or presence of:

      a. "Fungi";

      b. Bacteria;

      c. Viruses; or

      d. Dust, spores, odors, particulates or byproducts, including but not limited to mycotoxins and endotoxins, resulting from any of the organisms listed in subparagraphs a., b. or c. above;

      from any source whatsoever.

   2. Any loss, cost or expenses arising out of the testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, of in any way responding to, or assessing the effects of any of the items in subparagraphs 1.a., 1.b., 1.c. or 1.d. above , from any source whatsoever.

   This exclusion does not apply to "bodily injury" or "property damage" caused by the ingestion of food.

2. Section **VII. DEFINITIONS** is amended to add the following definition:

   • **"Fungi"** means any type or form of fungus, including mold, mildew or yeast and any mycotoxins, spores, scents or byproducts produced or released by fungi.

All other terms and conditions of the policy remain unchanged.

_____
Authorized Representative

# PERSONAL AND ADVERTISING INJURY COVERAGE LIMITATION
## (No Broader Than Underlying Insurance)

| Named Insured | | | Endorsement Number |
|---|---|---|---|
| The Jones Financial Companies, L.L.L.P. | | | 025 |

| Policy Symbol | Policy Number | Policy Period | Effective Date of Endorsement |
|---|---|---|---|
| XEU | G27979336 005 | 05/01/2020 to 05/01/2021 | 05/01/2020 |

| Issued By (Name of Insurance Company) |
|---|
| ACE Property and Casualty Insurance Company |

### THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

### This endorsement modifies all insurance provided under the following:

### ENHANCED COMMERCIAL UMBRELLA LIABILITY POLICY

Solely with respect to any coverage for "personal and advertising injury" and notwithstanding any other endorsement to this policy, the insurance coverage provided by this policy will not be broader than the insurance coverage provided by the "underlying insurance".

In the event of an inconsistency or variance between (a) exclusions, restrictions or limiting terms and conditions in this policy and (b) exclusions, restrictions or limiting terms and conditions in the "underlying insurance" addressing coverage for "personal and advertising injury", the more restrictive provision shall apply and shall supersede and be deemed to replace the corresponding less restrictive provision. This applies to supersede endorsements in this policy that may under some circumstances create exceptions to exclusions. Such exceptions shall not apply unless they also appear in and apply to "underlying insurance".

All other terms and conditions of this policy remain unchanged.

_____
Authorized Representative

Case 3:23-cv-05001-SRB    Document 21-4    Filed 11/17/23    Page 81 of 144

# CHUBB®

## CHUBB GROUP
## U.S. PRIVACY NOTICE

| FACTS | WHAT DOES THE CHUBB GROUP DO WITH YOUR PERSONAL INFORMATION? | | |
|---|---|---|---|
| **Why?** | Insurance companies choose how they share your personal information. Federal and state law gives consumers the right to limit some but not all sharing. Federal and state law also requires us to tell you how we collect, share, and protect your personal information. Please read this notice carefully to understand what we do. | | |
| **What?** | The types of personal information we collect and share depend on the product or service you have with us. This information can include:<br><br>• Social Security number and payment history<br>• insurance claim history and medical information<br>• account transactions and credit scores<br><br>When you are no longer our customer, we continue to share information about you as described in this notice. | | |
| **How?** | All insurance companies need to share customers' personal information to run their everyday business. In the section below, we list the reasons insurance companies can share their customers' personal information; the reasons the Chubb Group chooses to share; and whether you can limit this sharing. | | |
| **Reasons we can share your personal information** | **Does Chubb share?** | **Can you limit this sharing?** | |
| For our everyday business purposes – such as to process your transactions, maintain your account(s), respond to court orders and legal investigations, or report to credit bureaus | Yes | No | |
| For our marketing purposes – to offer our products and services to you | Yes | No | |
| For joint marketing with other financial companies | Yes | No | |
| For our affiliates' everyday business purposes – information about your transactions and experiences | Yes | No | |
| For our affiliates' everyday business purposes – information about your creditworthiness | No | We don't share | |
| For our affiliates to market to you | No | We don't share | |
| For nonaffiliates to market to you | No | We don't share | |
| **Questions?** | Call 1-800-258-2930 or go to https://www2.Chubb.com/us-en/privacy.aspx | | |

| Who is providing this notice? | The Chubb Group. A list of these companies is located at the end of this document. |
|---|---|

## What we do

| How does Chubb Group protect my personal information? | To protect your personal information from unauthorized access and use, we use security measures that comply with federal law. These measures include computer safeguards and secured files and buildings.<br><br>We restrict access to personal information to our employees, affiliates' employees, or others who need to know that information to service the account or to conduct our normal business operations. |
|---|---|
| How does Chubb Group collect my personal information? | We collect your personal information, for example, when you<br><br>• apply for insurance or pay insurance premiums<br>• file an insurance claim or provide account information<br>• give us your contact information<br><br>We also collect your personal information from others, such as credit bureaus, affiliates, or other companies. |
| Why can't I limit all sharing? | Federal law gives you the right to limit only<br><br>• sharing for affiliates' everyday business purposes – information about your creditworthiness<br>• affiliates from using your information to market to you<br>• sharing for nonaffiliates to market to you<br><br>State laws and individual companies may give you additional rights to limit sharing. See below for more on your rights under state law. |

## Definitions

| Affiliates | Companies related by common ownership or control. They can be financial and nonfinancial companies.<br><br>• Our affiliates include those with a Chubb name and other companies, such as Westchester Fire Insurance Company and Great Northern Insurance Company. |
|---|---|
| Nonaffiliates | Companies not related by common ownership or control. They can be financial and nonfinancial companies.<br><br>• Chubb does not share with nonaffiliates so they can market to you. |
| Joint Marketing | A formal agreement between nonaffiliated financial companies that together market financial products or services to you.<br><br>• Our joint marketing partners include categories of companies such as banks. |

# CHUBB®

## Other important information

**For Insurance Customers in AZ, CA, CT, GA, IL, MA, ME, MN, MT, NV, NC, NJ, OH, OR, and VA only:** Under state law, under certain circumstances, you have the right see the personal information about you that we have on file. To see your information, write Chubb Group Attention: Privacy Inquiries, 202 Hall's Mill Road, P.O. Box 1600, Whitehouse Station, NJ 08889-1600. Chubb may charge a reasonable fee to cover the costs of providing this information. If you think any of the information is not accurate, you may write us. We will let you know what actions we take. If you do not agree with our actions, you may send us a statement. If you want a full description of privacy rights that we will protect in accordance with the law in your home state, please contact us and we will provide it. We may disclose information to certain third parties, such as law enforcement officers, without your permission.

**For Nevada residents only:** We may contact our existing customers by telephone to offer additional insurance products that we believe may be of interest to you. Under state law, you have the right to opt out of these calls by adding your name to our internal do-not-call list. To opt out of these calls, or for more information about your opt out rights, please contact our customer service department. You can reach us by calling 1-800-258-2930, emailing us at privacyinquiries@Chubb.com, or writing to Chubb Group, Attention: Privacy Inquiries, 202 Hall's Mill Road, P.O. Box 1600, Whitehouse Station, NJ 08889-1600. You are being provided this notice under Nevada state law. In addition to contacting Chubb, Nevada residents can contact the Nevada Attorney General for more information about your opt out rights by calling 775-684-1100, emailing bcpinfo@ag.state.nv.us, or by writing to: Office of the Attorney General, Nevada Department of Justice, Bureau of Consumer Protection: 100 North Carson Street, Carson City, NV 89701.

**For Vermont residents only:** Under state law, we will not share information about your creditworthiness within our corporate family except with your authorization or consent, but we may share information about our transactions or experiences with you within our corporate family without your consent.

## Chubb Group Companies Providing This Notice

This notice is being provided by the following Chubb Group companies to their customers located in the United States: ACE American Insurance Company, ACE Capital Title Reinsurance Company, ACE Fire Underwriters Insurance Company, ACE Insurance Company of the Midwest, ACE Life Insurance Company, ACE Property and Casualty Insurance Company, Agri General Insurance Company, Atlantic Employers Insurance Company, Bankers Standard Fire and Marine Company, Bankers Standard Insurance Company, Century Indemnity Company, Chubb Custom Insurance Company, Chubb Indemnity Insurance Company, Chubb Insurance Company of New Jersey, Chubb Lloyds Insurance Company of Texas, Chubb National Insurance Company, Executive Risk Indemnity Inc., Executive Risk Specialty Insurance Company, Federal Insurance Company, Great Northern Insurance Company, Illinois Union Insurance Company, Indemnity Insurance Company of North America, Insurance Company of North America, Pacific Employers Insurance Company, Pacific Indemnity Company, Penn Millers Insurance Company, Texas Pacific Indemnity Company, Vigilant Insurance Company, Westchester Fire Insurance Company and Westchester Surplus Lines Insurance Company.

# CHUBB°

## IMPORTANT NOTICE TO POLICYHOLDERS

This Important Notice is not your policy. Please read your policy carefully to determine your rights, duties, and what is and what is not covered. Only the provisions of your policy determine the scope of your insurance protection.

THIS IMPORTANT NOTICE PROVIDES INFORMATION CONCERNING POSSIBLE IMPACT ON YOUR INSURANCE COVERAGE DUE TO COMPLIANCE WITH APPLICABLE TRADE SANCTION LAWS.

PLEASE READ THIS NOTICE CAREFULLY.

Various trade or economic sanctions and other laws or regulations prohibit us from providing insurance in certain circumstances. For example, the United States Treasury Department's Office of Foreign Asset Control (OFAC) administers and enforces economic and trade sanctions and places restrictions on transactions with foreign agents, front organizations, terrorists, terrorists organizations, and narcotic traffickers. OFAC acts pursuant to Executive Orders of the President of the United States and specific legislation, to impose controls on transactions and freeze foreign assets under United States jurisdiction. (To learn more about OFAC, please refer to the United States Treasury's web site at http://www.treas.gov/ofac.)

To the extent that you or any other insured, or any person or entity claiming the benefits of this insurance has violated any applicable sanction laws, this insurance will not apply.

# CHUBB®

## POLICYHOLDER NOTICE

All of the members of the Chubb Group of Insurance companies doing business in the United States (hereinafter "Chubb") distribute their products through licensed insurance brokers and agents ("producers"). Detailed information regarding the types of compensation paid by Chubb to producers on US insurance transactions is available under the Producer Compensation link located at the bottom of the page at www.chubb.com, or by calling 1-866-588-9478. Additional information may be available from your producer.

Thank you for choosing Chubb.

Case 3:23-cv-05001-SRB    Document 21-4    Filed 11/17/23    Page 86 of 144

## Group Personal Excess Liability Policy

**CHUBB®**

## Coverage Summary

Chubb Group of Insurance Companies
PO Box 1600
Whitehouse Station, NJ 08889-1600

Name and address of Insured

Policy Number:   ( 21 ) 7995-28-88

EDWARD JONES TRUST COMPANY
GROUP PERSONAL EXCESS PROGRAM
12555 MANCHESTER RD
ST. LOUIS, MISSOURI
63131

Issued by the stock insurance company
indicated below, herein called the company.

**CHUBB CUSTOM
INSURANCE COMPANY**

Producer No.:   0037819

Incorporated under the laws of NEW JERSEY

Sponsoring Organization and Address

THE JONES FINANCIAL COMPANY, L.L.L.P.
12555 MANCHESTER ROAD
ST. LOUIS, MO 63131

## Policy Period

From: JANUARY 01, 2020 To:  JANUARY 01, 2021
12:01 A.M. Standard Time at the Named Insured's mailing address.

## Premium

## Limit Of Liability

| | |
|---|---|
| SEE ENDT | Each Occurrence |
| SEE ENDT | Excess Uninsured / Underinsured Motorists Protection Each Occurrence |

## Required Primary Underlying Insurance

Personal Liability (Homeowners) for personal injury and property damage in the minimum amount of $300,000 each occurrence.

Registered vehicles in the minimum amount of $250,000 / $500,000 bodily injury and $100,000 property damage; or $300,000 single limit each occurrence.

## *Required Primary Underlying Insurance*
(continued)

Unregistered vehicles in the minimum amount of $300,000 bodily injury and property damage each occurrence.

Registered vehicles with less than four wheels and motorhomes in the minimum amount $250,000 / $500,000 bodily injury and $100,000 property damage; or $300,000 single limit each occurrence.

Watercraft less than 26 feet and 50 engine rated horsepower or less for bodily and property damage in the minimum amount of $300,000 each occurrence.

Watercraft 26 feet or longer or more than 50 engine rated horsepower for bodily injury and property damage in the minimum amount of $500,000 each occurrence.

Uninsured motorists/underinsured motorists protection in the minimum amount of $250,000 / $500,000 bodily injury and $100,000 property damage; or $300,000 single limit occurrence.

**FAILURE TO COMPLY WITH THE REQUIRED PRIMARY UNDERLYING INSURANCE WILL RESULT IN A GAP IN COVERAGE.**

CHUBB®

## Group Personal Excess Liability Policy

### Coverage Summary

**Effective Date**   JANUARY 01, 2020

**Policy Number**   7995-28-88

### Authorization

In Witness Whereof, the company issuing this policy has caused this policy to be signed by its authorized officers, but this policy shall not be valid unless also signed by a duly authorized representative of the company.

### CHUBB CUSTOM INSURANCE COMPANY

President

Secretary

Date
JANUARY 31, 2020

Authorized Representative

Producer's Name & Address

AON PRIVATE RISK MANAGEMENT (MO)
8182 MARYLAND AVENUE
ST. LOUIS, MO 63105-0000

# CHUBB®                    *Schedule of Forms*

Policy Number:      ( 21 )  7995-28-88
Insured:            EDWARD JONES TRUST COMPANY
                    GROUP PERSONAL EXCESS PROGRAM
Policy Period From:  JANUARY 01, 2020 to JANUARY 01, 2021

The following is a schedule of forms issued with the policy at inception:

| Form Name | Form Number | |
|---|---|---|
| PRIVACY NOTICE - GROUP MASTER POLICY | 10-02-1058 | (10/16) |
| IMPORTANT NOTICE - OFAC | 99-10-0796 | (09/04) |
| AOD POLICYHOLDER NOTICE | 99-10-0872 | (06/07) |
| COVERAGE SUMMARY/DECLARATIONS | 10-02-1993 | (08/07) |
| GROUP PERSONAL EXCESS - CONTRACT/POLICY TERMS | 10-02-0691 | (07/16) |
| COMPLIANCE WITH APPLICABLE TRADE SANCTION LAW | 10-02-1467 | (01/04) |
| MISSOURI AMENDATORY ENDT | 10-02-1853 | (09/07) |
| CCIC - SERVICE OF SUIT | 10-02-0402 | (02/98) |
| TERMINATION CLAUSE ENDORSEMENT | 10-02-0692 | (08/96) |
| UNDERLYING LIMITS ENDORSEMENT | 10-02-0692 | (08/96) |
| NAMED INSURED ENDORSEMENT I | 10-02-0692 | (08/96) |
| NAMED INSURED ENDORSEMENT II | 10-02-0692 | (08/96) |
| NAMED INSURED ENDORSEMENT III | 10-02-0692 | (08/96) |
| NAMED INSURED ENDORSEMENT IV | 10-02-0692 | (08/96) |
| EMPLOYMENT PRACTICES LIABILITY COVERAGE ENDT | 10-02-2209 | (03/11) |
| EMPLOYMENT PRACTICES LIABILITY COVERAGE ENDT | 10-02-2209 | (03/11) |

CHUBB®

*GROUP PERSONAL*
*EXCESS LIABILITY*
*POLICY*

*THIS PAGE INTENTIONALLY LEFT BLANK*

# CHUBB®

# GROUP PERSONAL EXCESS LIABILITY POLICY

## INTRODUCTION

This is your Chubb Group Personal Excess Liability Policy. Together with your Coverage Summary, it explains your coverages and other conditions of your insurance in detail.

This policy is a contract between you and us. READ YOUR POLICY CAREFULLY and keep it in a safe place.

### Agreement
We agree to provide the insurance described in this policy in return for the premium paid by you or the Sponsoring Organization and your compliance with the policy conditions.

### Definitions
In this policy, we use words in their plain English meaning. Words with special meanings are defined in the part of the policy where they are used. The few defined terms used throughout the policy are defined here:

**You** means the individual who is a member of the Defined Group shown as the Insured named in the Coverage Summary.

**Spouse** means a partner in marriage or a partner in a civil union recognized under state law and who lives with you.

**We and us** mean the insurance company named in the Coverage Summary.

**Family member** means your spouse or domestic partner or other relative who lives with you, or any other person under 25 in your care or your relative's care who lives with you.

**Domestic partner** means a person in a legal or personal relationship with you, who lives with you and shares a common domestic life with you, and meeting all of the benefits eligibility criter ia as defined by the Sponsoring Organization.

**Sponsoring Organization** means the entity, corporation, partnership or sole proprietorshi p sponsoring and defining the criteria for qualification as an Insured.

**Policy** means your entire Group Personal Excess Liability Policy, including the Coverage Summary.

**Coverage Summary** means the most recent Coverage Summary we issued to you, including any endorsements.

**Occurrence** means an accident or offense to which this insurance applies and which begins within the policy period. Continuous or repeated exposure to substantially the same general conditions unless excluded is considered to be one occurrence.

**Business** means any employment, trade, occupation, profession, or farm operation including the raising or care of animals or any activities intended to realize a benefit or financial gain engaged in on a full-time, part-time or occasional basis.

**Defined Group** means those individuals meeting the criteria for qualification as an Insured as defined by the Sponsoring Organization and accepted by us.

**Follow form** means we cover damages to the extent they are both covered under the Required Primary Underlying Insurance and, not excluded under this policy. Also, the amount of coverage, defense coverages, cancellation and "other insurance" provisions of this policy supersede and replace the simila r provisions contained in such other policies. When this policy is called upon to pay losses in excess of required primary underlying policies exhausted by payment of claims, we do not provide broader coverage than provided by such policies. When no primar y underlying coverage exists, the extent of coverage provided on a follow form basis will be determined as if the required primary underlying insurance had been purchased from us.

**Covered person** means:
- you or a family member;
- any person using a vehicle or watercraft covered under this policy with permission from you or a family member with respect to their legal responsibility arising out of its use;
- any other person who is a covered person under your Required Primary Underlying Insurance;
- any person or organization with respect to their legal responsibility for covered acts or omissions of you or a family member; or
- any combination of the above.

## Definitions
(continued)

**Damages** mean the sum that is paid or is payable to satisfy a claim settled by us or resolved by judicial procedure or by a compromise we agree to in writing.

**Personal injury** means the following injuries, and resulting death:
* bodily injury;
* shock, mental anguish, or mental injury;
* false arrest, false imprisonment, or wrongful detention;
* wrongful entry or eviction;
* malicious prosecution or humiliation; and
* libel, slander, defamation of character, or invasion of privacy.

**Bodily injury** means physical bodily harm, including sickness or disease that results from it, and required care, loss of services and resulting death.

**Property damage** means physical injury to or destruction of tangible property and the resulting loss of its use. Tangible property includes the cost of recreating or replacing stocks, bonds, deeds, mortgages, bank deposits, and similar instruments, but does not include the value represented by such instruments. Tangible property does not include the cost of recreating or replacing any software, data or other information that is in electronic form.

**Registered vehicle** means any motorized land vehicle not described in "unregistered vehicle."

**Unregistered vehicle** means:
* any motorized land vehicle not designed for or required to be registered for use on public roads;
* any motorized land vehicle which is in dead storage at your residence;
* any motorized land vehicle used solely on and to service your residence premises;
* any motorized land vehicle used to assist the disabled that is not designed for or required to be registered for use on public roads; or
* golf carts.

## GROUP PERSONAL EXCESS COVERAGE

This part of your Group Personal Excess Liability Policy provides you or a family member with liability coverage in excess of your underlying insurance anywhere in the world unless stated otherwise or an exclusion applies.

## Payment for a Loss

### Amount of coverage
The amount of coverage for liability is shown in the Coverage Summary. We will pay on your behalf up to that amount for covered damages from any one occurrence, regardless of how many claims, homes, vehicles, watercraft, or people are involved in the occurrence.

Any costs we pay for legal expenses (see **Defense coverages**) are in addition to the amount of coverage.

### Underlying Insurance
We will pay only for covered damages in excess of all underlying insurance covering those damages, even if the underlying coverage is for more than the minimum amount.

"Underlying insurance" includes all liability coverage that applies to the covered damages, except for other insurance purchased in excess of this policy.

### Required primary underlying insurance
Regardless of whatever other primary underlying insurance may be available in the event of a claim or loss, it is a condition of your policy that you and your family members must maintain in full effect primary underlying liability insurance of the types and in at least the amounts set forth below unless a different amount is shown in your Coverage Summary, covering your personal liability and to the extent you or a family member have such liability exposures, all vehicles and watercraft you or your family members own, or rent for longer than 60 days, or have furnished for longer than 60 days, as follows:

Personal liability (homeowners) for personal injury and property damage in the minimum amount of $300,000 each occurrence.

## Payment for a Loss
(continued)

Registered vehicles in the minimum amount of:
* $250,000/$500,000 bodily injury and $100,000 property damage;
* $300,000/$300,000 bodily injury and $100,000 property damage; or
* $300,000 single limit each occurrence.

Unregistered vehicles in the minimum amount of $300,000 bodily injury and property damage each occurrence.

Registered vehicles with less than four wheels and motorhomes in the minimum amount of:

* $250,000/$500,000 bodily injury and $100,000 property damage;
* $300,000/$300,000 bodily injury and $100,000 property damage; or
* $300,000 single limit each occurrence.

Watercraft less than 26 feet and 50 engine rated horsepower or less for bodily injury and property damage in the minimum amount of $300,000 each occurrence.

Watercraft 26 feet or longer or more than 50 engine rated horsepower for bodily injury and property damage in the minimum amount of $500,000 each occurrence.

Uninsured motorists/underinsured motorist protection in the minimum amounts of:
* $250,000/$500,000 bodily injury and $100,000 property damage;
* $300,000/$300,000 bodily injury and $100,000 property damage; or
* $300,000 single limit each occurrence.

With respect to you and your family members residing outside of the United States, the required primary underlying insurance limits of liability shall be the same limits of liability as shown above, unless you and your family members reside in a country where the minimum required primary underlying insurance limits of liability are not available. In these countries, you and your family members must maintain in full effect primary underlying liability insurance limits equal to the maximum limits of liability available in that country for all coverages up to the minimum required primary underlying limits shown in the Coverage Summary under Required Primary Underlying Insurance.

Failure by you or your family members to comply with this condition, or failure of any of your primary underlying insurers due to insolvency or bankruptcy, shall not invalidate this policy. In the event of any such failure, we shall only be liable in excess of the foregoing minimum amounts and to no greater extent with respect to coverages, amounts and defense costs than we would have been had this failure not occurred.

You must also give notice of losses and otherwise cooperate and comply with the terms and conditions of such primary underlying insurance.

## Group Personal Excess Liability Coverage

We cover damages a covered person is legally obligated to pay for personal injury or property damage, caused by an occurrence:
* in excess of damages covered by the underlying insurance; or
* from the first dollar of damage where no underlying insurance is required under this policy and no underlying insurance exists; or
* from the first dollar of damage where underlying insurance is required under this policy but no coverage is provided by the underlying insurance for a particular occurrence;

unless stated otherwise or an exclusion applies.

Exclusions to this coverage are described in **Exclusions**.

**Excess uninsured motorists/underinsured motorist protection**
This coverage is in effect only if excess uninsured motorists/underinsured motorists protection is shown in the Coverage Summary.

## Group Personal Excess Liability Coverage
(continued)

We cover damages for bodily injury and property damage a covered person is legally entitled to receive from the owner or operator of an uninsured motorized/underinsured motorized land vehicle. We cover these damages in excess of the underlying insurance or the Required Primary Underlying Insurance, whichever is greater, if they are caused by an occurrence during the policy period, unless otherwise stated.

**Amount of coverage.** The maximum amount of excess uninsured motorists/underinsured motorists protection available for any one occurrence is the excess uninsured motorists/underinsured motorists protection amount shown in the Coverage Summary regardless of the number of vehicles covered by the Required Primary Underlying Insurance. We will not pay more than this amount in any one occurrence for covered damages regardless of how many claims, vehicles or people are involved in the occurrence. This coverage will follow form.

### Uninsured motorists/underinsured motorists protection arbitration

If we and a covered person disagree whether that person is legally entitled to recover damages from the owner or operator of an uninsured motor vehicle/underinsured motor vehicle, or do not agree as to the amount of damages, either party may make a written demand for arbitration. In this event, each party will select an arbitrator. The two arbitrators will select a third. If they cannot agree on a third arbitrator within 45 days, either may request that the arbitration be submitted to the American Arbitration Association. When the covered person's recovery exceeds the minimum limit specified in the applicable jurisdiction's financial responsibility law, each party will pay the expenses it incurs, and bear the expenses of the third arbitrator equally. Otherwise, we will bear all the expenses of the arbitration.

Unless both parties agree otherwise, arbitration will take place in the county and state in which the covered person lives. Local rules of law as to procedure and evidence will apply. A decision agreed to by two arbitrators will be binding unless the recovery amount for bodily injury exceeds the minimum limit specified by the applicable jurisdiction's financial responsibility law. If the amount exceeds that limit, either party may demand the right to a trial. This demand must be made within 60 days of the arbitrator's decision. If this demand is not made, the amount of damages agreed to by the arbitrators will be binding.

### Uninsured/underinsured liability coverage

This coverage is in effect only if excess uninsured motorists/underinsured motorists protection is shown in the Coverage Summary.

We cover up to a maximum of $1 million for bodily injury and personal injury you or a family member are legally entitled to receive from an uninsured or underinsured negligent person caused by an occurrence, unless stated otherwise or an exclusion applies. We will not pay more than this amount for covered damages from any one occurrence, regardless of how many claims or people are involved in the occurrence. This coverage is excess over the total of any other collectible insurance that covers damages from the occurrence.

All the exclusions under the Group Personal Excess Liability Coverage are applicable to this Uninsured/underinsured liability coverage, and where used, the definition of you or a family member is extended to include negligent person. This coverage also does not apply to damages from an occurrence arising out of any business activities; any activities involving business property or the sale or transfer of property; or the ownership, maintenance, use, loading, unloading, or towing of any motor vehicle, watercraft, or aircraft. In addition, this coverage does not apply to damages from an occurrence arising from any employment related harassment, termination, demotion, breach of an oral or written employment contract or agreement or violation of any state or federal wrongful employment practices act or similar law.

We also do not cover any fines, penalties, taxes, punitive, exemplary or multiplied damages, or any claim or suit seeking non-monetary relief, including but not limited to, injunctive relief, declaratory relief or other equitable remedies.

"Negligent person" means an identifiable natural person by legal name who is not a family member, and who is legally responsible for damages sustained by you or a family member caused by an occurrence.

**Duplication of coverage.** We will not make a duplicate payment for any portion of damages for which payment has been made by or on behalf of persons who may be legally responsible, or otherwise covered by any other collectible insurance. Nor will we pay for any portion of damages if you or a family member is entitled to receive payment for the same portion of damages under any workers' compensation law, disability benefits law or similar law.


## Group Personal Excess Liability Coverage
(continued)

**Defense coverages**

We will defend a covered person against any suit seeking covered damages for personal injury or property damage that is either:
- not covered by any underlying insurance; or
- covered by an underlying policy. This will apply to each Defense Coverage as it has been exhausted by payment of claims.

We provide this defense at our expense, with counsel of our choice, even if the suit is groundless, false, or fraudulent. We may investigate, negotiate, and settle any such claim or suit at our discretion.

As part of our investigation, defense, negotiation, or settlement, we will pay:
- all premiums on appeal bonds required in any suit we defend;
- all premiums on bonds to release attachments for any amount up to the amount of coverage (but we are not obligated to apply for or furnish any bond);
- all expenses incurred by us;
- all costs taxed against a covered person;
- all interest accruing after a judgment is entered in a suit we defend on only that part of the judgment we are responsible for paying. We will not pay interest accruing after we have paid the judgment up to the amount of coverage;
- all prejudgment interest awarded against a covered person on that part of the judgment we pay or offer to pay.

We will not pay any prejudgment interest based on that period of time after we make an offer to pay the amount of coverage;
- all earnings lost by each covered person at our request, up to $25,000;
- other reasonable expenses incurred by a covered person at our request; and
- the cost of bail bonds required of a covered person because of a covered loss.

In jurisdictions where we may be prevented by local law from carrying out these Defense Coverages, we will pay only those defense expenses that we agree in writing to pay and that are incurred by you.

## Extra Coverages

In addition to covering damages and defense costs, we also provide other related coverages. These coverages are in addition to the amount of coverage for damages and defense costs unless stated otherwise.

**Shadow defense coverage**

If we are defending you or a family member in a suit seeking covered damages, we will pay reasonable expenses you or a family member incur up to $10,000 or the amount shown in the Coverage Summary for a law firm of your choice to review and monitor the defense. However any recommendation by your personal attorney is not binding on us. We will pay these costs provided that you obtain prior approval from us before incurring any fees or expenses.

**Identity fraud**

We will pay for your or a family member's identity fraud expenses, up to a maximum of $25,000, for each identity fraud occurrence.

"Identity fraud" means the act of knowingly transferring or using, without lawful authority, your or a family member's means of identity which constitutes a violation of federal law or a crime under any applicable state or local law.

"Identity fraud occurrence" means any act or series of acts of identity fraud by a person or group commencing in the policy period.

"Identity fraud expenses" means:
- the costs for notarizing affidavits or similar documents for law enforcement agencies, financial institutions or similar credit grantors, and credit agencies;
- the costs for sending certified mail to law enforcement agencies, financial institutions or similar credit grantors, and credit agencies;

## Extra Coverages
(continued)

- the loan application fees for reapplying for loan(s) due to the rejection of the original application because the lender received incorrect credit information;
- the telephone expenses for calls to businesses, law enforcement agencies, financial institutions or similar credit grantors, and credit agencies;
- earnings lost by you or a family member as a result of time off from work to complete fraud affidavits, meet with law enforcement agencies, credit agencies, merchants, or legal counsel;
- the reasonable attorney fees incurred with prior notice to us for:
- the defense of you or a family member against any suit(s) by businesses or their collection agencies;
- the removal of any criminal or civil judgements wrongly entered against you or a family member;
- any challenge to the information in your or a family member's consumer credit report; and
- the reasonable fees incurred with prior notice to us by an identity fraud mitigation entity to:
- provide services for the activities described above;
- restore accounts or credit standing with financial institutions or similar credit grantors and credit agencies; and
- monitor for up to one year the effectiveness of the fraud mitigation and to detect additional identity fraud activity after the first identify fraud occurrence.

However, such monitoring must begin no later than one year after you or a family member first report an identity fraud occurrence to us.

However, "identity fraud expenses" does not include expenses incurred due to any fraudulent, dishonest or criminal act by a covered person or any person acting with a covered person, or by any authorized representative of a covered person, whether acting alone or in collusion with others.

"Identity fraud mitigation entity" means a company that principally provides professional, specialized services to counter identity fraud for individuals or groups of individuals, or a financial institution that provides similar services.

In addition to the duties described in Policy Terms, Liability Conditions, Your duties after a loss, you shall notify an applicable law enforcement agency.

### Kidnap expenses

We will pay up to a maximum of $100,000 for kidnap expenses you or a family member incurs solely and directly as a result of a kidnap and ransom occurrence. In addition, we also will pay up to $25,000 to any person for information not otherwise available leading to the arrest and conviction of any person(s) who kidnaps you, a family member or a covered relative. The following are not eligible to receive this reward payment:

- you or a family member; or
- a covered relative who witnessed the occurrence.

"Kidnap and ransom occurrence" means the actual or alleged wrongful taking of:

- you;
- one or more family members; or
- one or more covered relatives while visiting or legally traveling with you or a family member;
- from anywhere in the world except those places listed on the United States State Department Bureau of Consular Affairs Travel Warnings list at the time of the occurrence. The occurrence must include a demand for ransom payment which would be paid by you or a family member in exchange for the release of the kidnapped person(s).

"Kidnap expenses" means the reasonable costs for:

- a professional negotiator;
- a professional security consultant;
- professional security guard services;
- a professional public relations consultant;
- travel, meals, lodging and phone expenses incurred by you or a family member;
- advertising, communications and recording equipment;
- related medical, cosmetic, psychiatric and dental expenses incurred by a kidnapped person within 12 months from that person's release;
- attorneys fees;
- a professional forensic analyst;
- earnings lost by you or a family member, up to $25,000.

Case 2:23-cv-05001-SRB   Document 21-4   Filed 11/17/23   Page 98 of 144

## Extra Coverages
(continued)

However, "kidnap expenses" does not include expenses incurred due to any kidnap and ransom occurrence caused by:
* you or a family member;
* a covered relative;
* any guardian, or former guardian of you, a family member or covered relative;
* any estranged spouse or domestic partner, or former spouse or domestic partner of you or a family member;
* any person unrelated to you or a family member who lives with you or a family member or has ever lived with you or a family member for 6 or more months, other than a domestic employee, residential staff, or a person employed by you or a family member for farm work; or
* a civil authority,

or any person acting on behalf of any of the above, whether acting alone or in collusion with others.

"Covered relative" means the following relatives of you, or a spouse or domestic partner who lives with you, or any family member:
* children, their children or other descendents of theirs;
* parents, grandparents or other ancestors of theirs; or
* siblings, their children or other descendents of theirs;

who do not live with you, including spouses or domestic partners of all of the above. Parents, grandparents and other ancestors include adoptive parents, stepparents and stepgrandparents.

**Reputational injury.** If we are defending you or a family member in a suit seeking covered damages, we will pay reasonable and necessary fees or expenses that you or a family member incur for services provided by a reputation management firm to minimize potential injury to the reputation of you or a family member solely as a result of personal injury or property damage, caused by an occurrence if:
* the reputational injury is reported to us as soon as reasonably possible but not later than 30 days after the personal injury or property damage occurrence; and
* you obtain approval of the reputation management firm from us before incurring any fees or expenses, unless stated otherwise or an exclusion applies. There is no deductible for this coverage.

A Reputation management firm means a professional public relations consulting firm, a professional security consulting firm or a professional media management consulting firm.

The maximum amount of coverage for Reputational injury available for any one occurrence is $25,000 or the amount shown in the Coverage Summary. We will not pay more than this amount in any one occurrence for covered damages regardless of how many claims or people are involved in the occurrence.

The maximum annual amount of coverage for Reputational injury shown in the Coverage Summary is the most we will pay for the sum of all covered damages you or a family member incur during the policy period regardless of the number of claims, people, or occurrences.

This coverage does not apply to loss caused by a wrongful employment act covered by Employment Practices Liability Insurance.

## Exclusions

These exclusions apply to your Group Personal Excess Liability Coverage, unless stated otherwise.

**Aircraft.** We do not cover any damages arising out of the ownership, maintenance, use, loading, unloading, or towing of any aircraft, except aircraft chartered with crew by you. We do not cover any property damages to aircraft rented to, owned by, or in the care, custody or control of a covered person.

**Hovercraft.** We do not cover any damages arising out of the ownership, maintenance, use, loading, unloading or towing of any hovercraft. We do not cover any property damages to hovercraft rented to, owned by, or in the care, custody or control of a covered person.

## Exclusions
(continued)

**Motorized land vehicle racing or track usage.** We do not cover any damages arising out of the ownership, maintenance or use of any motorized land vehicle:
- during any instruction, practice, preparation for, or participation in, any competitive, prearranged or organized racing, speed contest, rally, gymkhana, sports event, stunting activity, or timed event of any kind; or
- on a racetrack, test track or other course of any kind.

**Watercraft and aircraft racing or track usage.** We do not cover any damages arising out of the ownership, maintenance or use of any watercraft or aircraft during any instruction, practice, preparation for, or participation in, any competitive, prearranged or organized racing, speed contest, rally, sports event, stunting activity or timed event of any kind. This exclusion does not apply to you or a family member for sailboat racing even if the sailboat is equipped with an auxiliary motor.

**Motorized land vehicle-related jobs.** We do not cover any damages arising out of the ownership, maintenance, or use of a motorized land vehicle by any person who is employed or otherwise engaged in the business of selling, repairing, servicing, storing, parking, testing, or delivering motorized land vehicles. This exclusion does not apply to you, a family member, or your employee or an employee of a family member for damages arising out of the ownership, maintenance or use of a motorized land vehicle owned by, rented to, or furnished to you or a family member.

**Watercraft related jobs.** We do not cover any damages arising out of the ownership, maintenance, or use of a watercraft by any person who is engaged by or employed by, or is operating a marina, boat repair yard, shipyard, yacht club, boat sales agency, boat service station, or other similar organization. This exclusion does not apply to damages arising out of the ownership, maintenance, or use of a watercraft by you, a family member, or your or a family member's captain or full time paid crew member maintaining or using this watercraft with permission from you or a family member.

**Motorized land vehicle and watercraft loading.** We do not cover any person or organization, other than you or a family member or your or a family member's employees, with respect to the loading or unloading of motorized land vehicles or watercraft.

**Workers' compensation or disability.** We do not cover any damages a covered person is legally:
- required to provide; or
- voluntarily provides
under any:
- workers' compensation;
- disability benefits;
- unemployment compensation; or
- other similar laws.

But we do provide coverage in excess over any other insurance for damages you or a family member is legally required to pay for bodily injury to a domestic employee of a residence covered under the Required Primary Underlying Insurance which are not compensable under workers' compensation, unless another exclusion applies.

**Director's liability.** We do not cover any damages for any covered person's actions or failure to act as an officer or member of a board of directors of any corporation or organization. However, we do cover such damages if you are or a family member is an officer or member of a board of directors of a:
- homeowner, condominium or cooperative association; or
- not for profit corporation or organization for which he or she is not compensated;
unless another exclusion applies.

**Damage to covered person's property.** We do not cover any person for property damage to property owned by any covered person.

**Damage to property in your care.** We do not cover any person for property damage to property rented to, occupied by, used by, or in the care of any covered person, to the extent that the covered person is required by contract to provide insurance. But we do cover such damages for loss caused by fire, smoke, or explosion unless another exclusion applies.

**Wrongful employment act.** We do not cover any damages arising out of a wrongful employment act. A wrongful employment act means any employment discrimination, sexual harassment, or wrongful termination of any residential staff actually or allegedly committed or attempted by a covered person while acting in the capacity as an employer, that violates applicable employment law of any federal, state, or local statute, regulation, ordinance, or common law of the United States of America, its territories or possessions, or Puerto Rico.

*Exclusions*
(continued)

**Employment discrimination** as it relates solely to a wrongful employment act means a violation of applicable employment discrimination law protecting any residen tial staff based on his or her race, color, religion, creed, age, sex, disability, national origin or other status according to any federal, state, or local statute, regulation, ordinance, or common law of the United States of America, its territories or possessions, or Puerto Rico.

**Sexual harassment** as it relates solely to a wrongful employment act means unwelcome sexual advances, requests for sexual favors, or other conduct of a sexual nature that:
* is made a condition of employment of any residential staff;
* is used as a basis for employment decisions;
* interferes with performance of any residential staff's duties; or
* creates an intimidating, hostile, or offensive working environment.

**Wrongful termination** as it relates solely to a wrongful employment act means:
* the actual or constructive termination of employment of any residential staff by you or a family member in violation of applicable employment law; or
* breach of duty and care when you or a family member terminates an employment relationship with any residential staff.

**Residential staff** as it relates solely to a wrongful employment act means your or a family member's employee who is:
* employed by you or a family member, or through a firm under an agreement with you or a family member, to perform duties related only to a covered person's domestic, personal, or business pursuits covered under this part of your policy;
* compensated for labor or services directed by you or a family member; and
* employed regularly to work 15 or more hours per week.

Residential staff includes a temporary worker. Residential staff does not include an independent contractor or any covered person.

**Temporary worker** as it relates solely to a wrongful employment act means your or a family member's employee who is:
* employed by you or a family member, or through a firm under an agreement with you or a family member, to perform duties related only to a covered person's domestic, personal, or business pursuits covered under this part of your policy;
* compensated for labor or services directed by you or a family member; and
* employed to work 15 or more hours per week to substitute for any residential staff on leave or to meet seasonal or short-term workload demands for 30 consecutive days or longer during a 6 month period.
Temporary worker does not include an independent contractor or any covered person.

**Discrimination.** We do not cover any damages arising out of discriminatio n due to age, race, color, sex, creed, national origin, or any other discrimination.

**Intentional acts.** We do not cover any damages arising out of a willful, malicious, fraudulent or dishonest act or any act intended by any covered person to cause personal injury or property damage, even if the injury or damage is of a different degree or type than actually intended or expected. But we do cover such damages if the act was intended to protect people or property unless another exclusion applies. An intentional act is one whose consequences could have been foreseen by a reasonable person.

**M olestation, misconduct or abuse.** We do not cover any damages arising out of any actual, alleged or threatened:
* sexual molestation;
* sexual misconduct or harassment; or
* abuse.

**Nonpermissive use.** We do not cover any person who uses a motorized land vehicle or watercraft without permission from you or a family member.

## Exclusions
(continued)

**Business pursuits.** We do not cover any damages arising out of a covered person's business pursuits, investment or other for-profit activities, for the account of a covered person or others, or business property except on a follow form basis.

But we do cover damages arising out of volunteer work for an organized charitable, religious or community group, an incidental business away from home, incidental business at home, incidental business property, incidental farming, or residence premises conditional business liability unless another exclusion applies. We also cover damages arising out of your or a family member's ownership, maintenance, or use of a private passenger motor vehicle in business activities other than selling, repairing, servicing, storing, parking, testing, or delivering motorized land vehicles.

Unless stated otherwise in your Coverage Summary:

"Incidental business away from home" is a self-employed sales activity, or a self-employed business activity normally undertaken by person under the age of 18 such as newspaper delivery, babysitting, caddying, and lawn care. Either of these activities must:
- not yield gross revenues in excess of $15,000 in any year;
- have no employees subject to worker's compensation or other similar disability laws;
- conform to local, state, and federal laws.

"Incidental business at home" is a business activity other than farming, conducted on your residence premises which must:
- not yield gross revenues in excess of $15,000, in any year, except for the business activity of managing one's own personal investments;
- have no employees subject to worker's compensation or other similar disability laws;
- conform to local, state, and federal laws.

"Incidental business property" is limited to the rental or holding for rental, to be used as a residence, of a condominium or cooperative unit owned by you or a family member, an apartment unit rented to you or a family member, a one or two family dwelling owned by you or a family member, or a three or four family dwelling owned and occupied by you or a family member. We provide this coverage only for premises covered under the Required Primary Underlying Insurance unless the rental or holding for rental is for:
- a residence of yours or a family member's that is occasionally rented and that is used exclusively as a residence; or
- part of a residence of yours or a family member's by one or two roomers or boarders; or
- part of a residence of yours or a family member's as an office, school, studio, or private garage.

"Incidental farming" is a farming activity which meets all of the following requirements:
- is incidental to your or a family member's use of the premises as a residence;
- does not involve employment of others for more than 1,500 hours of farm work during the policy period;
- does not produce more than $25,000 in gross annual revenue from agricultural operations;
- and with respect to the raising or care of animals:
- does not produce more than $50,000 in gross annual revenues;
- does not involve more than 25 sales transactions during the policy period;
- does not involve the sale of more than 50 animals during the policy period.

"Residence premises conditional business liability" is limited to business or professional activities when legally conducted by you or a family member at your residence. We provide coverage only for personal injury or property damage arising out of the physical condition of that residence if:
- you or a family member do not have any employees involved in your business or professional activities who are subject to workers' compensation or other similar disability laws; or, if you or a family member are a doctor or dentist, you do not have more than two employees subject to such laws;
- you or a family member do not earn annual gross revenues in excess of $5,000, if you or a family member are a home day care provider.

We do not cover damages or consequences resulting from business or professional care or services performed or not performed.

## Exclusions
(continued)

The following additional exclusion applies only to "incidental farming" as described under the exclusion, Business pursuits.

**Contamination.** We do not cover any actual or alleged damages arising out of the discharge, dispersal, seepage, migration or release or escape of pollutants. Nor do we cover any cost or expense arising out of any request, demand or order to:
- extract pollutants from land or water;
- remove, restore or replace polluted or contaminated land or water; or
- test for, monitor, clean up, remove, contain, treat, detoxify or neutralize pollutants, or in any way respond to or assess the effects of pollutants.

However, this exclusion does not apply if the discharge, dispersal, seepage, migration, release or escape is sudden and accidental. A "pollutant" is any solid, liquid, gaseous or thermal irritant or contaminant, including smoke (except smoke from a hostile fire), vapor, soot, fumes, acids, alkalis, chemicals and waste. A "contaminant" is an impurity resulting from the mixture of or contact of a substance with a foreign substance. "Waste" includes materials to be disposed of, recycled, reconditioned or reclaimed.

**Financial guarantees.** We do not cover any damages for any covered person's financial guarantee of the financial performance of any covered person, other individual or organization.

**Professional services.** We do not cover any damages for any covered person's performing or failure to perform professional services, or for professional services for which any covered person is legally responsible or licensed.

**Acts of war.** We do not cover any damages caused directly or indirectly by war, undeclared war, civil war, insurrection, rebellion, revolution, warlike acts by military forces or personnel, the destruction or seizure of property for a military purpose, or the consequences of any of these actions.

**Contractual liability.** We do not cover any assessments charged against a covered person as a member of a homeowners, condominium or cooperative association. We also do not cover any damages arising from contracts or agreements made in connection with any covered person's business. Nor do we cover any liability for unwritten contracts, or contracts in which the liability of others is assumed after a covered loss.

**Covered person's or dependent's personal injury.** We do not cover any damages for personal injury for any covered person or their dependents where the ultimate beneficiary is the offending party or defendant. We also do not cover any damages for personal injury for which you can be held legally liable, in any way, to a family member, your spouse or domestic partner or for which a family member, your spouse or domestic partner can be held legally liable, in any way, to you.

However, we do cover damages for bodily injury arising out of the use of a motorized land vehicle for which you can be held legally liable to a family member, your spouse or domestic partner or for which a family member, your spouse or domestic partner can be held legally liable to you to the extent that coverage is provided under this policy. This coverage applies only to the extent such damages are covered by primary underlying insurance and exceed the limits of insurance required for that motorized land vehicle under the Required Primary Underlying Insurance provisions of this policy.

**Liability for dependent care.** We do not cover any damages for personal injury for which a covered person's only legal liability is by virtue of a contract or other responsibility for a dependent's care.

**Illness.** We do not cover personal injury or property damage resulting from any illness, sickness or disease transmitted intentionally or unintentionally by a covered person to anyone, or any consequence resulting from that illness, sickness or disease. We also do not cover any damages for personal injury resulting from the fear of contracting any illness, sickness or disease, or any consequence resulting from the fear of contracting any illness, sickness or disease.

**Fungi and mold.** We do not cover any actual or alleged damages or medical expenses arising out of mold, the fear of mold, or any consequences resulting from mold or the fear of mold. "Mold" means fungi, mold, mold spores, mycotoxins, and the scents and other byproducts of any of these.

## Exclusions
(continued)

**Nuclear or radiation hazard.** We do not cover any damages caused directly or indirectly by nuclear reaction, radiation, or radioactive contamination, regardless of how it was caused.

## POLICY TERMS

This part of your Group Personal Excess Liability Policy explains the conditions that apply to your policy.

## General Conditions

These conditions apply to your policy in general, and to each coverage provided in the policy.

**Policy period**
The effective dates of your policy are shown in the Coverage Summary. Those dates begin at 12:01 a.m. standard time at the mailing address shown.

All coverages on this policy apply only to occurrences that take place while this policy is in effect.

**Transfer of rights**
If we make a payment under this policy, we will assume any recovery rights a covered person has in connection with that loss, to the extent we have paid for the loss.

All of your rights of recovery will become our rights to the extent of any payment we make under this policy. A covered person will do everything necessary to secure such rights; and do nothing after a loss to prejudice such rights. However, you may waive any rights of recovery from another person or organization for a covered loss in writing before the loss occurs.

**Concealment or fraud**
We do not provide coverage if you or any covered person has intentionally concealed or misrepresented any material fact relating to this policy before or after a loss.

**Application of coverage**
Coverage applies separately to each covered person. However, this provision does not increase the amount of coverage for any one occurrence.

**Assignment**
You cannot transfer your interest in this policy to anyone else unless we agree in writing to the transfer.

**Policy changes**
This policy can be changed only by a written amendment we issue.

**Bankruptcy or insolvency**
We will meet all our obligations under this policy regardless of whether you, your estate, or anyone else or their estate becomes bankrupt or insolvent.

**In case of death**
In the event of your death, coverage will be provided until the end of the policy period or policy anniversary date, whichever occurs first, for any surviving member of your household who is a covered person at the time of death. We will also cover your legal representative or any person having proper temporary custody of your property.

**Liberalization**
We may extend or broaden the coverage provided by this policy. If we do this during the policy period or within 60 days before it begins, without increasing the premium, then the extended or broadened coverage will apply to occurrences after the effective date of the extended or broadened coverage.

**Conforming to state law**
If any provision of this policy conflicts with any applicable laws of the state you live in, this policy is amended to conform to those laws.

**Conforming to trade sanction laws**
This policy does not apply to the extent that trade or economic sanctions or other laws or regulations prohibit us from providing insurance.



# GROUP PERSONAL EXCESS LIABILITY POLICY

## Liability Conditions

These conditions apply to all liability coverages in this policy.

**Other Insurance**
This insurance is excess over any other insurance except for those policies that:

- are written specifically to cover excess over the amount of coverage that applies in this policy; and
- schedule this policy as underlying insurance.

**Your duties after a loss**
In case of an accident or occurrence, the covered person shall perform the following duties that apply:

**Notification.** You must notify us or your agent or broker as soon as possible.

**Assistance.** You must provide us with all available information. This includes any suit papers or other documents which help us in the event that we defend you.

**Cooperation.** You must cooperate with us fully in any legal defense. This may include any association by us with the covered person in defense of a claim reasonably likely to involve us.

**Examination.** A person making a claim under this policy must submit as often as we reasonably require:
- to physical exams by physicians we select, which we will pay for; and
- to examination under oath and subscribe the same; and
authorize us to obtain:
- medical reports; and
- other pertinent records.

**Appeals**
If a covered person, or any primary insurer, does not appeal a judgment for covered damages, we may choose to do so. We will then become responsible for all expenses, taxable costs, and interest arising out of the appeal. However, the amount of coverage for damages will not be increased.

## Special Conditions

In the event of conflict with any other conditions of your policy, these conditions supersede.

**Legal action against us**
You agree not to bring action against us unless you have first complied with all conditions of this policy.

You also agree not to bring any action against us until the amount of damages you are legally obligated to pay has been finally determined after an actual trial or appeal, if any, or by a written agreement between you, us and the claimant. No person or organization has any right under this policy to bring us into any action to determine the liability of a covered person.

**Notice of cancellation and coverage termination conditions**
The Sponsoring Organization may cancel this policy by returning it to us or notifying us in writing at any time subject to the following:
- the Sponsoring Organization must notify us in advance of the requested cancellation date; and
- the Sponsoring Organization must provide proof of notification to each member of the Defined Group covered under this policy.

We may cancel this policy or any part of it subject to the following conditions. Our right to cancel applies to each coverage or limit in this policy. In the event we cancel this policy, we are under no obligation to provide you with an opportunity to purchase equivalent coverage.

Form 10-02-0691 (Rev. 7-16)                                                          Page 14 of 15

## Special Conditions
*(continued)*

**Within 60 days.** When this policy or any part of it has been in effect for less than 60 days, we may cancel with 30 days notice for any reason.

**Non payment of premium.** We may cancel this policy or any part of it with 10 days notice if the Sponsoring Organization or you fail to pay the premium by the due date, regardless of whether the premium is payable to us, to our agent, or under any financial credit.

**Misrepresentation.** We may cancel this policy or any part of it with 30 days notice if the coverage was obtained through misrepresentation, fraudulent statements, or omissions or concealment of a fact that is relevant to the acceptance of the risk or to the hazard we assumed.

**Increase in hazard.** We may cancel this policy or any part of it with 30 days notice if there has been a substantial change in the risk which increases the chance of loss after insurance coverage has been issued or renewed, including but not limited to an increase in exposure due to rules, legislation, or court decision.

**Procedure.** To cancel this policy or any part of it, we must notify you in writing. This notice will be mailed to the Sponsoring Organization at the mailing address shown in the Coverage Summary and we will obtain a certificate of mailing. This notice will include the date the cancellation is to take effect.

**Termination.** Should an individual for any reason no longer qualify as a member of the Defined Group, coverage will cease sixty (60) days from the date that individual no longer qualifies as a member of the Defined Group, or the policy expiration or cancellation date, whichever comes first.

**Refund.** In the event of cancellation by the Sponsoring Organization or us, we will refund any unearned premium on the effective date of cancellation, or as soon as possible afterwards to the Sponsoring Organization. The unearned premium will be computed short rate for the unexpired term of the policy.

# CHUBB®

## Endorsement

| | | | |
|---|---|---|---|
| Policy Period | JANUARY 01, 2020 | To | JANUARY 01, 2021 |
| Effective Date | JANUARY 01, 2020 | | |
| Policy Number | (21 ) 7995-28-88 | | |
| Insured | EDWARD JONES TRUST COMPANY GROUP PERSONAL EXCESS PROGRAM | | |
| Name of Company | CHUBB CUSTOM INSURANCE COMPANY | | |
| Date Issued | JANUARY 31, 2020 | | |

**THIS POLICY IS SUBJECT TO THE FOLLOWING ENDORSEMENT:**

**Endorsement Compliance With Applicable Trade Sanctions**

Compliance With Applicable Trade Sanctions

This insurance does not apply to the extent that trade or economic sanctions or other laws or regulations prohibit us from providing insurance.

All other terms and conditions remain unchanged.

Authorized Representative

CHUBB®

# GROUP PERSONAL EXCESS LIABILITY POLICY
## STATE AMENDATORY ENDORSEMENT – MO

### Endorsement

| | | |
|---|---|---|
| *Policy Period* | JANUARY 01, 2020 | *To* JANUARY 01, 2021 |
| *Effective Date* | JANUARY 01, 2020 | |
| *Policy Number* | ( 21 ) 7995-28-88 | |
| *Insured* | EDWARD JONES TRUST COMPANY<br>GROUP PERSONAL EXCESS PROGRAM | |
| *Name of Company* | CHUBB CUSTOM INSURANCE COMPANY | |
| *Date Issued* | JANUARY 31, 2020 | |

**Missouri:**

### *Excess Liability Coverage*

The following section of the Group Personal Excess Liability Policy 10-02-0691 (Rev. 8-07) is deleted in its entirety:

*Uninsured motorists/underinsured motorists protection arbitration*
If we and a covered person disagree whether that person is legally entitled to recover damages from the owner or operator of an uninsured motor vehicle/underinsured motor vehicle, or do not agree as to the amount of damages, either party may make a written demand for arbitration. In this event, each party will select an arbitrator. The two arbitrators will select a third. If they cannot agree on a third arbitrator within 45 days, either may request that the arbitration be submitted to the American Arbitration Association. When the covered person's recovery exceeds the minimum limit specified in the applicable jurisdiction's financial responsibility law, each party will pay the expenses it incurs, and bear the expenses of the third arbitrator equally. Otherwise, we will bear all the expenses of the arbitration.

Unless both parties agree otherwise, arbitration will take place in the county and state in which the covered person lives. Local rules of law as to procedure and evidence will apply. A decision agreed to by two arbitrators will be binding unless the recovery amount for bodily injury exceeds the minimum limit specified by the applicable jurisdiction's financial responsibility law. If the amount exceeds that limit, either party may demand the right to a trial. This demand must be made within 60 days of the arbitrator's decision. If this demand is not made, the amount of damages agreed to by the arbitrators will be binding.

All Other Terms And Conditions Remain Unchanged.

*Authorized Representative*



# ENDORSEMENT

| | | |
|---|---|---|
| Policy Period | JANUARY 01, 2020 | to JANUARY 01, 2021 |
| Effective Date | JANUARY 01, 2020 | |
| Policy Number | (21 )  7995-28-88 | |
| Insured | EDWARD JONES TRUST COMPANY GROUP PERSONAL EXCESS PROGRAM | |
| Name of Company | CHUBB CUSTOM INSURANCE COMPANY | |
| Date Issued | JANUARY 31, 2020 | |

**Service Of Suit Clause**

**THIS POLICY IS SUBJECT TO THE FOLLOWING ENDORSEMENT:**

It is agreed that in the event of the failure of the Company hereon to pay any amount claimed to be due hereunder, the Company hereon, at the request of the Insured, will submit to the jurisdiction of a court of competent jurisdiction within the United States of America. Nothing in this condition constitutes or should be understood to constitute a waiver of the Company's rights to commence an action in any court of competent jurisdiction in the United States or to remove an action to a United States District Court or to seek a transfer of a case to another court as permitted by the laws of the United States or of any state in the United States.

It is further agreed that service of process in such suit may be made upon President, Chubb Custom Insurance Company, PO BOX 1600, Whitehouse Station, NJ 08889-1600, or his/her nominee.

The above-named is authorized and directed to accept service of process on behalf of the Company in any such suit and/or upon the request of the Insured to give a written undertaking to the Insured that it or they will enter a general appearance upon the Company's behalf in the event such a suit shall be instituted.

Further, pursuant to any statute of any state, territory or district of the United States of America, which makes provision therefore, the Company hereon hereby designates the Superintendent, Commissioner or Director of Insurance, Secretary of State or other officer or officers specified for that purpose in the statute or his or their successor or successors in office, as their true and lawful attorney upon whom may be served any lawful process in any action, suit or proceeding instituted by or on behalf of the Insured or any beneficiary hereunder arising out of this contract insurance, and hereby designate President, Chubb Custom Insurance Company or his/her nominee, as the person to whom the said officer is authorized to mail such process or a true copy thereof.

All other terms and conditions remain unchanged.

*Authorized Representative*   

CHUBB°                               **GROUP EXCESS LIABILITY POLICY**

## ENDORSEMENT

| | |
|---|---|
| Policy Period | JANUARY 01, 2020     to     JANUARY 01, 2021 |
| Effective Date | JANUARY 01, 2020 |
| Policy Number | ( 21 )  7995-28-88 |
| Insured | EDWARD JONES TRUST COMPANY<br>GROUP PERSONAL EXCESS PROGRAM |
| Name of Company | CHUBB CUSTOM INSURANCE COMPANY |
| Date Issued | JANUARY 31, 2020 |

TERMINATION CLAUSE

The Termination Clause is deleted and replaced by the
following:

Termination. Should an individual for any reason
no longer qualify as a member of the Defined Group,
coverage will cease at the policy anniversary date, policy
expiration date or policy cancellation date,
whichever comes first.

ALL OTHER TERMS AND CONDITIONS REMAIN UNCHANGED.

*Authorized Representative*

# ENDORSEMENT

| | |
|---|---|
| Policy Period | JANUARY 01, 2020    to    JANUARY 01, 2021 |
| Effective Date | JANUARY 01, 2020 |
| Policy Number | ( 21 ) 7995-28-88 |
| Insured | EDWARD JONES TRUST COMPANY<br>GROUP PERSONAL EXCESS PROGRAM |
| Name of Company | CHUBB CUSTOM INSURANCE COMPANY |
| Date Issued | JANUARY 31, 2020 |

UNDERLYING LIMITS ENDORSEMENT

IT IS HEREBY UNDERSTOOD AND AGREED THAT THE REQUIRED PRIMARY
UNDERLYING LIABILITY INSURANCE LIMITS ARE AMENDED TO:

Personal Liability (Homeowners) for personal injury and property
damage in the minimum amount of $300,000 each occurrence.

Registered vehicles in the minimum amount of:

$250,000/$500,000 bodily injury and $100,000 property damage;
$300,000/$300,000 bodily injury and $100,000 property damage; or
$300,000 single limit each occurrence.

Unregistered vehicles in the minimum amount of $300,000
bodily injury and property damage each occurrence.

Registered vehicles with less than four wheels and motorhomes
in the minimum amount of:

$250,000/$500,000 bodily injury and $100,000 property damage;
$300,000/$300,000 bodily injury and $100,000 property damage; or
$300,000 single limit each occurrence.

Watercraft less than 26 feet and 50 engine rated horsepower or
less for bodily injury and property damage in the minimum amount
of $300,000 each occurrence.
Watercraft 26 feet or longer or more than 50 engine rated horsepower
for bodily injury and property damage in the minimum amount of
$500,000 each occurrence.

Uninsured motorists /underinsured motorist protection in the minimum
amount of:

$250,000/$500,000 bodily injury and $100,000 property damage;
$300,000/$300,000 bodily injury and $100,000 property damage; or
$300,000 single limit each occurrence.

FAILURE TO COMPLY WITH THE REQUIRED PRIMARY UNDERLYING
INSURANCE WILL RESULT IN A GAP IN COVERAGE.

ALL OTHER TERMS AND CONDITIONS REMAIN UNCHANGED.

*Authorized Representative*

**GROUP EXCESS LIABILITY POLICY**

## ENDORSEMENT

| | | | |
|---|---|---|---|
| Policy Period | JANUARY 01, 2020 | to | JANUARY 01, 2021 |
| Effective Date | JANUARY 01, 2020 | | |
| Policy Number | ( 21 ) 7995-28-88 | | |
| Insured | EDWARD JONES TRUST COMPANY GROUP PERSONAL EXCESS PROGRAM | | |
| Name of Company | CHUBB CUSTOM INSURANCE COMPANY | | |
| Date Issued | JANUARY 31, 2020 | | |

Designated Partners, Subordinated Limited Partners,
Financial Advisors Qualifying for Managing Partners Conference,
Financial Advisors qualifying for Financial Advisors Leaders
Conference of The Jones Financial Company, L.L.L.P.

$25,000,000 LIMIT OF LIABILITY
$ 5,000,000 UNINSURED/UNDERINSURED MOTORIST PROTECTION

Kevin D Bastien
Norman Eaker
Vincent J Ferrari
Christopher N Lewis
Steven Novik
Gary D Reamey

$25,000,000 LIMIT OF LIABILITY
$ 3,000,000 UNINSURED/UNDERINSURED MOTORIST PROTECTION

James A Tricarico

$25,000,000 LIMIT OF LIABILITY
$ 1,000,000 UNINSURED/UNDERINSURED MOTORIST PROTECTION

Daniel J Timm

$20,000,000 LIMIT OF LIABILITY
$ 5,000,000 UNINSURED/UNDERINSURED MOTORIST PROTECTION

Pamela K Cavness
Andrew L Hunt
Brad C Iversen

$20,000,000 LIMIT OF LIABILITY
$ 3,000,000 UNINSURED/UNDERINSURED MOTORIST PROTECTION

Kenneth R Cella
Tim Kirley

$20,000,000 LIMIT OF LIABILITY
$ 2,000,000 UNINSURED/UNDERINSURED MOTORIST PROTECTION

Michelle C Parker
Price P Woodward

$20,000,000 LIMIT OF LIABILITY
$ 1,000,000 UNINSURED/UNDERINSURED MOTORIST PROTECTION

Kevin C Haarberg
Merry L Mosbacher

$15,000,000 LIMIT OF LIABILITY
$ 5,000,000 UNINSURED/UNDERINSURED MOTORIST PROTECTION

Craig J Basler
Thomas F Belvin
Laura F Crowell
Edward J Dollinger
Jennifer A Marcontell
David G Otto

$15,000,000 LIMIT OF LIABILITY
$ 3,000,000 UNINSURED/UNDERINSURED MOTORIST PROTECTION

Kevin N Flatt
Gregory J Snapp

$15,000,000 LIMIT OF LIABILITY
$ 2,000,000 UNINSURED/UNDERINSURED MOTORIST PROTECTION

Mary Ann Altergott
Rodney T Bahr
John P Dille
Jeffrey J Panchot
Timothy A Rea

$15,000,000 LIMIT OF LIABILITY
$ 1,000,000 UNINSURED/UNDERINSURED MOTORIST PROTECTION

Christopher T Blum
Mary Ann Burnes
Vincent A Vento
James D Weddle

$10,000,000 LIMIT OF LIABILITY
$ 5,000,000 UNINSURED/UNDERINSURED MOTORIST PROTECTION

Scott W Arnone
Steven W Barber
Armin Baumgartel
Mitchell R Becker
Kenneth K Casper, Jr.
Marc D Chareth
Michael W Cummins
Michael J Doseck
William T Dwyer
Timothy J Finucan
Stephen C Ford
Chris A Gilkison
Jennifer C Hampton
Kim B Hoffman
Marcus E Johnson

**CHUBB**

Jason M Jonczak
Glenn G Kolod
Brody A Kunz
William D Murphy
John E Pfaff
Jess R Pilkington
Maria Pisa DiMaggio
John F Rahal
Steven P Schreiber
Harry Dalton Schumacher
Todd W Simonson
Robert R Smotherman
Jack A Snyder II
James R Stewart
Frank P Thomas Jr.
Kathryn E Traylor Johnson
Loren R Van Loo
Dana L Wozniak

$10,000,000 LIMIT OF LIABILITY
$ 3,000,000 UNINSURED/UNDERINSURED MOTORIST PROTECTION

David M Bartholomew
Stephen T Bee
Frank R Belvin
David J Bishop
Rodney L Cantrell
Douglas L Carroll
Robert J Ciapciak
Douglas E Davis
Brian T Dentinger
Michael J Denzer
Lynn Deters
Kenneth M Dude
John D Elser II
Michael D Griffin
Rodney J Guilbeaux III
Stephen C Homan
Myles P Kelly
Rodney Kinzinger
Eugene P Lamis
Rachel I Meier
Aaron S Nance
Matthew J Parrish
Lisa Pelikan
David F Powers
Wayne A Roberts
Michael L Sides
Joshua S Thomas

$10,000,000 LIMIT OF LIABILITY
$ 2,000,000 UNINSURED/UNDERINSURED MOTORIST PROTECTION

Brett A Campbell
Steven G Carani
Thomas P Curran
Cynthia A Doria
Curtis R Duncan
Andrew Greenberg

Ellis W Greenwald
Kelly R Haskell
Ruben W Hope
Michael Hulyo
Paul C Husted
Carmack D Kersey
Alan D Kindsvater
Paul J Krupela
Michele M Liebman
Richard D Link
Robert J Lord
Mark Mellon
John V Meno
Matthew B Myre
Troy M Nelson
Robert K Nyberg
Penny Pennington
Carolyn T Polston
Anthony J Pusateri
John F Reinert
Harry J Sauer III
Phillip R Schwab
Ronald B Simmons, Jr.
David S Tam
David R Wenzel
Wendell W Whitman
Donna C Winbon
David L Young

$10,000,000 LIMIT OF LIABILITY
$ 1,000,000 UNINSURED/UNDERINSURED MOTORIST PROTECTION

Phillip F Abshire
Joseph Alcott
Kyle C Andersen
Robert J Beck
Michael J Besmer
Jack L Cahill
Thomas A Campeau
Craig E Christell
Trent A Cottom
Anthony Damico
Daniel M Delaney
Lisa M Dolan
John H Dorminy IV
Laura Ellenhorn
Michael J Esser
Gailon L Gentry
Stephen P Harrison
Douglas E Hill
Benjamin J Homan
Thomas Hosey
Kim K Jezak-Webb
David W Jones
Timothy M Kelly
Bret D Kimes
John D Lee
David E Long
Antony D Marshall
David A Mayo
Steven C Melichar
Jeremy L Michelman
Andrew T Miedler

Thomas J Noble
James J Olsen
Lisa L Peel
Peter C Peterson
Britt A Pounds
Leonard R Pritchett
Ray W Raley
Glenn E Raufer
Mark A Rawlins
Benjamin D Reeves
Steven R Richards
Charles N Rogers
Michael A Rogers
Robert D Ross
Timothy W Rupp
Stephen R Seifert
Festus W Shaughnessy III
David B Skinner
John S Sloop
Manning L Steinmetz III
Dean R Studer
Scott A Thoma
Billy B Thomas
LeRoy J Warner
Carol A Wechsler
Thomas J Westphal
Amy L Williams
Charlotte B Willis
Michael J Wright
Bradley A Ytterberg

$ 5,000,000 LIMIT OF LIABILITY
$ 5,000,000 UNINSURED/UNDERINSURED MOTORIST PROTECTION

Daniel J Altmayer
Jule G Battermann
Karin J Behrens-Bouvier
Robert J Bozka
Christopher J Bruntz
John S Callahan
Patrick Chanod
Lawrence E Day Jr.
Mark E Deja
Michael P Dexter
Andrea Dolson
Marc K Ferguson
Michael D Hanley
Brian A Hansen
Diane K Hill
Jeffrey S James
Jeffrey R Jones
Wendell E Jones Jr.
James R Koinis
Martin D Krebs
David L Lane
David D Lauseng
Kenneth M Locke
Bryan Luebbert
Nicole McIlwaine

Daniel W Miller
James V Milnes
Nicholas J Muhlbauer
Donna M O'Bryant
Ronald D Odom
Chris H Palmer
Ellen R Pickler Harris
Russell M Rice
Natalie J Robbins
James F Sandbothe
Robert T Schachner
David J Schreiber
Darrell Seibel
Jeffery L Seibel
Michial D Smith
Jose L Trevino II
Todd E Tyrie
David M Van Buskirk
John I Vondra
Frank J Vumbaco
Mark S Wagner
Syrrel C Wilks
William B Wirin

$ 5,000,000 LIMIT OF LIABILITY
$ 5,000,000 UNINSURED/UNDERINSURED MOTORIST PROTECTION

Jesse T Abercrombie
Michael S Bare
Andrew E Bartek
Steven P Beech
Kevin T Bertis
Allison L Biss
William H Broderick III
David R Chilcoat
Andrew J Dodson
Edward S Fitzgerald
Bradley J Gonso
Brian Grysiewicz
Jon W Hauger
Alex G Heidari
Glenn A Helminiak
Ed Holt
Joel L Jelkin
Christopher C Kemezis
Paul L Kimberling
Jeffrey J Lane
Michael J Leary
Kevin P Lewis
John F Lowey
Lynette D McCloud
Dean E Meyers
Douglas F Myers
Todd M Nash
Vanessa Okwuraiwe
Michael C Paolino
Steven C Phelps
Ryan Philo
Christina J Price
Michelle L Reedy
Ray L Robbins
Michael A Savoia
Ryan H Scott

**CHUBB**°

Steven L Soma
Anthony C Straube
William L Tate
Tracy B Thacker
Billy D Trammell
Debbi A Vanselow
Mary Jo Walter
Pamela L Werner
Darryl E Young

ALL OTHER TERMS AND CONDITIONS REMAIN UNCHANGED.

*Authorized Representative*

# CHUBB®

# GROUP EXCESS LIABILITY POLICY

## ENDORSEMENT

| | | | |
|---|---|---|---|
| Policy Period | JANUARY 01, 2020 | to | JANUARY 01, 2021 |
| Effective Date | JANUARY 01, 2020 | | |
| Policy Number | ( 21 ) 7995-28-88 | | |
| Insured | EDWARD JONES TRUST COMPANY GROUP PERSONAL EXCESS PROGRAM | | |
| Name of Company | CHUBB CUSTOM INSURANCE COMPANY | | |
| Date Issued | JANUARY 31, 2020 | | |

PART II:

$ 5,000,000 LIMIT OF LIABILITY
$ 2,000,000 UNINSURED/UNDERINSURED MOTORIST PROTECTION

David W Ahmad
Sandra K Atkinson
Jonathan R Aumann
Donald Aven
Uriel Bach
Kelly D Barber
Darcy Beeman
Steven K Bennett
Richard W Bidding
Peter B Bisbee
Edgar L Blackley
Adam S Bloom
Karen K Boyd
Jeffrey H Bridges
Eric C Brudi
Douglas S Bryant
Sarah R Buffington
Timothy R Burke
Jeffrey L Cardella
Patricia M Carter
Terry L Chase
Jerald F Connot
Gary J Coon
Jeffrey C Cox
Joseph H Crockett
Joseph T Cronley
Stanley A Cunningham
Amy L Daniels
Steven M Dardas
Daniel J DeMeyer
John W Doering III
Carl T Dunn

Michael D Eberhart
Jason C Espy
Kirk W Evans
Mark Farina
Kenneith J French Sr.
John H Gallman
Randy A Gershman
Donald L Glickert
Robert E Grossman Jr.
Jeffery A Guebert
Scott R Hershberger
Charles R Ingle
Perry H Jacobsen
Tyson S Jelinek
Anthony W Johnson
Matthew E Johnson
Emory Jones
Jessica Jones
Travis M Kessock
Randall H Klibert
Kenneth R Knopp
Eric B Koestner
Neal J Lanigan
Ryan C Lassiter
Melissa Lenz
Rhonda L Liesenfeld
Brett R Loeb
Edward C Lowry
Edmond R Lynch
David H McCollum
Timothy K Meek
Emily J Melchiori
Edward L Melton Jr.
Charlie W Mercer
John C Messina
Scott A Miller
Gregory V Monson
Stephen R Morath
Samantha C Muncy
John W Murphy
Andrew A Nygard
Matthew D Oppedahl
Pierre Osbourn
Todd M Osterhage
Richard T Otto
Matthew C Paquette
Allen B Parker
Robert G Parks
Carolyn A Parmer
Dennis M Pierre
Jaime R Pina
Alan R Price
Matthew H Prucha
Jeffery P Quesenberry
Mark D Quinn
Jennifer Rappenecker
Christopher M Rhodes
Eric M Robbins
Bernard C Roberts
Steven W Salter
Seth A Schaeperkoetter
Robert D Schulman
William E Schwartz

CHUBB°

Stanley K Scott
Anthony J Sgroi
Mark S Shaughnessy
Theodore G Simpkins
James T Sipes
Larry G Skiles
Robert J Slein Jr.
Mark D Sonnier
Daniel F Stell
Jonathon K Stites
Pamela M Stocker
Douglas V Stutz
John C Taylor
James S Thomas
Ricky R Thompson
Sheila K Trimble
Patrick J Uding
Michael R Valley
Scott D Van Genderen
Bradley P Verber
David R Vickers
Cynthia A Wemyss
John A Westfall
Dennis D Whitley
Dennis J Wieczorek
Herbert E Wood
William H Young
Robert E Zaun

$ 5,000,000 LIMIT OF LIABILITY
$ 1,000,000 UNINSURED/UNDERINSURED MOTORIST PROTECTION

Ken D Adams
Mark Ahmadi
Phillip A Alicea
Nasheed Anwar
Jim Armatys
Carl W Armstrong
Matthew E Armstrong
Timothy M Baldes
Kevin S Baltier
James Bast
Brett G Bayston
John M Beckstead
Jeffrey R Bell
Kenneth Blanchard
Randy Bluhm
Christopher J Boedges
Bryson J Bohlander
Daniel J Bosch
Robb R Boyd
Kristine Brill
Harold J Britton
Percy K Brouillette
William O Brower
Jon Brownfield
Brian D Buckley
Robert B Burck
Matthew W Burkemper

Guy R Cascella
Billy E Chandler
J. Daniel Chick
Tony R Christensen
Daniel L Clark
Sheldon R Clark
Stephen P Clement
Thomas V Coke
William K Coleman
Scott B Cooper
Kim J Cosens
Jeffrey W Crause
Kyle R Crump
Richard M Cullen
Patrick J Culleton
Jonathan H Dahlstrom
Michael T Davenport
Brent R Davis
Jeffrey C Davis
William B Dickerson
James E Docksey
Stephen R Doucette
Neil R Draxler
Jonathan D Dutton
Jeffrey S Earnhardt
John L Ellis
Matthew A Erikson
James R Feeney
Mark L Felten
Joan C Fernandez
William E Fiala
Timothy V Finn
Max B Fisher
Timothy J Flynn
Patrick J Foley
Jodi L Foltz Gay
Bradley L Frick
Eric R Fritsche
Anthony P Fulgieri
Kimberly S Gannon
Ryan D Garrett
Thierry Gaubert
Craig Geddes
James J Gehring
John M Gibbons
Regina S Gleghorn
Matthew P Glenn
Tyler D Glynn
Jeffrey D Godchaux
Ronald L Gorgen
Mary Graves
Gary L Gray
Harry W Gremore
Morris A Grimes
Catherine J Grinney
Lena Haas
Hunter W Hamilton
James A Hamilton
Stuart E Hamilton
Christopher R Haney
Harry B Hartman
Robert B Haseman
Bryon J Hatrel

CHUBB°

Corey Hayashi
Randy K Haynes
S. Matt Heffington
Peter R Heisler
Robert E Heisler
Clifton L Helbert
William A Hensley
James F Henty
Steven L Herbster
P Geoffrey Herron
Jesse D Hill
Kurt Hill
Jimmy B Holcomb
Charles R Hoover Jr.
Tina M Hrevus
Glennon D Hunn
Eric C Inglett
Charles S Isaacson
Russ A Jablonsky
Werner L James
James D Jansen
Asa T Jewett
Tyler W Johns
John E Johnson
Kristin M Johnson
Julie L Johnston
Steven C Jones
John M Keeley
Hollis E Kelley, Jr.
Daniel G Kennedy
Michelle E Kennedy
Thomas C Kersting
Jeffrey W Kitchen
Peggy A Klein
Kevin M Kordsmeier
Fred A Kurtz
Daniel D Large
Scott J Lawrence
Troy P Lingley
Thomas A Lynn
Jesse Mann
Judy C Mauldin
Kimberly R McBride
Alan J McComas
Anthony L McGlone Jr.
James C McKenzie
Thomas L Migneron
Steven G Millin
Shelley M Moffatt
Troy D Molitor
Tim R Moore
Christopher L Mudd
Ken J Muenz
Scott Murock
Joseph A Nash
Rollin E Nelson
Timothy J Ney
Steven C Norman
Phillip C O'Dell

Aaron M Ogea
Michele Olshanski
Nicholas J Onder
Charles C Orban
Philip D Owen
Beverly A Palmer
Justin Peek
Matthew R Peiter
Daniel H Phillips
Ryan C Ping
Patrick E Pogue
Joseph G Porter
Todd J Purdy
Mark G Putbrese
Christopher S Rakow
Andrew L Ramos
Doug L Rechkemmer
Trevor D Reese Jr.
Glenn T Regan
Michelle M Reis
Elaine R Renner
DonJay Rice
Sharleen R Riemenschneider
Jennifer L Ritter
Scott Roach
Kyle Robichaux
Timothy C Rogers
Daniel L Rosen
Arthur V Russell
Lee Russell
James B Sandlas
Mark A Sandy
Richard D Schachner
Drew P Schellpeper
Kevin S Schloneger
Glenn F Schmidt
Terry M Schmittgens
Jennifer Schoonmaker-Dasch
Steven F Sherwood
Walter D Shuman
Lyle J Simoneaux
Robert Singer
Robert S Skerda
Harry M Slade
Richard E Smith
Patrick B Sneed
Anson V Sobers
Roscoe F Speight, Jr.
Daniel L Stevens
Paul R Stringfellow
Jeffrey A Stuerman
Jenifer L Sutton
Donald E Swanson
Daniel S Terry
Matthew H Theis
Lawrence E Thomas
Ted R Thomas
Kristie S Thompson
Warren S Thompson
Lenora Trachsel
Curtis L Trainer
Adam R Vande Slunt
Susan S Venn

CHUBB°

David L Walinder
Jonathan W Walker
Katharine Warne
Charles H Weathers
Donald Weber
Gregg S Webster
William J Welborn
Marlon K Wiebe
Matthew D Williams
Michael R Williams
Robert D Williams
Terrence P Williams
James S Wilson
John T Wilson
Darrell Wisseman
Kevin R Wolfe
Allen T Woodward
Kathryn A Woodward
Henry O Worden III

$ 3,000,000 LIMIT OF LIABILITY
$ 3,000,000 UNINSURED/UNDERINSURED MOTORIST PROTECTION

Scott R Bowman
Gregory L Bruder
Scott H Budd
Michael S Bumgardner
Andrew D Coopman
James R Dickerson
Randall A Dunn
Thomas F Dura Jr.
John M Fox
David A Gaddis
Craig H Johnson
Jan M Knisley
Warren R Lackey
James N Logan
Kristopher L McKoin
Joseph P Quig
Paul A Schnell
Danny C Vance

ALL OTHER TERMS AND CONDITIONS REMAIN UNCHANGED.

Authorized Representative

# CHUBB

## GROUP EXCESS LIABILITY POLICY

## ENDORSEMENT

| | |
|---|---|
| Policy Period | JANUARY 01, 2020 to JANUARY 01, 2021 |
| Effective Date | JANUARY 01, 2020 |
| Policy Number | ( 21 ) 7995-28-88 |
| Insured | EDWARD JONES TRUST COMPANY GROUP PERSONAL EXCESS PROGRAM |
| Name of Company | CHUBB CUSTOM INSURANCE COMPANY |
| Date Issued | JANUARY 31, 2020 |

PART III:

$ 3,000,000 LIMIT OF LIABILITY
$ 2,000,000 UNINSURED/UNDERINSURED MOTORIST PROTECTION

Calvin L Allmon
Alison Gilman Aquino
Hans Asoera
Sydney S Bailey
Jeff H Banister
Gregory J Bird
Michael R Bisbe
David Blend
Howard W Bokhoven
Leland J Brockman
Morton L Brown
Jody D Carmack
Charles E Cloud
Kevin L Cooper
Roger M Cotton
Daniel W DeLano
Jeffry Dinkel
Patrick Dorcey
James M Easley
Daniel G Fagert
Tab D Finchum
William R Fretwell
Donald R Friday
Phillip L Frix
Jimmy W Hackelton
Jason W Haney
Jennifer S Heal
Jeffrey J Hohn
Christopher S Hunt
Joshua A Knittel
Paul Lam
Jason B Land

Dean J Landsman
Nicholas J Lonski
Mark A McCannon
Gary M McLamb
Keith E Moore
Gary N Nicksa
Michelle E Ouellette
Zwi A Pechthalt
Peter J Piskos
Cliff Randall
Jason P Rapelje
Todd M Reeser
Tim Riggan
Craig M Rosen
Erica Sarrazolla
Christopher T Scariano
Michael T Schultz
Jeffrey C Showalter
Michael Southgate
Michael V Spino
Harvey P Stapleton III
Stephen V Takach
Timothy S Taylor
Charles A Tinder
Vincent R Treadwell
Indy R Walton
Lance B West
Mike Wiggins
Brandon N Wilson
Kellie T. Wise
Adina R Wiseman

$ 3,000,000 LIMIT OF LIABILITY
$ 1,000,000 UNINSURED/UNDERINSURED MOTORIST PROTECTION

Robert L Allbright
Derrick C Anderson
Jill Anderson
Neil A Anderson
Tyler N Anderson
William F Anderson
John D Andrew
Matthew Armentrout
Daryl D Arnell
Garrett O Ashby
Frank S Aswad
Thomas E Aumann
Kelsey Avants
Brian E Bailey
Brandon Becnel
Todd M Bennett
Vittorio Bertuzzelli
Gregory S Betsinger
Mark D Bioty
Brian D Blough
Melanie Boehne
Andrew B Boles
Patrick C Bolger
Cindy M Bollinger
David B Bonkowski
John C Bouvy
Kent D Bowen
William R Bowker

CHUBB°

Torrey R Bowman
Kathryn M Bradley
Kirk Bradshaw
John J Brignac
Robert W Browder II
Mary P Brown
Troy D Brown
Zach Brown
Jay D Brownfield
Steven W Bryant
Benjamin M Buchert
Matthew D Buckland
Lonnie Bull
Jeff Burdick
James Z Burgess
Michael Byers
Maximilian C Callaghan
Robert J Campbell
David W Carruth
Jeff D Carter
Randy S Cassidy
Bonnie C Caudle
David G Chalifoux
Theodore H Chiappini Jr.
Randall V Childress
Gail E Childs
Mark S Christensen
Aldo M Ciuffetelli
Mark A Clark
Ninoska P Clarkin
Cory J Clem
Loy C Coffey
Aaron W Cole
Matthew Collins
Eric W Connella
David Cook
Brent D Courter
James M Cowgill
James M Cramer
Kelly O Crisp
James E Crowe III
Robert F Cullen III
Paul J Curran
Robert T Curry
Michael A Damiano
Paul Daniels
Todd N Danley
Robert S Darnall
Charles M David II
Bradley Davis
Granger F Davis
Joseph A Delsignore
Stanley A Dippel
Michael P Donnelly
John J Doran
Michael M Downes, Jr.
Irasa Downing
Trent M Driggers
William W Dugan

Benjamin R Durfee
Shana P Elliott
Tom F Engelhardt
Nancy J Erickson
Terry Eskind
Brent L Esplin
Scott L Evans
James D Ewing
Roland A Fannin
Craig Fehr
Sean Ferguson
Richard M Ferrari
William R Fetter
Frank D Finchum
Laurens W Floyd Jr
Jason J Flynn
Eigil Frost
Jeffrey L Fruit
Eric S Gasper
Peter Y Gauthier
Michael P Gautreau
Donald R Gaylord Jr.
Scott A Geiger
Shawn L Gibbs
David Gill
Gary R Glick
Dino J Goegan
Terry J Gomez
David Gottlieb
Alan L Grages
Kimberly J Grbac
Bradley L.E. Grcevic
Richard B Griep
Demetrius T Grooms
Patrick Growe
Ross T Hage
John Todd Hall
Christopher S Hallett
Douglas E Hammer
Kenneth K Hang
Paul J Hansell
Bryan E Hargiss
Doug Hargrove
Alyssa R Harper
Daniel L Harris
Steven D Harris
Bryan W Hawk
Bill D Hay
Jason T Henderson
Nicole E Hendrixson
Darryl G Henry
Brian D Henson
Alan Herzog
Robert M Hetterscheidt
Tom Hicks
Mark Hilde
William R Hilgedick
William H Hochstetler
Todd R Hogan
Torsten Holmes
Dakota W Holtgrieve
Craig D Holtzen
Earl H Hull Jr.

CHUBB®

Randy H Hurst
John W Irwin
Allen J Istre Jr.
Thomas W Jack
Diana Jackson
Gregory R Jensen
David J Johnson
Everett J Johnson
Daniel W Jordan
Tammy H Joyce
Peter W Keay
Richard Kernion, Jr.
Ted L Kirkpatrick
Thomas W Kissee
Lisa Klassen
Christian G Klein
Brian Kljun
Marilyn Knecht
Jason M Kozon
Andrew Krampitz
Steven J Kuehl
Gary W Lackey II
Kevin R Lampo
Leasha K Larsen
Curtis M Lasserre
John Leary
Scott L Lee
Frank Leone
Gavin J Loftus
Curtis W Long
James A Lothspeich
David Lotz
Kerry D Luellen
Tyson Lybeck
John C Mabary
Mary A Maddux
Brian E Magura
Shawn K Mangum
Sara Mankins
Ronald E Mann
Kenneth D Martin
Kevin R Martin
Gary D Massingill
Robert L Masterson
Channing C McAllister
Thomas E McCarver
Kirk J McClellan
Richard D McFadden
Patrick M McManus
Rusty Melhouse
Robert R Milbrath
James M Millsap
Andrew J Minehart
David F Mitchell
Lee J Mitchell
Ryan T Mizushima
Martha L Moore
George T Mortimer
Cheryl A Mothes

Jeromy J Mouw
Matthew A Mullendore
John K Murphy
Susan C Mustaine
Jonathan R Nance
Gregory A Nash
Michael T Neill
Mark Nevermann
John Newland
Margaret Noreus
Adam Olenick
Darin D Olson
James L Pax
Sean A Payne
John L Peacock
Robert K Pearce
Michael S Pendleton
Nicholas M Pennino
Terry M Pfeifer
Jeremy L Phillips
Gregory C Picogna
Adam L Piper
Emily Pitts
Randall E Pope
Scott R Posner
Judson Powell
Elizabeth Powitzky
Ronald T Price
Ronald K Pyle
Ginger Quam
Kevin Rainosek
Willie C Randall
Sarah E Reed
Dale R Rehkopf II
DuWayne E Reichart
Kim K Renk
Thomas W Reule
Joel D Rice, Jr.
Harold R Richmond
Steve Ricketts
Kristie L Ridgeway
Russell R Riggan
Laurence C Riseling III
Jeffery L Ritchey
M. Curtis Robinson
Ryan T Robson
Irma Rodriguez
James A Rosby
Harold R Rowe Jr.
Scott D Roy
Aubrey V Ruple Jr.
Thomas W Sahlstrom
Marvin D Sammons
Joseph Schettler
Douglas J Schiel
Bradley A Schmidt
Gary A Schneck
Wendy Schopp
Matthew E Schwartz
Bradley S Scott
Jeffrey B Scott
Theresa Secrest
Dean E Seibel

CHUBB

Scott M Seifert
Chad D Shaddox
Timothy W Shuff
Jason D Sims
Logan D Skinner
James Smeenge
Brandon J Smith
Brian E Smith
Dustin R Smith
Jay B Smith
Thaddeus Smith
Jane B Smoot
Thomas R Solle
Curt J Solsma
Brian W Spangler
Jeffrey D Stanley
Kristen Steffens
Todd J Stonewater
David M Strnad
Amy M Sullivan
Dean Surface
Anthony J Talbert
Michael D Tanous
Jory L Taylor
Susanne C Thalman
Bryan M Theis
Jeremy K Thomason
Ford B Thompson
Mark A Tilley
Daniel M Timmons
Michael J Timmons
Agostino Tiseo Jr.
Paul H Trone
Suzanne F Tucker
Gatlan L Turk
Earl D Turvaville
Diane Vanderburgh
Shaun Verner
Heikki E von Hellens
John J Voss
Christopher F Wallen
Bruce C Waller
Ronald W Warden
Timothy J Werth
Casey Whalley
Robert C Wheatley
Douglas White
Paul D White
Eldridge D Widner
Thomas J Willingham
Thomas B Willoughby
Eugene C Wipf
Mark Woods
Michael R Wooters
Michael P Wright
Matthew R Wurtz
Mark R Wylie
Mark D Zastrow

Shane M Zenner
Aaron Zimmerman

ALL OTHER TERMS AND CONDITIONS REMAIN UNCHANGED.

Authorized Representative

# CHUBB°

# GROUP EXCESS LIABILITY POLICY

## ENDORSEMENT

| | |
|---|---|
| Policy Period | JANUARY 01, 2020 to JANUARY 01, 2021 |
| Effective Date | JANUARY 01, 2020 |
| Policy Number | ( 21 ) 7995-28-88 |
| Insured | EDWARD JONES TRUST COMPANY<br>GROUP PERSONAL EXCESS PROGRAM |
| Name of Company | CHUBB CUSTOM INSURANCE COMPANY |
| Date Issued | JANUARY 31, 2020 |

PART IV:

THE BELOW PARTICIPANTS HAVE ELECTED OPTIONAL EMPLOYMENT PRACTICE
LIABILITY COVERAGE FOR THE FOLLOWING COVERAGE LIMITS:

Any One Occurrence:  $500,000
Maximum Annual Amount: $500,000
Reputational Injury Limit of Insurance:    $50,000
Employment Practices Liability Deductible: $10,000

Scott W Arnone
Andrew B Boles
Tony R Christensen
William B Dickerson
William T Dwyer
Norman Eaker
Vincent J Ferrari
Timothy J Finucan
Harry W Gremore
Brian A Hansen
Jennifer S Heal
Kurt Hill
Ruben W Hope
Andrew L Hunt
Wendell E Jones Jr.
Glenn G Kolod
David D Lauseng
Jennifer A Marcontell
Cheryl A Mothes
Nicholas J Muhlbauer
Zwi A Pechthalt
Maria Pisa DiMaggio
Andrew L Ramos
Michial D Smith
Robert R Smotherman
Frank P Thomas Jr.
Kathryn E Traylor Johnson

Paul H Trone
Donna C Winbon
Robert E Zaun

INDIVIDUAL EMPLOYMENT PRACTICE LIABILITY
Any One Occurrence: $250,000
Maximum Annual Amount: $500,000
Reputational Injury Limit of Insurance:    $25,000
Employment Practices Liability Deductible: $10,000

Hans Asoera
Kelsey Avants
Jeff H Banister
David Blend
Kent D Bowen
Gregory L Bruder
Lonnie Bull
Timothy R Burke
Rodney L Cantrell
Patrick Chanod
Cory J Clem
Thomas V Coke
Laura F Crowell
Robert S Darnall
Lynn Deters
John W Doering III
Thomas F Dura Jr.
James D Ewing
Sean Ferguson
Tab D Finchum
Edward S Fitzgerald
Kenneith J French Sr.
Donald R Friday
John H Gallman
Thierry Gaubert
Daniel L Harris
Bryon J Hatrel
Darryl G Henry
Todd R Hogan
Peter W Keay
Ted L Kirkpatrick
James A Lothspeich
Kerry D Luellen
Edmond R Lynch
Shawn K Mangum
Gary D Massingill
Thomas E McCarver
Alan J McComas
Rusty Melhouse
James M Millsap
Gregory V Monson
Todd M Nash
Vanessa Okwuraiwe
Judson Powell
Joseph P Quig
John F Rahal
Willie C Randall
Jennifer Rappenecker
Tim Riggan
Ray L Robbins
Steven W Salter
Jeffrey C Showalter
Gregory J Snapp

CHUBB

Manning L Steinmetz III
Amy M Sullivan
Matthew H Theis
Ricky R Thompson
James A Tricarico
Mark S Wagner
Mary Jo Walter
Cynthia A Wemyss
Lance B West
Darryl E Young
David L Young

ALL OTHER TERMS AND CONDITIONS REMAIN UNCHANGED.

*Authorized Representative*

# CHUBB®

# GROUP PERSONAL EXCESS LIABILITY POLICY

## Endorsement

| | | |
|---|---|---|
| *Policy Period* | JANUARY 01, 2020 | To JANUARY 01, 2021 |
| *Effective Date* | JANUARY 01, 2020 | |
| *Policy Number* | ( 21 ) 7995-28-88 | |
| *Insured* | EDWARD JONES TRUST COMPANY GROUP PERSONAL EXCESS PROGRAM | |
| *Name of Company* | CHUBB CUSTOM INSURANCE COMPANY | |
| *Date Issued* | JANUARY 31, 2020 | |

### EMPLOYMENT PRACTICES LIABILITY COVERAGE ENDORSEMENT

SEE NAMED INSURED ENDORSEMENT IV

### SCHEDULE

| Employment Practices Liability Amounts Of Coverage | | |
|---|---|---|
| Any One Occurrence: | $ | 250,000 |
| Maximum Annual Amount: | $ | 500,000 |
| Reputational Injury Amount Of Coverage: | $ | 25,000 |
| Employment Practices Liability Deductible: | $ | 10,000 |

The following is added to Agreement:

## Agreement

**Precondition for coverage**

The coverage described in this endorsement applies only if, on the effective date of any policy period, the number of residential staff does not exceed twelve. However, if after the effective date of any policy period you or a family member employs more than twelve residential staff, we will cover, through the remainder of the policy period, only those twelve residential staff with the longest period of uninterrupted employment in chronological order of hiring at the time of the Employment practices liability coverage occurrence. This condition does not apply to your or a family member's employment of a temporary worker to substitute for any residential staff on leave, performing the same duties for the same or fewer number of hours. It is your duty to advise us as soon as reasonably possible if you or a family member employs more than twelve residential staff at any time during the policy period in order to reduce the possibility of being underinsured.

If on the effective date of any policy period the number of residential staff exceeds twelve, your eligibility for Employment practices liability coverage will cease as of that date.

The following is added to Definitions:

## Definitions

**Employment practices crisis means.**

- an allegation of, or your discovery of, a wrongful employment act committed against any residential staff that is reasonably likely to result in a civil action against you or a family member; or

Case 3:23-cv-05001-SRB    Document 21-4    Filed 11/17/23    Page 139 of 144
*Employment Practice Liability Endorsement*                                                *continued*
Form 10-02-2209 (Ed. 3-11)      Endorsement                                               *Page 1*

- a threat by any residential staff to disclose publicly that you or a family member committed or allegedly committed a wrongful employment act.

The following is added to Payment for a Loss:

## Payment for a Loss

### Amount of coverage for Employment Practices Liability

The amount of coverage for Employment practices liability available for any one occurrence is the amount shown in the Schedule for Any One Occurrence. We will not pay more than this amount in any one occurrence for covered damages regardless of how many claims or people are involved in the occurrence.

The amount of coverage for Employment practices liability available for all covered damages during the policy period, regardless of the number of claims, people, or occurrences, is the amount shown in the Schedule for Maximum Annual Amount.

### Amount of coverage for Reputational Injury

The Reputational Injury Amount Of Coverage shown in the Schedule is the most we will pay for the sum of all covered damages under Reputational injury coverage during the policy period regardless of the number of claims, people, or occurrences.

### Employment Practices Liability Deductible

A deductible is that amount we will subtract from the amount of covered damages we pay. The Employment Practices Liability Deductible shown in the Schedule applies to each Employment practices liability occurrence, unless stated otherwise.

The following is added to Excess Liability Coverage:

## Excess Liability Coverage

**Employment practices liability.** We cover damages you or a family member is legally obligated to pay any residential staff for a wrongful employment act caused by an occurrence when the claim is made or the suit is brought in the United States of America, its territories or possessions, or Puerto Rico, unless stated otherwise or an exclusion applies.

Defense coverage is limited for Employment practices liability as follows:

Our duty to defend you or a family member and our obligation to pay defense expenses ends when we have exhausted the Any One Occurrence Limit for Employment practices liability shown in the Schedule by paying for covered damages from any one occurrence, or exhausted the Maximum Annual Amount Limit for Employment practices liability shown in the Schedule by paying for covered damages, whichever occurs sooner.

**Reputational injury.** We cover the reasonable and necessary fees or expenses that you incur for services provided by a reputation management firm to minimize potential injury to the reputation of you or a family member solely as a result of an employment practices crisis caused by an occurrence if:

- the employment practices crisis is reported to us as soon as reasonably possible but not later than 30 days after the employment practices crisis begins; and

- you obtain approval of the reputation management firm form us before incurring any fees or expenses, unless stated unless stated otherwise or an exclusion applies. There is no deductible for this coverage.

The following are added to Exclusions and apply solely to Employment practices liability coverage:

## Exclusions

**Malicious or criminal acts.** We do not cover any damages arising out of a willful, malicious, or criminal act or omission by any person whether or not the injuries or damages are actually intended, expected, or foreseeable by a reasonable person. But we do cover such damages if the act was intended to protect people, unless another exclusion applies.

CHUBB° **GROUP PERSONAL EXCESS LIABILITY POLICY**

## Exclusions
(continued)

Employment practices liability exclusions. We do not cover:

• matters which may be deemed uninsurable according to any federal, state, or local statute, regulation, ordinance, or common law of the United States of America, its territories or possessions, or Puerto Rico under which the policy is construed;

• occurrences arising out of the breach of an actual or implied written or oral agreement related to employment;

• costs incurred to comply with any order, grant, or agreement to provide non-monetary relief; or

• occurrences arising out of any actual or alleged violation of any of the responsibilities, obligations, or duties imposed by the Consolidated Omnibus Budget Reconciliation Act, Employment Retirement Income Security Act of 1974, Fair Labor Standards Act (except the Equal Pay Act), state wage payment and collection laws, Federal Insurance Contributions Act, Immigration Reform and Control Act of 1986, National Labor Relations Act, Occupational Safety and Health Act, Social Security Act, Workers' Adjustment and Retraining Notification Act, including any amendments to these laws, promulgated rules, or regulations or any provisions of any similar federal, state, or local statute, regulation, ordinance, or common law of the United States of America, its territories or possessions, or Puerto Rico.

The following Exclusions do not apply to Employment practices liability coverage:

• Discrimination;

• Intentional acts;

• Molestation, misconduct or abuse; and

• Wrongful employment act.

All Other Terms And Conditions Remain Unchanged.

*Authorized Representative*

Case 3:23-cv-05001-SRB    Document 21-4    Filed 11/17/23    Page 141 of 144
last page
*Employment Practice Liability Endorsement*

Form 10-02-2209 (Ed. 3-11)    Endorsement    Page 3

CHUBB°

# GROUP PERSONAL EXCESS LIABILITY POLICY

## Endorsement

| | | | |
|---|---|---|---|
| Policy Period | JANUARY 01, 2020 | To | JANUARY 01, 2021 |
| Effective Date | JANUARY 01, 2020 | | |
| Policy Number | ( 21 ) 7995-28-88 | | |
| Insured | EDWARD JONES TRUST COMPANY GROUP PERSONAL EXCESS PROGRAM | | |
| Name of Company | CHUBB CUSTOM INSURANCE COMPANY | | |
| Date Issued | JANUARY 31, 2020 | | |

### EMPLOYMENT PRACTICES LIABILITY COVERAGE ENDORSEMENT

SEE NAMED INSURED ENDORSEMENT IV

**SCHEDULE**

| | | |
|---|---|---|
| Employment Practices Liability Amounts Of Coverage | | |
| Any One Occurrence: | $ | 500,000 |
| Maximum Annual Amount: | $ | 500,000 |
| Reputational Injury Amount Of Coverage: | $ | 50,000 |
| Employment Practices Liability Deductible: | $ | 10,000 |

The following is added to Agreement:

### Agreement

**Precondition for coverage**

The coverage described in this endorsement applies only if, on the effective date of any policy period, the number of residential staff does not exceed twelve. However, if after the effective date of any policy period you or a family member employs more than twelve residential staff, we will cover, through the remainder of the policy period, only those twelve residential staff with the longest period of uninterrupted employment in chronological order of hiring at the time of the Employment practices liability coverage occurrence. This condition does not apply to your or a family member's employment of a temporary worker to substitute for any residential staff on leave, performing the same duties for the same or fewer number of hours. It is your duty to advise us as soon as reasonably possible if you or a family member employs more than twelve residential staff at any time during the policy period in order to reduce the possibility of being underinsured.

If on the effective date of any policy period the number of residential staff exceeds twelve, your eligibility for Employment practices liability coverage will cease as of that date.

The following is added to Definitions:

### Definitions

**Employment practices crisis means.**

- an allegation of, or your discovery of, a wrongful employment act committed against any residential staff that is reasonably likely to result in a civil action against you or a family member; or

Employment practices Liability Endorsement continued

- a threat by any residential staff to disclose publicly that you or a family member committed or allegedly committed a wrongful employment act.

The following is added to Payment for a Loss:

## Payment for a Loss

### Amount of coverage for Employment Practices Liability

The amount of coverage for Employment practices liability available for any one occurrence is the amount shown in the Schedule for Any One Occurrence. We will not pay more than this amount in any one occurrence for covered damages regardless of how many claims or people are involved in the occurrence.

The amount of coverage for Employment practices liability available for all covered damages during the policy period, regardless of the number of claims, people, or occurrences, is the amount shown in the Schedule for Maximum Annual Amount.

### Amount of coverage for Reputational Injury

The Reputational Injury Amount Of Coverage shown in the Schedule is the most we will pay for the sum of all covered damages under Reputational injury coverage during the policy period regardless of the number of claims, people, or occurrences.

### Employment Practices Liability Deductible

A deductible is that amount we will subtract from the amount of covered damages we pay. The Employment Practices Liability Deductible shown in the Schedule applies to each Employment practices liability occurrence, unless stated otherwise.

The following is added to Excess Liability Coverage:

## Excess Liability Coverage

**Employment practices liability.** We cover damages you or a family member is legally obligated to pay any residential staff for a wrongful employment act caused by an occurrence when the claim is made or the suit is brought in the United States of America, its territories or possessions, or Puerto Rico, unless stated otherwise or an exclusion applies.

Defense coverage is limited for Employment practices liability as follows:

Our duty to defend you or a family member and our obligation to pay defense expenses ends when we have exhausted the Any One Occurrence Limit for Employment practices liability shown in the Schedule by paying for covered damages from any one occurrence, or exhausted the Maximum Annual Amount Limit for Employment practices liability shown in the Schedule by paying for covered damages, whichever occurs sooner.

**Reputational injury.** We cover the reasonable and necessary fees or expenses that you incur for services provided by a reputation management firm to minimize potential injury to the reputation of you or a family member solely as a result of an employment practices crisis caused by an occurrence if:

- the employment practices crisis is reported to us as soon as reasonably possible but not later than 30 days after the employment practices crisis begins; and
- you obtain approval of the reputation management firm form us before incurring any fees or expenses, unless stated

unless stated otherwise or an exclusion applies. There is no deductible for this coverage.

The following are added to Exclusions and apply solely to Employment practices liability coverage:

## Exclusions

**Malicious or criminal acts.** We do not cover any damages arising out of a willful, malicious, or criminal act or omission by any person whether or not the injuries or damages are actually intended, expected, or foreseeable by a reasonable person. But we do cover such damages if the act was intended to protect people, unless another exclusion applies.

Case 3:23-cv-05001-SRB   Document 21-4   Filed 11/17/23   Page 143 of 144

### Exclusions
(continued)

Employment practices liability exclusions. We do not cover:

* matters which may be deemed uninsurable according to any federal, state, or local statute, regulation, ordinance, or common law of the United States of America, its territories or possessions, or Puerto Rico under which the policy is construed;

* occurrences arising out of the breach of an actual or implied written or oral agreement related to employment;

* costs incurred to comply with any order, grant, or agreement to provide non-monetary relief; or

* occurrences arising out of any actual or alleged violation of any of the responsibilities, obligations, or duties imposed by the Consolidated Omnibus Budget Reconciliation Act, Employment Retirement Income Security Act of 1974, Fair Labor Standards Act (except the Equal Pay Act), state wage payment and collection laws, Federal Insurance Contributions Act, Immigration Reform and Control Act of 1986, National Labor Relations Act, Occupational Safety and Health Act, Social Security Act, Workers' Adjustment and Retraining Notification Act, including any amendments to these laws, promulgated rules, or regulations or any provisions of any similar federal, state, or local statute, regulation, ordinance, or common law of the United States of America, its territories or possessions, or Puerto Rico.

The following Exclusions do not apply to Employment practices liability coverage:

* Discrimination;

* Intentional acts;

* Molestation, misconduct or abuse; and

* Wrongful employment act.

All Other Terms And Conditions Remain Unchanged.

Authorized Representative